B6B (Official Form 6B) (12/07)

In re **Campisi Construction, Inc.**        Case No. **14-12458**

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking Account** | - | $0.00 |
| | | **Wells Fargo Savings Account** | - | $0.00 |
| | | **Vantage Point Checking** | - | **overdrawn** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

**In re** Campisi Construction, Inc.  **Case No.** 14-12458
  Debtor  (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Lukoil Recievable for work performed** | - | **$200,000.00** |
| | | **Note Recievable from First Cornerstone Consulting Agreement** | - | **$128,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

| In re | **Campisi Construction, Inc.** | | Case No. | **14-12458** |
|---|---|---|---|---|
| | Debtor | | | **(If known)** |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Setoff Claim against ECI, LLC. Lawsuit pending in Montgomery County Court of Common Pleas.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Equipment used in business. See attached list for itemization.** | - | **$168,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

**In re**   **Campisi Construction, Inc.**                          **Case No.**   **14-12458**
       **Debtor**                                               **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | **Total >** | **$496,000.00** |

(Report also on Summary of Schedules)

Schedule of Assets with Values

| ASSET | TRADE IN VALUE | |
|---|---|---|
| 1994 Ford Vin# 1FDLF47G2REA43921 | $2,413.00 | SEE EXHIBIT "A" |
| 1999 FORD F450 VIN# 3FDXF46FXMA37907 | $3,828.00 | SEE EXHIBIT "B" |
| 2002 FORD E350 VIN# 1FDWE35L52HA01483 | $919.00 | SEE EXHIBIT "C" |
| 2003 FORD F150 VIN# 1FTRF18243NA09034 | JUNK | |
| 2003 FORD F250 VIN# 1FDNF21L23EB98205 | $3,084.00 | SEE EXHIBIT "D" |
| 2001 FORD F250 VIN# 1FTNW21S21EB21360 | $7,534.00 | SEE EXHIBIT "E" |
| 2004 JAGUAR VIN# SAJWA74C44SG24886 | $5,661.00 | SEE EXHIBIT "F" |
| 2002 FORD ECONOLINE VIN# 1FTNE24L12HB29327 | $982.00 | SEE EXHIBIT "G" |
| 1998 FEATHERLITE TRAILER VIN# 4FGL01226WE510909 | $500.00 | |
| 2002 70XT CASE SKID STEER LOADER SERIAL #JAF 0371549, | $16,000.00 | |
| 1990 CASE SKID STEER LOADER SERIAL # JAF 0045518 | JUNK | |
| 1994 JOHN DEERE BACKHO LOADER SERIAL #T0310DB799984 | $5,000.00 | |
| 2005 JOHN DEERE BACKHO LOADER SERIAL#T0310SG948133 | $25,000.00 | |
| 2002 KOMATSU EXCAVATOR PC200 SERIAL# 106860 | $34,000.00 | |
| 2000 KOMATSU EXCAVATOR PC128 SERIAL# 5871 | $25,000.00 | |
| BOBCAT MINI EXCAVATOR | $2,000.00 | |
| INGERSOLL-RAND COMPRESSOR | $500.00 | |
| 2006 KOMATSU CRAWLER/DOZER MODEL#D31EX-21 SERIAL# 50119 | $39,000.00 | |
| SOKKIA LASER SCT6 SERIAL #202152 | $1,000.00 | |
| 3 OFFICE COMPUTERS | | |
| LAPTOP | | |
| BLUE PRINT COPIER GESTETENER 045 | | |
| MISC. OFFICE EQUIPMENT | | |
| NOTE RECEIVABLE -CORNERSTONE CONSULTING AGREEMENT | $162,000.00 | |
| | **$334,421.00** | |