B6D (Official Form 6D) (12/07)

In re  **Campisi Construction, Inc.**                                                    ,   Case No. __**14-12458**__
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  ECI, LLC 240 Farmville Drive Harleysville, PA 19438 | - | | **Lawsuit. Garnishment of Lukoil receivables.** <br><br> Value $  **200,000.00** | | | | **174,047.35** | **0.00** |
| Account No.  George Campisi 2102 Bustard Road Lansdale, PA 19446 | - | | **All equipment and Cornerstone Consulting Agreement Note** <br><br> Value $  **337,632.00** | | | | **269,645.04** | **0.00** |
| Account No.  PA Department of Revenue Department 280948 Harrisburg, PA 17128 | - | | **Commonwealth Lien** <br><br> **All property subject to Notice of Tax Lien** <br><br> Value $  **Unknown** | | | X | **455.00** | **Unknown** |
| Account No.  PA Department of Revenue Department 280948 Harrisburg, PA 17128 | - | | **Commonwealth Lien** <br><br> **All property subject to Notice of Tax Lien.** <br><br> Value $  **Unknown** | | | X | **11,096.68** | **Unknown** |
| __0___  continuation sheets attached | | | Subtotal (Total of this page) | | | | **455,244.07** | **0.00** |
| | | | Total (Report on Summary of Schedules) | | | | **455,244.07** | **0.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re        **Campisi Construction, Inc.**                                                    ,          Case No.        **14-12458**
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■  **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                          **1**____  continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **Campisi Construction, Inc.** ,                                    Case No.  **14-12458**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | **2011** | | | | | |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101** | - | | | **Overdue Taxes** | | | | | 3,818.26 |
| | | | | | | | | 3,818.26 | 0.00 |
| Account No. | | | | **Commonwealth Lien** | | | | | |
| **PA Department of Revenue Department 280948 Harrisburg, PA 17128** | - | | | | | | X | | 0.00 |
| | | | | | | | | 455.00 | 455.00 |
| Account No. | | | | **Commonwealth Lien** | | | | | |
| **PA Department of Revenue Department 280948 Harrisburg, PA 17128** | - | | | | | | X | | 0.00 |
| | | | | | | | | 11,096.88 | 11,096.88 |
| Account No. | | | | **2011** | | | | | |
| **PA Department of Revenue Dept 280948 Harrisburg, PA 17128** | - | | | **Payroll Taxes** | | | | | 116.66 |
| | | | | | | | | 116.66 | 0.00 |
| Account No. | | | | **Business Privilege Tax** | | | | | |
| **Township of Upper Moreland 117 Park Avenue Willow Grove, PA 19090** | - | | | | | | | | 12.25 |
| | | | | | | | | 12.25 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 3,947.17 |
| (Total of this page) | 15,499.05 | 11,551.88 |
| Total | | 3,947.17 |
| (Report on Summary of Schedules) | 15,499.05 | 11,551.88 |

B6F (Official Form 6F) (12/07)

.

In re     **Campisi Construction, Inc.**                                     Case No. ___**14-12458**___
                                                                ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Adelphia Heating & Air Conditioning** <br>**1629 Radbum Road** <br>**Bensalem, PA 19020** | - | | **Lawsuit.** | | | | **Unknown** |
| Account No. <br><br>**Advanced Disposal** <br>**2955 Felton Drive** <br>**Norristown, PA 19401** | - | | **Vendor.** | | | | **890.62** |
| Account No. <br><br>**Alex McConnell** <br>**2150 Old Morris Road** <br>**Harleysville, PA 19438** | - | | **2012** <br>**Former employee.** | | | | **18,807.15** |
| Account No. <br><br>**Allen Brady Excavating** <br>**1950 Kulp Road** <br>**Harleysville, PA 19438** | - | | **Vendor.** | | | | **963.15** |
| __10__   continuation sheets attached | | | | Subtotal <br>(Total of this page) | | | **20,660.92** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Campisi Construction, Inc.** , Case No. **14-12458**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Express** P.O. Box 1270 Newark, NJ 07101 | - | | **Credit Card.** | | | | 43,698.54 |
| Account No. **Berkheimer** 50 North Seventh Street P.O. Box 955 Bangor, PA 18013 | - | | **2011** **Payroll taxes.** | | | | 547.79 |
| Account No. **Better Air Management** P.O. Box 341 Lansdale, PA 19446 | - | | **Vendor.** | | | | 1,100.00 |
| Account No. **Bob Schoen, AP** c/o Detweiler, Hershey, & Associates 64 N. County Line Road P.O. Box 64157 Souderton, PA 18964 | - | | **Vendor.** | | | | 9,260.00 |
| Account No. **Clairmont, Paciello & Co, PC** 250 Tanglewood Lane King of Prussia, PA 19406 | - | | **Vendor.** | | | X | 17,395.76 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **72,002.09**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Campisi Construction, Inc.**                                                    ,    Case No. ___**14-12458**___
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CNH Capital America, LLC**<br>**CRA Payment Center**<br>**P.O. Box 3900**<br>**Lancaster, PA 17604** | - | | **Vendor.** | | | | **250.97** |
| Account No.<br><br>**Comcast**<br>**Bankruptcy Department**<br>**401 White Horse Road**<br>**Suite 2**<br>**Voorhees, NJ 08043** | - | | **Vendor.** | | | | **976.88** |
| Account No.<br><br>**Cougar Development Group, LLC**<br>**240 Farmview Drive**<br>**Harleysville, PA 19438** | - | | **Lawsuit.** | | | | **Unknown** |
| Account No.<br><br>**David D. Clement, Esquire**<br>**55 Simpson Avenue**<br>**Pitman, NJ 08071** | - | | **Legal fees.** | | | | **3,093.75** |
| Account No.<br><br>**Delaware Valley Concrete Co., Inc.**<br>**P.O. Box 457**<br>**Hatboro, PA 19040** | - | | **Vendor.** | | | | **805.49** |

Sheet no. __**2**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **5,127.09**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Campisi Construction, Inc.** ,                                    Case No. **14-12458**
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Diversified Aggregates, LLC**<br>**36 Broad Street**<br>**Bloomfield, NJ 07003** | | - | **Vendor.** | | | | 321.68 |
| Account No.<br><br>**E.O. Habhegger**<br>**460 Penn Street**<br>**Lansdowne, PA 19050** | | - | **Vendor.** | | | | 8,402.21 |
| Account No.<br><br>**Earth Engineering**<br>**115 W. Germantown Pike, Suite 2500**<br>**Norristown, PA 19401** | | - | **Vendor.** | | | | 2,062.89 |
| Account No.<br><br>**East Coast Materials, LLC**<br>**36 Broad Street**<br>**Bloomfield, NJ 07003** | | - | **Vendor.** | | | | 1,478.32 |
| Account No.<br><br>**Edward A. Postell**<br>**P.O Box 346**<br>**Skippack, PA 19474** | | - | **Vendor.** | | | | 696.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,961.10**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Campisi Construction, Inc.**                                                          ,          Case No. ___**14-12458**___
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Lawsuit.** | | | | |
| **Erie Indemnity Co.**<br>**100 Erie INS Place**<br>**Erie, PA 16530** | | - | | | | | **35,000.00** |
| Account No. | | | **Vendor.** | | | | |
| **Excel Document Solutions, Inc.**<br>**17 Richard Road**<br>**Warminster, PA 18974** | | - | | | | | **159.00** |
| Account No. | | | **Vendor.** | | | | |
| **Exxon Mobil**<br>**P.O. Box 530964**<br>**Atlanta, GA 30353** | | - | | | | | **167.64** |
| Account No. | | | **Loan.** | | | | |
| **First Choice Bank**<br>**f/k/a Vantage Point Bank**<br>**100 Witmer Road, Suite 104**<br>**Horsham, PA 19044** | | - | | | | | **747.70** |
| Account No. | | | **Legal fees.** | | | | |
| **Hamburg, Rubin, Mullin, Maxwell**<br>**& Lupin, PC**<br>**375 Morris Road**<br>**P.O. Box 1479**<br>**Lansdale, PA 19446** | | - | | | | | **5,945.56** |

Sheet no. __**4**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**42,019.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Campisi Construction, Inc.** _____ ,    Case No. ___**14-12458**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**High Schwartz, LLC**<br>**40 East Airy Street**<br>**P.O. Box 671**<br>**Norristown, PA 19404** | | - | **Legal fees.** | | | | **21,691.81** |
| Account No.<br><br>**Home Depot**<br>**Credit Services Department**<br>**P.O. Box 790340**<br>**Saint Louis, MO 63179** | | - | **Vendor.** | | | | **2,809.03** |
| Account No.<br><br>**Interstate Waste Chestmont Disposal**<br>**P.O. Box 553196**<br>**Detroit, MI 48255** | | - | **Waste Services.** | | | | **1,068.84** |
| Account No.<br><br>**J&J Spill & Services & Supplies, Inc.**<br>**P.O. Box 370**<br>**Blue Bell, PA 19422** | | - | **Vendor.** | | | | **1,330.00** |
| Account No.<br><br>**L&C Specialized Carriers**<br>**1540 Village Court**<br>**Beverly, NJ 08010** | | - | **Vendor.** | | | | **2,125.00** |

Sheet no. __**5**___ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **29,024.68**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Campisi Construction, Inc.**                                    ,   Case No. ___**14-12458**___
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Labor Ready Northeast, Inc.**<br>**P.O. Box 641034**<br>**Pittsburgh, PA 15264** | | - | **Vendor.** | | | | 594.67 |
| Account No.<br><br>**M.A.D Expres, LLC**<br>**275 Route 523**<br>**Whitehouse Station, NJ 08889** | | - | **Vendor.** | | | | 850.00 |
| Account No.<br><br>**Mandracchia & McWhirk, LLC**<br>**2024 Cressman Rd.**<br>**P.O. Box 1229**<br>**Skippack, PA 19474** | | - | **Legal fees.** | | | | 3,000.00 |
| Account No.<br><br>**Michael Torres**<br>**243 Farmview Drive**<br>**Harleysville, PA 19438** | | - | **Vendor.** | | | | 1,425.00 |
| Account No.<br><br>**Monarch Environmental, Inc.**<br>**P.O. Box 330**<br>**Woodstown, NJ 08098** | | - | **Vendor.** | | | | 1,662.10 |

Sheet no. __**6**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **7,531.77**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Campisi Construction, Inc.**                                          ,          Case No. ___**14-12458**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Vendor.** | | | | |
| **Norris Sales Company** **1300 E. Ridge Pike** **Plymouth Meeting, PA 19462** | - | | | | | | **876.20** |
| Account No. | | | **Vendor.** | | | | |
| **Parker Paving, Inc.** **14 darby Road** **Havertown, PA 19083** | - | | | | | | **28,927.28** |
| Account No. | | | **Vendor.** | | | | |
| **Pine Run Construction** **4125 Landisville Road** **Doylestown, PA 18902** | - | | | | | | **800.00** |
| Account No. | | | **Vendor.** | | | | |
| **Pitney Bowes** **2000 Hamilton Street** **Philadelphia, PA 19130** | - | | | | | | **820.86** |
| Account No. | | | **Vendor.** | | | | |
| **Preston's Automotive & Truck Service** **P.O. Box 1158** **Kulpsville, PA 19443** | - | | | | | | **11,807.22** |

Sheet no. __**7**___ of __**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **43,231.56** |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Campisi Construction, Inc.**                                          ,          Case No. ___**14-12458**_____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor. | | | | |
| **Quill** **P.O. Box 376000** **Philadelphia, PA 19101** | - | | | | | | 91.57 |
| Account No. | | | Vendor. | | | | |
| **SuperMedia** **c/o Joseph Mann & Creed** **20600 Chagrin Boulevard, Suite 5500** **Beachwood, OH 44122** | - | | | | | | 113.72 |
| Account No. | | | Lawsuit | | | | |
| **TBF Financial, LLC** **740 Waukegan Road, Suite 404** **Deerfield, IL 60015** | - | | | | | | 1,200.00 |
| Account No. | | | Vendor. | | | | |
| **Todd Lowell** **8145 Cadwalader Avenue** **Elkins Park, PA 19027** | - | | | | | | 500.00 |
| Account No. | | | Vendor. | | | | |
| **Top Grade Excavating, Inc.** **P.O. Box 4** **Quakertown, PA 18951** | - | | | | | | 1,050.00 |

Sheet no. __**8**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **2,955.29**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Campisi Construction, Inc.**                                    ,    Case No. ___**14-12458**_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Utility Vendor.** | | | | |
| **Verderame Electric 1565 Forest Grove Road Furlong, PA 18925** | | - | | | | | **6,970.00** |
| Account No. | | | **Vendor.** | | | | |
| **Victor Electro, Inc. c/o Tony Branconi 8420 Algon Avenue Philadelphia, PA 19152** | | - | | | | | **1,465.23** |
| Account No. | | | **Vendor.** | | | | |
| **W.J. Knox Services, Inc. 655 Copeland School Road West Chester, PA 19380** | | - | | | | | **264.90** |
| Account No. | | | **Vendor.** | | | | |
| **Walmart c/o Bennett Law 10542 S. Jordan Gateway, Suite 200 South Jordan, UT 84095** | | - | | | | | **592.50** |
| Account No. | | | **Waste Services.** | | | | |
| **Waste Management NJ c/o Caine & Weiner 9931 Corporate Campus Drive Louisville, KY 40223** | | - | | | | | **6,103.35** |

Sheet no. __**9**___ of __**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **15,395.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Campisi Construction, Inc.**               ,    Case No.   **14-12458**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan. | | | | |
| **Wells Fargo** **P.O. Box 6426** **Carol Stream, IL 60197** | - | | | | | | **250,540.17** |
| Account No. | | | Vendor. | | | | |
| **Zoom Sewer & Drain, Inc.** **915 S. Trooper Road** **Norristown, PA 19403** | - | | | | | | **1,502.43** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal (Total of this page) | | **252,042.60** |
| Total (Report on Summary of Schedules) | | **502,952.98** |