# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re  Campisi Construction, Inc.        ,        Case No.  14-12458
                Debtor

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

_____

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| See attached | | | | |

_____

_____

### DECLARATION UNDER PENATY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read theforegoing list and that it is true and correct to the best of my information and belief.


Date: 4/16/2014                                        Signature:  /s/ Anthony G. Campisi
                                                                                             President of Debtor

| Creditor | Contact | Nature of Claim | Unliquidated, Contingent or Disputed | Amount |
|---|---|---|---|---|
| Wells Fargo<br>P.O. Box 6426<br>Carol Stream, IL 60197 | same | Loan | | $250,540.17 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | same | Credit Card | | $43,698.54 |
| E Erie Indemnity Co.<br>100 Erie INS Place<br>Erie, PA 16530 | Ronald Amato, Esquire<br>170 N. Commerce Way<br>Bethlehem, PA 18017 | Lawsuit | | $35,000 |
| Parker Paving, Inc.<br>14 Darby Road<br>Havertown, PA 19083 | same | Vendor | | $28,927.28 |
| High Schwartz, LLC<br>40 East Airy Street<br>P.O. Box 671<br>Norristown, PA 19404 | same | Legal fees | | $21,691.81 |
| Alex McConnell<br>2150 Old Morris Road<br>Harleysville, PA 19438 | same | Former employee | | $18,807.15 |
| Clairmont, Paciello & Co, PC<br>250 Tanglewood Lane<br>King of Prussia, PA 19406 | same | Vendor | Disputed | $17,395.76 |
| Trimm Glass<br>316 Station Road<br>Media, PA 19063 | John A. Prodoehl, Esquire<br>P.O. Box 147<br>Broomall, PA 19008 | Lawsuit settlement | | $17,000 |
| Preston's Automotive & Truck Service<br>P.O. Box 1158<br>Kulpsville, PA 19443 | same | Vendor | | $11,807.22 |
| Bob Schoen, AP<br>c/o Detweiler, Hershey, & Associates<br>64 N. County Line Road<br>P.O. Box 64157<br>Souderton, PA 18964 | same | Vendor | | $9,260.00 |
| E.O. Habhegger<br>460 Penn Street<br>Lansdowne, PA 19050 | same | Vendor | | $8,402.21 |
| Verderame Electric<br>1565 Forest Grove Road<br>Furlong, PA 18925 | same | Vendor | | $6,970 |

| | | | | |
|---|---|---|---|---|
| Waste Management NJ c/o Caine & Weiner 9931 Corporate Campus Drive Louisville, KY 40223 | same | Waste services | | $6,103.35 |
| Hamburg, Rubin, Mullin, Maxwell & Lupin, PC 375 Morris Road P.O. Box 1479 Lansdale, PA 19446 | same | Legal fees | | $5,945.56 |
| David D. Clement, Esquire 55 Simpson Avenue Pitman, NJ 08071 | same | Legal fees | | $3,093.75 |
| Home Depot Credit Services Department P.O. Box 790340 Saint Louis, MO 63179 | same | Vendor | | $2,809.03 |
| Mandracchia & McWhirk, LLC 2024 Cressman Rd. P.O. Box 1229 Skippack, PA 19474 | same | Legal fees | | $3,000 |
| L&C Specialized Carriers 1540 Village Court Beverly, NJ 08010 | same | Vendor | | $2,125 |
| Earth Engineering 115 W. Germantown Pike, Suite 2500 Norristown, PA 19401 | same | Vendor | | $2,062.89 |
| Zoom Sewer & Drain, Inc. 915 S. Trooper Road Norristown, PA 19403 | same | Vendor | | $1,502.43 |