**Campisi Construction, Inc.**
## Balance Sheet
### As of April 8, 2014

04/08/14
Accrual Basis

|  | Apr 8, 14 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Wells Fargo-Checking | 5.53 |
| Vantage Point new acct | -332.30 |
| **Total Checking/Savings** | -326.77 |
| **Accounts Receivable** | |
| Accounts Receivable | 376,523.01 |
| **Total Accounts Receivable** | 376,523.01 |
| **Total Current Assets** | 376,196.24 |
| **Fixed Assets** | |
| **Capital Equipment** | |
| PURCHASE PRICE | 238,729.60 |
| **Total Capital Equipment** | 238,729.60 |
| **Fixed Assets** | |
| Cost | 212,351.58 |
| Depreciation Accumulated | -447,358.76 |
| **Total Fixed Assets** | -235,007.18 |
| **Total Fixed Assets** | 3,722.42 |
| **Other Assets** | |
| **Intangible Assets** | |
| Cost | 2,309.00 |
| Accumulated Amortization | -2,309.00 |
| **Total Intangible Assets** | 0.00 |
| **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | 379,918.66 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 181,763.27 |
| **Total Accounts Payable** | 181,763.27 |
| **Credit Cards** | |
| 5-21003 · American express-NEW | 43,146.23 |
| **Credit Cards** | |
| Amex Rockhill-4-84006 | 909.74 |
| **Total Credit Cards** | 909.74 |
| **Total Credit Cards** | 44,055.97 |
| **Other Current Liabilities** | |
| Loans from Shareholders | 29,734.00 |
| **Total Other Current Liabilities** | 29,734.00 |
| **Total Current Liabilities** | 255,553.24 |
| **Long Term Liabilities** | |
| Loan Payable- George | 269,645.04 |
| Wachovia LOC | 249,838.45 |
| LOAN FROM SHAREHOLDERS | 9,000.00 |
| **Total Long Term Liabilities** | 528,483.49 |
| **Total Liabilities** | 784,036.73 |
| **Equity** | |
| COMMON STOCK | 1,000.00 |
| Retained Earnings | -465,848.11 |
| Net Income | 60,730.04 |

04/08/14
Accrual Basis

# Campisi Construction, Inc.
## Balance Sheet
### As of April 8, 2014

|  | Apr 8, 14 |
|---|---:|
| Total Equity | -404,118.07 |
| **TOTAL LIABILITIES & EQUITY** | **379,918.66** |