.

Adelphia Heating & Air Conditioning
1629 Radbum Road
Bensalem, PA 19020


Advanced Disposal
2955 Felton Drive
Norristown, PA 19401


Alex McConnell
2150 Old Morris Road
Harleysville, PA 19438


Allen Brady Excavating
1950 Kulp Road
Harleysville, PA 19438


American Express
P.O. Box 1270
Newark, NJ 07101


Berkheimer
50 North Seventh Street
P.O. Box 955
Bangor, PA 18013


Better Air Management
P.O. Box 341
Lansdale, PA 19446


Bob Schoen, AP
c/o Detweiler, Hershey, & Associates
64 N. County Line Road
P.O. Box 64157
Souderton, PA 18964


Clairmont, Paciello & Co, PC
250 Tanglewood Lane
King of Prussia, PA 19406

```
CNH Capital America, LLC
CRA Payment Center
P.O. Box 3900
Lancaster, PA 17604


Comcast
Bankruptcy Department
401 White Horse Road
Suite 2
Voorhees, NJ 08043


Cougar Development Group, LLC
240 Farmview Drive
Harleysville, PA 19438


David A. Peckman
29 Mainland Road
Harleysville, PA 19438


David D. Clement, Esquire
55 Simpson Avenue
Pitman, NJ 08071


Delaware Valley Concrete Co., Inc.
P.O. Box 457
Hatboro, PA 19040


Diversified Aggregates, LLC
36 Broad Street
Bloomfield, NJ 07003


E.O. Habhegger
460 Penn Street
Lansdowne, PA 19050


Earth Engineering
115 W. Germantown Pike, Suite 2500
Norristown, PA 19401
```

East Coast Materials, LLC
36 Broad Street
Bloomfield, NJ 07003


ECI, LLC
240 Farmville Drive
Harleysville, PA 19438


Edward A. Postell
P.O Box 346
Skippack, PA 19474


Erie Indemnity Co.
100 Erie INS Place
Erie, PA 16530


Excel Document Solutions, Inc.
17 Richard Road
Warminster, PA 18974


Exxon Mobil
P.O. Box 530964
Atlanta, GA 30353


First Choice Bank
f/k/a Vantage Point Bank
100 Witmer Road, Suite 104
Horsham, PA 19044


Gary E. Thompson
150 E. Swedesford Road
Wayne, PA 19087


George Campisi
2102 Bustard Road
Lansdale, PA 19446

Hamburg, Rubin, Mullin, Maxwell
& Lupin, PC
375 Morris Road
P.O. Box 1479
Lansdale, PA 19446


High Schwartz, LLC
40 East Airy Street
P.O. Box 671
Norristown, PA 19404


Home Depot
Credit Services Department
P.O. Box 790340
Saint Louis, MO 63179


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Interstate Waste Chestmont Disposal
P.O. Box 553196
Detroit, MI 48255


J&J Spill & Services & Supplies, Inc.
P.O. Box 370
Blue Bell, PA 19422


John A. Prodoehl, Esquire
P.O. Box 147
Broomall, PA 19008


L&C Specialized Carriers
1540 Village Court
Beverly, NJ 08010

Labor Ready Northeast, Inc.
P.O. Box 641034
Pittsburgh, PA 15264


M.A.D Expres, LLC
275 Route 523
Whitehouse Station, NJ 08889


Mandracchia & McWhirk, LLC
2024 Cressman Rd.
P.O. Box 1229
Skippack, PA 19474


Marvin H. Gold, Esquire
237 S. York Road
Hatboro, PA 19040


Michael A. Lessa, Esquire
Amato & Lessa, P.C.
107 N. Commerce Way, Suite 100
Bethlehem, PA 18017


Michael Torres
243 Farmview Drive
Harleysville, PA 19438


Monarch Environmental, Inc.
P.O. Box 330
Woodstown, NJ 08098


Norris Sales Company
1300 E. Ridge Pike
Plymouth Meeting, PA 19462


PA Department of Revenue
Department 280948
Harrisburg, PA 17128

Parker Paving, Inc.
14 darby Road
Havertown, PA 19083


Pine Run Construction
4125 Landisville Road
Doylestown, PA 18902


Pitney Bowes
2000 Hamilton Street
Philadelphia, PA 19130


Preston's Automotive & Truck Service
P.O. Box 1158
Kulpsville, PA 19443


Quill
P.O. Box 376000
Philadelphia, PA 19101


Ronald Amato, Esquire
170 N. Commerce Way
Bethlehem, PA 18017


SuperMedia
c/o Joseph Mann & Creed
20600 Chagrin Boulevard, Suite 5500
Beachwood, OH 44122


TBF Financial, LLC
740 Waukegan Road, Suite 404
Deerfield, IL 60015


Todd Lowell
8145 Cadwalader Avenue
Elkins Park, PA 19027

Top Grade Excavating, Inc.
P.O. Box 4
Quakertown, PA 18951


Township of Upper Moreland
117 Park Avenue
Willow Grove, PA 19090


Trimm Glass
316 Station Road
Media, PA 19063


Verderame Electric
1565 Forest Grove Road
Furlong, PA 18925


Victor Electro, Inc.
c/o Tony Branconi
8420 Algon Avenue
Philadelphia, PA 19152


W.J. Knox Services, Inc.
655 Copeland School Road
West Chester, PA 19380


Walmart
c/o Bennett Law
10542 S. Jordan Gateway, Suite 200
South Jordan, UT 84095


Waste Management NJ
c/o Caine & Weiner
9931 Corporate Campus Drive
Louisville, KY 40223


Wells Fargo
P.O. Box 6426
Carol Stream, IL 60197

```
Zoom Sewer & Drain, Inc.
915 S. Trooper Road
Norristown, PA 19403
```