B6F (Official Form 6F) (12/07)

In re **Campisi Construction, Inc.**,  Case No. **14-12458**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Adelphia Heating & Air Conditioning**<br>**1629 Radbum Road**<br>**Bensalem, PA 19020** | | - | **Lawsuit.** | | | | **Unknown** |
| Account No.<br>**Advanced Disposal**<br>**2955 Felton Drive**<br>**Norristown, PA 19401** | | - | **Vendor.** | | | | **890.62** |
| Account No.<br>**Alex McConnell**<br>**2150 Old Morris Road**<br>**Harleysville, PA 19438** | | - | **2012**<br>**Former employee.** | | | | **18,807.15** |
| Account No.<br>**Allen Brady Excavating**<br>**1950 Kulp Road**<br>**Harleysville, PA 19438** | | - | **Vendor.** | | | | **963.15** |

___10___  continuation sheets attached

Subtotal (Total of this page)    **20,660.92**

In re **Campisi Construction, Inc.**,                     Case No. **14-12458**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101** | | - | **Credit Card.** | | | | **43,698.54** |
| Account No.<br><br>**Berkheimer**<br>**50 North Seventh Street**<br>**P.O. Box 955**<br>**Bangor, PA 18013** | | - | **2011**<br>**Payroll taxes.** | | | | **547.79** |
| Account No.<br><br>**Better Air Management**<br>**P.O. Box 341**<br>**Lansdale, PA 19446** | | - | **Vendor.** | | | | **1,100.00** |
| Account No.<br><br>**Bob Schoen, AP**<br>**c/o Detweiler, Hershey, & Associates**<br>**64 N. County Line Road**<br>**P.O. Box 64157**<br>**Souderton, PA 18964** | | - | **Vendor.** | | | | **9,260.00** |
| Account No.<br><br>**Clairmont, Paciello & Co, PC**<br>**250 Tanglewood Lane**<br>**King of Prussia, PA 19406** | | - | **Vendor.** | | | X | **17,395.76** |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **72,002.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Campisi Construction, Inc.**  ,    Case No. __**14-12458**__
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CNH Capital America, LLC**<br>**CRA Payment Center**<br>**P.O. Box 3900**<br>**Lancaster, PA 17604** | - | | **Vendor.** | | | | **250.97** |
| Account No.<br><br>**Comcast**<br>**Bankruptcy Department**<br>**401 White Horse Road**<br>**Suite 2**<br>**Voorhees, NJ 08043** | - | | **Vendor.** | | | | **976.88** |
| Account No.<br><br>**Cougar Development Group, LLC**<br>**240 Farmview Drive**<br>**Harleysville, PA 19438** | - | | **Lawsuit.** | | | | **Unknown** |
| Account No.<br><br>**David D. Clement, Esquire**<br>**55 Simpson Avenue**<br>**Pitman, NJ 08071** | - | | **Legal fees.** | | | | **3,093.75** |
| Account No.<br><br>**Delaware Valley Concrete Co., Inc.**<br>**P.O. Box 457**<br>**Hatboro, PA 19040** | - | | **Vendor.** | | | | **805.49** |

Sheet no. __**2**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5,127.09**

B6F (Official Form 6F) (12/07) - Cont.

In re **Campisi Construction, Inc.**, Case No. **14-12458**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Diversified Aggregates, LLC**<br>**36 Broad Street**<br>**Bloomfield, NJ 07003** | | - | Vendor. | | | | 321.68 |
| Account No.<br>**E.O. Habhegger**<br>**460 Penn Street**<br>**Lansdowne, PA 19050** | | - | Vendor. | | | | 8,402.21 |
| Account No.<br>**Earth Engineering**<br>**115 W. Germantown Pike, Suite 2500**<br>**Norristown, PA 19401** | | - | Vendor. | | | | 2,062.89 |
| Account No.<br>**East Coast Materials, LLC**<br>**36 Broad Street**<br>**Bloomfield, NJ 07003** | | - | Vendor. | | | | 1,478.32 |
| Account No.<br>**Edward A. Postell**<br>**P.O Box 346**<br>**Skippack, PA 19474** | | - | Vendor. | | | | 696.00 |

Sheet no. **3** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **12,961.10**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Campisi Construction, Inc.**  , Case No. __**14-12458**__
   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Erie Indemnity Co.**<br>**100 Erie INS Place**<br>**Erie, PA 16530** | - | | **Lawsuit.** | | | | **35,000.00** |
| Account No.<br><br>**Excel Document Solutions, Inc.**<br>**17 Richard Road**<br>**Warminster, PA 18974** | - | | **Vendor.** | | | | **159.00** |
| Account No.<br><br>**Exxon Mobil**<br>**P.O. Box 530964**<br>**Atlanta, GA 30353** | - | | **Vendor.** | | | | **167.64** |
| Account No.<br><br>**First Choice Bank**<br>**f/k/a Vantage Point Bank**<br>**100 Witmer Road, Suite 104**<br>**Horsham, PA 19044** | - | | **Loan.** | | | | **747.70** |
| Account No.<br><br>**Hamburg, Rubin, Mullin, Maxwell**<br>**& Lupin, PC**<br>**375 Morris Road**<br>**P.O. Box 1479**<br>**Lansdale, PA 19446** | - | | **Legal fees.** | | | | **5,945.56** |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **42,019.90**

B6F (Official Form 6F) (12/07) - Cont.

In re **Campisi Construction, Inc.**, Case No. **14-12458**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>High Schwartz, LLC<br>40 East Airy Street<br>P.O. Box 671<br>Norristown, PA 19404 | - | | Legal fees. | | | | 21,691.81 |
| Account No.<br><br>Home Depot<br>Credit Services Department<br>P.O. Box 790340<br>Saint Louis, MO 63179 | - | | Vendor. | | | | 2,809.03 |
| Account No.<br><br>Interstate Waste Chestmont Disposal<br>P.O. Box 553196<br>Detroit, MI 48255 | - | | Waste Services. | | | | 1,068.84 |
| Account No.<br><br>J&J Spill & Services & Supplies, Inc.<br>P.O. Box 370<br>Blue Bell, PA 19422 | - | | Vendor. | | | | 1,330.00 |
| Account No.<br><br>L&C Specialized Carriers<br>1540 Village Court<br>Beverly, NJ 08010 | - | | Vendor. | | | | 2,125.00 |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  29,024.68

B6F (Official Form 6F) (12/07) - Cont.

In re **Campisi Construction, Inc.**, Case No. **14-12458**
　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Labor Ready Northeast, Inc.<br>P.O. Box 641034<br>Pittsburgh, PA 15264 | | - | Vendor. | | | | 594.67 |
| Account No.<br><br>M.A.D Expres, LLC<br>275 Route 523<br>Whitehouse Station, NJ 08889 | | - | Vendor. | | | | 850.00 |
| Account No.<br><br>Mandracchia & McWhirk, LLC<br>2024 Cressman Rd.<br>P.O. Box 1229<br>Skippack, PA 19474 | | - | Legal fees. | | | | 3,000.00 |
| Account No.<br><br>Michael Torres<br>243 Farmview Drive<br>Harleysville, PA 19438 | | - | Vendor. | | | | 1,425.00 |
| Account No.<br><br>Monarch Environmental, Inc.<br>P.O. Box 330<br>Woodstown, NJ 08098 | | - | Vendor. | | | | 1,662.10 |

Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,531.77**

B6F (Official Form 6F) (12/07) - Cont.

In re **Campisi Construction, Inc.**,    Case No. __**14-12458**__
          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Norris Sales Company**<br>**1300 E. Ridge Pike**<br>**Plymouth Meeting, PA 19462** | - | | Vendor. | | | | 876.20 |
| Account No.<br>**Parker Paving, Inc.**<br>**14 darby Road**<br>**Havertown, PA 19083** | - | | Vendor. | | | | 28,927.28 |
| Account No.<br>**Pine Run Construction**<br>**4125 Landisville Road**<br>**Doylestown, PA 18902** | - | | Vendor. | | | | 800.00 |
| Account No.<br>**Pitney Bowes**<br>**2000 Hamilton Street**<br>**Philadelphia, PA 19130** | - | | Vendor. | | | | 820.86 |
| Account No.<br>**Preston's Automotive & Truck Service**<br>**P.O. Box 1158**<br>**Kulpsville, PA 19443** | - | | Vendor. | | | | 11,807.22 |

Sheet no. __**7**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **43,231.56**

B6F (Official Form 6F) (12/07) - Cont.

In re **Campisi Construction, Inc.**, Case No. **14-12458**
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Quill**<br>**P.O. Box 376000**<br>**Philadelphia, PA 19101** | - | | Vendor. | | | | 91.57 |
| Account No.<br>**SuperMedia**<br>**c/o Joseph Mann & Creed**<br>**20600 Chagrin Boulevard, Suite 5500**<br>**Beachwood, OH 44122** | - | | Vendor. | | | | 113.72 |
| Account No.<br>**TBF Financial, LLC**<br>**740 Waukegan Road, Suite 404**<br>**Deerfield, IL 60015** | - | | Lawsuit | | | | 1,200.00 |
| Account No.<br>**Todd Lowell**<br>**8145 Cadwalader Avenue**<br>**Elkins Park, PA 19027** | - | | Vendor. | | | | 500.00 |
| Account No.<br>**Top Grade Excavating, Inc.**<br>**P.O. Box 4**<br>**Quakertown, PA 18951** | - | | Vendor. | | | | 1,050.00 |

Sheet no. **8** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,955.29**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Campisi Construction, Inc.**,                                    Case No.  **14-12458**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Trimm Glass**<br>**316 Station Road**<br>**Media, PA 19063** | | - | **Lawsuit settlement.** | | | | **17,000.00** |
| Account No.<br>**Verderame Electric**<br>**1565 Forest Grove Road**<br>**Furlong, PA 18925** | | - | **Utility Vendor.** | | | | **6,970.00** |
| Account No.<br>**Victor Electro, Inc.**<br>**c/o Tony Branconi**<br>**8420 Algon Avenue**<br>**Philadelphia, PA 19152** | | - | **Vendor.** | | | | **1,465.23** |
| Account No.<br>**W.J. Knox Services, Inc.**<br>**655 Copeland School Road**<br>**West Chester, PA 19380** | | - | **Vendor.** | | | | **264.90** |
| Account No.<br>**Walmart**<br>**c/o Bennett Law**<br>**10542 S. Jordan Gateway, Suite 200**<br>**South Jordan, UT 84095** | | - | **Vendor.** | | | | **592.50** |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **26,292.63**

B6F (Official Form 6F) (12/07) - Cont.

In re **Campisi Construction, Inc.**, Case No. **14-12458**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Waste Management NJ<br>c/o Caine & Weiner<br>9931 Corporate Campus Drive<br>Louisville, KY 40223 | | - | Waste Services. | | | | 6,103.35 |
| Account No.<br>Wells Fargo<br>P.O. Box 6426<br>Carol Stream, IL 60197 | | - | Loan. | | | | 250,540.17 |
| Account No.<br>Zoom Sewer & Drain, Inc.<br>915 S. Trooper Road<br>Norristown, PA 19403 | | - | Vendor. | | | | 1,502.43 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **258,145.95**

Total (Report on Summary of Schedules) **519,952.98**