UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No.  14-12458-JKF |
| | : | |
| Campisi Construction, Inc., | : | Chapter  11 |
| | : | |
| Debtor | : | |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue respectfully requests that all notices given or required to be given in this case by the Court and/or any party be given to the Commonwealth by serving the undersigned counsel.

KATHLEEN G. KANE
ATTORNEY GENERAL

DATED: 5/7/2014            BY:   /s/ *Denise A. Kuhn*
                                 Denise A. Kuhn
                                 Senior Deputy Attorney General
                                 Attorney I.D. No. 46806
                                 Office of Attorney General
                                 21 S. 12th Street,  3rd Floor
                                 Philadelphia, PA 19107-3603
                                 Tel: (215) 560-2131
                                 Fax: (215) 560-2202
                                 E-mail:  dkuhn@attorneygeneral.gov