B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re *Campisi Construction Inc.*
           Debtor

Case No. *14-12458 JKF*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: *April*

Line of Business: *Construction*

Date filed: *May 7, 2014*

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

*Anthony Campisi*
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ *Qtrly Taxes* |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

14.    HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ☐ ☒

15.    DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ☐ ☒

16.    HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ☐ ☒

17.    HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ☐ ☒

18.    HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?    ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 42,387.25

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $    0

Cash on Hand at End of Month    $    3958.15

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL**    $    3958.15

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 38,551.65

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 42,387.25

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 38,551.65

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $ 3,835.60

9:02 AM
05/07/14

# Campisi Construction Inc.
## Check Detail
### April 2014

| Type | Num | Date | Name | Memo | Account | Original Am... |
|------|-----|------|------|------|---------|----------------|
| Check | | 4/25/2014 | John Ludlow | 4/17-4/23 | 10200 · Wells Fargo (DIP) Pay... | -1,303.78 |
| | | | | Payroll 4/17-4/23/14 | 66105 · Salary-Excavation | 1,500.00 |
| | | | | Federal Withholding | 24050 · IRS-FWT | -277.50 |
| | | | | FICA Withholding | 24100 · IRS-FICA | -114.75 |
| | | | | Pa Withholding | 24300 · PA Withholding | -46.05 |
| | | | | PAUC Withholding | 24250 · EE-SUTA | -1.05 |
| | | | | Local Withholding | 24400 · Local Withholding | -15.00 |
| | | | | $100 Truck, $14.28 Reimburse Light bulbs for dump truck in... | 60100 · Auto Truck Expen... | 114.28 |
| | | | | Tru Value Reimbursements | 51400 · Job Materials Purchased | 143.85 |
| TOTAL | | | | | | 1,303.78 |
| Check | | 4/25/2014 | Angela Reber | 4/17-4/23/14 | 10200 · Wells Fargo (DIP) Pay... | -412.20 |
| | | | | Payroll 4/17-4/23/14 | 66110 · Office Salary | 480.00 |
| | | | | Federal Withholding | 24050 · IRS-FWT | -18.20 |
| | | | | FICA Withholding | 24100 · IRS-FICA | -36.72 |
| | | | | State Withholding | 24300 · PA Withholding | -14.74 |
| | | | | EE PAUC Withholding | 24250 · EE-SUTA | -0.34 |
| | | | | Local Withholding | 24400 · Local Withholding | -4.80 |
| | | | | Postage | 64900 · Office Supplies | 7.00 |
| TOTAL | | | | | | 412.20 |
| Check | preston | 4/23/2014 | Service Charges | Preston check bouncing first time due to funds not being av... | 10000 · Wells Fargo (DIP) Op... | -35.00 |
| | | | | | 60400 · Bank Service Charges | 35.00 |
| TOTAL | | | | | | 35.00 |
| Check | | 4/29/2014 | Superior Court of PA | Appeal ECI Case Superior Court | 10000 · Wells Fargo (DIP) Op... | -96.82 |
| | | | | | 66710 · Legal Fees | 96.82 |
| TOTAL | | | | | | 96.82 |
| Check | 1 | 4/14/2014 | Preston's Automotive | Dump Truck Inspection and Repair | 10000 · Wells Fargo (DIP) Op... | -1,500.00 |
| | | | | Dump Truck Inspection and Repairs | 60180 · Truck Repairs | 1,500.00 |
| TOTAL | | | | | | 1,500.00 |

9:02 AM
05/07/14

# Campisi Construction Inc.
## Check Detail
### April 2014

| Type | Num | Date | Name | Memo | Account | Original Am... |
|------|-----|------|------|------|---------|----------------|
| Check | 1 | 4/23/2014 | Mike Gambone | Railing Pompton Plains | 10200 · Wells Fargo (DIP) Pay... | -200.00 |
| TOTAL | | | Dad & Sons, Inc. | Railing Pompton Plains | 51400 · Job Materials Purchased | 200.00 |
| | | | | | | 200.00 |
| Check | 2 | 4/14/2014 | Erie Insurance | | 10000 · Wells Fargo (DIP) Op... | -8,373.66 |
| | | | | | 63310 · Auto Insurance | 3,116.00 |
| | | | | | 63320 · General Liability | 4,486.00 |
| | | | | | 63330 · Workers' Compensation | 721.66 |
| | | | | | 63310 · Auto Insurance | 25.00 |
| | | | | | 63320 · General Liability | 25.00 |
| TOTAL | | | | reinstatement fee | | |
| | | | | reinstatement fee | | 8,373.66 |
| Check | 2 | 4/24/2014 | Miguel Santiago | 4/17-4/23/14 Payroll | 10200 · Wells Fargo (DIP) Pay... | -363.55 |
| | | | | 4/17-4/23/14 | 66125 · Payroll-Laborer | 457.50 |
| | | | | Federal Withholding | 24050 · IRS-FWT | -15.45 |
| | | | | FICA Withholding | 24100 · IRS-FICA | -35.00 |
| | | | | PA Withholding | 24300 · PA Withholding | -14.05 |
| | | | | EE PAUC Withholding | 24250 · EE-SUTA | -0.32 |
| | | | | Philly Withholding | 24400 · Local Withholding | -29.13 |
| TOTAL | | | | | | 363.55 |
| Check | 3 | 4/14/2014 | verizon wireless | | 10000 · Wells Fargo (DIP) Op... | -320.07 |
| | | | | | 68100 · Telephone Expense | 320.07 |
| TOTAL | | | | | | 320.07 |
| Check | 3 | 4/24/2014 | Joseph Craig | 10200 · Wells Fargo (DIP) Pay... | | -577.00 |
| | | | | Payroll 4/17-4/23/14 | 66125 · Payroll-Laborer | 765.00 |
| | | | | Federal Withholding | 24050 · IRS-FWT | -97.80 |
| | | | | FICA Withholding | 24100 · IRS-FICA | -58.52 |
| | | | | State Withholding | 24300 · PA Withholding | -23.49 |
| | | | | EE PAUC Withholding | 24250 · EE-SUTA | -0.54 |
| | | | | Local Withholding | 24400 · Local Withholding | -7.65 |
| TOTAL | | | | | | 577.00 |

9:02 AM
05/07/14

# Campisi Construction Inc.
## Check Detail
### April 2014

| Type | Num | Date | Name | Memo | Account | Original Am... |
|---|---|---|---|---|---|---|
| Check | 4 | 4/15/2014 | American Fuel | Equipment Fuel Delivery | 10000 · Wells Fargo (DIP) Op.... | -685.90 |
| | | | Lukoil North America:Lukoil #69239 | Hatfield | 50900 · Equipment Fuel | 685.90 |
| TOTAL | | | | | | 685.90 |
| Check | 5 | 4/15/2014 | CompuChecks | Bank Checks | 10000 · Wells Fargo (DIP) Op.... | -106.94 |
| | | | | | 64900 · Office Supplies | 106.94 |
| TOTAL | | | | | | 106.94 |
| Check | 6 | 4/16/2014 | National Construction Rentals | Fence @ Hatfield | 10000 · Wells Fargo (DIP) Op.... | -1,313.09 |
| | | | Lukoil North America:Lukoil #69239 | Fence @ Hatfield | 53750 · Temporary Fencing | 1,313.09 |
| TOTAL | | | | | | 1,313.09 |
| Check | 7 | 4/16/2014 | Anthony G. Campisi | | 10000 · Wells Fargo (DIP) Op.... | -2,200.00 |
| | | | | | 66100 · Officer Compensation | 2,500.00 |
| | | | | FWT | 24050 · IRS-FWT | -5.25 |
| | | | | EE FICA | 24100 · IRS-FICA | -191.25 |
| | | | | Pa Withholding | 24300 · PA Withholding | -76.75 |
| | | | | EE SUTA | 24250 · EE-SUTA | -1.75 |
| | | | | Local Withholding | 24400 · Local Withholding | -25.00 |
| TOTAL | | | | | | 2,200.00 |
| Check | 8 | 4/16/2014 | Anthony G. Campisi | Reimbursement of PECO Charges from Company | 10000 · Wells Fargo (DIP) Op.... | -900.00 |
| | | | | | 68600 · Utilities | 900.00 |
| TOTAL | | | | | | 900.00 |
| Check | 9 | 4/16/2014 | Miguel Santiago | Backpay owed | 10000 · Wells Fargo (DIP) Op.... | -329.15 |
| | | | | | 66125 · Payroll:Laborer | 382.50 |
| | | | | FWT | 24050 · IRS-FWT | -8.25 |
| | | | | EE FICA | 24100 · IRS-FICA | -29.26 |
| | | | | SWT | 24300 · PA Withholding | -11.74 |
| | | | | EE SUTA | 24250 · EE-SUTA | -0.27 |
| | | | | Local Withholding | 24400 · Local Withholding | -3.83 |
| TOTAL | | | | | | 329.15 |

9:02 AM
05/07/14

# Campisi Construction Inc.
## Check Detail
### April 2014

| Type | Num | Date | Name | Memo | Account | Original Am... |
|---|---|---|---|---|---|---|
| Check | 10 | 4/16/2014 | Angela Reber | | 10000 · Wells Fargo (DIP) Op.... | -1,665.00 |
| | | | | BackPay owed | 66110 · Office Salary | 1,360.00 |
| | | | | 4/8-4/16 | 66110 · Office Salary | 630.00 |
| | | | | FWT | 24050 · IRS-FWT | -90.38 |
| | | | | EE FICA | 24100 · IRS-FICA | -152.24 |
| | | | | SWT | 24300 · PA Withholding | -61.09 |
| | | | | EE SUTA | 24250 · EE-SUTA | -1.39 |
| | | | | Local Withholding | 24400 · Local Withholding | -19.90 |
| TOTAL | | | | | | 1,665.00 |
| Check | 10 | 4/24/2014 | Cooks Computers | | 10000 · Wells Fargo (DIP) Op.... | -781.00 |
| | | | | Angie's Computer Repair | 67200 · Repairs and Maintenan... | 781.00 |
| TOTAL | | | | | | 781.00 |
| Check | 11 | 4/16/2014 | John Ludlow | | 10000 · Wells Fargo (DIP) Op.... | -4,401.37 |
| | | | | Backpay owed | 66105 · Salary-Excavation | 4,500.00 |
| | | | | 4/10-4/16 | 66105 · Salary-Excavation | 1,500.00 |
| | | | | FWT | 24050 · IRS-FWT | -1,110.00 |
| | | | | EE FICA | 24100 · IRS-FICA | -459.00 |
| | | | | SWT | 24300 · PA Withholding | -184.20 |
| | | | | EE SUTA | 24250 · EE-SUTA | -4.20 |
| | | | | Local Withholding | 24400 · Local Withholding | -60.00 |
| | | | | fuel reimbursement | 60150 · Fuel | 200.00 |
| | | | | Postage Reimbursement | 66600 · Postage Expense | 18.77 |
| TOTAL | | | | | | 4,401.37 |
| Check | 12 | 4/16/2014 | Tank Installers' Indemnification ... | Campisi Construction ID # 304318 | 10000 · Wells Fargo (DIP) Op.... | -1,000.00 |
| | | | | DEP Removal License 2014 | 61000 · Business Licenses and... | 1,000.00 |
| TOTAL | | | | | | 1,000.00 |
| Check | 13 | 4/17/2014 | Verizon | | 10000 · Wells Fargo (DIP) Op.... | -237.07 |
| | | | | March Bill | 68100 · Telephone Expense | 233.57 |
| | | | | bill matrix fee | 68100 · Telephone Expense | 3.50 |
| TOTAL | | | | | | 237.07 |

9:02 AM
05/07/14

# Campisi Construction Inc.
## Check Detail
### April 2014

| Type | Num | Date | Name | Memo | Account | Original Am... |
|---|---|---|---|---|---|---|
| Check | 14 | 4/17/2014 | Dimitri Karapelou, LLC | | 10000 · Wells Fargo (DIP) Op... | -5,000.00 |
| TOTAL | | | | | 66710 · Legal Fees | 5,000.00 |
| | | | | | | 5,000.00 |
| Check | 1500 | 4/28/2014 | U.S. Trustee | A/C# 1321412458 1st qtr 2014 min fee due | 10000 · Wells Fargo (DIP) Op... | -325.00 |
| TOTAL | | | | | 66710 · Legal Fees | 325.00 |
| | | | | | | 325.00 |
| Check | ckcrd441... | 4/18/2014 | Center Point Exxon | Backhoe @ Shop | 10000 · Wells Fargo (DIP) Op... | -23.00 |
| TOTAL | | | | | 50900 · Equipment Fuel | 23.00 |
| | | | | | | 23.00 |
| Check | ckcrd441... | 4/18/2014 | Center Point Exxon | Power Washer Fuel | 10000 · Wells Fargo (DIP) Op... | -8.00 |
| TOTAL | | | | | 50900 · Equipment Fuel | 8.00 |
| | | | | | | 8.00 |
| Check | ckcrd441... | 4/18/2014 | Center Point Exxon | Dumptruck | 10000 · Wells Fargo (DIP) Op... | -100.00 |
| TOTAL | | | | | 60150 · Fuel | 100.00 |
| | | | | | | 100.00 |
| Check | ckcrd 4... | 4/21/2014 | Skippack Pizza | Employee Lunch | 10200 · Wells Fargo (DIP) Pay... | -21.05 |
| TOTAL | | | | | 64300 · Meals and Entertainment | 21.05 |
| | | | | | | 21.05 |
| Check | ckcrd 4... | 4/21/2014 | eReplacementsparts.com | | 10200 · Wells Fargo (DIP) Pay... | -39.74 |
| TOTAL | | | | | 53800 · Tools and Small Equip... | 39.74 |
| | | | | | | 39.74 |
| Check | ckcrd 4... | 4/21/2014 | Lukoil-Fuel | Gas Can | 10200 · Wells Fargo (DIP) Pay... | -7.32 |
| TOTAL | | | | | 60150 · Fuel | 7.32 |
| | | | | | | 7.32 |

9:02 AM
05/07/14

# Campisi Construction Inc.
## Check Detail
### April 2014

| Type | Num | Date | Name | Memo | Account | Original Am... |
|------|-----|------|------|------|---------|----------------|
| Check | ckcrd42... | 4/22/2014 | PennDot | Registration Johnny's Truck | 10000 · Wells Fargo (DIP) Op... | -153.00 |
| | | | | | 60160 · Registration | 153.00 |
| TOTAL | | | | | | 153.00 |
| Check | ckcrd42... | 4/23/2014 | Lowe's | | 10000 · Wells Fargo (DIP) Op... | -41.77 |
| | | | | | 51400 · Job Materials Purchased | 41.77 |
| TOTAL | | | | | | 41.77 |
| Check | ckcrd42... | 4/23/2014 | Hess-Fuel | | 10000 · Wells Fargo (DIP) Op... | -90.50 |
| | | | | | 60150 · Fuel | 90.50 |
| TOTAL | | | | | | 90.50 |
| Check | ckcrd42... | 4/23/2014 | Wawa | | 10000 · Wells Fargo (DIP) Op.... | -102.00 |
| | | | | | 60150 · Fuel | 102.00 |
| TOTAL | | | | | | 102.00 |
| Check | ckcrd 4... | 4/24/2014 | Lutkoil-Fuel | | 10200 · Wells Fargo (DIP) Pay... | -84.11 |
| | | | | | 60150 · Fuel | 84.11 |
| TOTAL | | | | | | 84.11 |
| Check | ckcrd 4.... | 4/24/2014 | Parking-15th st | Bankruptcy court hearing parking | 10200 · Wells Fargo (DIP) Pay... | -22.00 |
| | | | | | 60140 · EZPass/Parking | 22.00 |
| TOTAL | | | | | | 22.00 |
| Check | ckcrd 4... | 4/24/2014 | Call Carting | Concrete Dumpster McCarter Hwy Newark NJ | 10200 · Wells Fargo (DIP) Pay... | -375.00 |
| | | | Dad & Sons, Inc. | | 50700 · Dumpster Rental/Sanit... | 375.00 |
| TOTAL | | | | | | 375.00 |
| Check | ckcrd 4... | 4/24/2014 | Montgomery Prothonotary | *This was Refunded to our Acct.* | 10200 · Wells Fargo (DIP) Pay... | -2.18 |
| | | | | | 66710 · Legal Fees | 2.18 |
| TOTAL | | | | | | 2.18 |

9:02 AM
05/07/14

# Campisi Construction Inc.
## Check Detail
### April 2014

| Type | Num | Date | Name | Memo | Account | Original Am... |
|---|---|---|---|---|---|---|
| Check | ckcrd 4... | 4/24/2014 | Lukoil-Fuel | | 10200 · Wells Fargo (DIP) Pay... | -50.00 |
| | | | | | 60150 · Fuel | 50.00 |
| TOTAL | | | | | | 50.00 |
| Check | ckcrd 4... | 4/24/2014 | Lowe's | | 10200 · Wells Fargo (DIP) Pay... | -53.61 |
| | | | | | 51400 · Job Materials Purchased | 53.61 |
| TOTAL | | | | | | 53.61 |
| Check | ckcrd 4... | 4/24/2014 | Quill | | 10000 · Wells Fargo (DIP) Op... | -90.56 |
| | | | | | 64900 · Office Supplies | 90.56 |
| TOTAL | | | | | | 90.56 |
| Check | ckcrd 4... | 4/24/2014 | Midlantic Machinery | New Batteries and Terminal for PC 200 | 10200 · Wells Fargo (DIP) Pay... | -747.47 |
| | | | | | 50950 · Equipment Repairs | 747.47 |
| TOTAL | | | | | | 747.47 |
| Check | ckcrd 4... | 4/28/2014 | Rabin Glove Co | Compressor & Hammer Rental | 10200 · Wells Fargo (DIP) Pay... | -165.60 |
| | | | | | 50800 · Equipment Rental for J... | 165.60 |
| TOTAL | | | | | | 165.60 |
| Check | ckcrd42... | 4/28/2014 | Wawa | Gas Cans | 10000 · Wells Fargo (DIP) Op... | -8.65 |
| | | | | | 60150 · Fuel | 8.65 |
| TOTAL | | | | | | 8.65 |
| Check | ckcrd42... | 4/28/2014 | Hess-Fuel | | 10000 · Wells Fargo (DIP) Op... | -9.50 |
| | | | | | 60150 · Fuel | 9.50 |
| TOTAL | | | | | | 9.50 |
| Check | ckcrd42... | 4/28/2014 | Wawa | Gas Cans | 10000 · Wells Fargo (DIP) Op... | -98.00 |
| | | | | | 60150 · Fuel | 98.00 |
| TOTAL | | | | | | 98.00 |

9:02 AM
05/07/14

# Campisi Construction Inc.
## Check Detail
April 2014

| Type | Num | Date | Name | Memo | Account | Original Am... |
|---|---|---|---|---|---|---|
| Check | ckcrd42... | 4/28/2014 | Sunoco-Fuel; | | 10000 · Wells Fargo (DIP) Op.... | -125.00 |
| | | | | | 60150 · Fuel | 125.00 |
| TOTAL | | | | | | 125.00 |
| Check | ckcrd42... | 4/28/2014 | EZ Pass | | 10000 · Wells Fargo (DIP) Op.... | -500.00 |
| | | | | | 60140 · EZPass/Parking | 500.00 |
| TOTAL | | | | | | 500.00 |
| Check | ckcrd42... | 4/28/2014 | Lowe's | Luköil North America:Luköil #69701 Paoli Pike | 10000 · Wells Fargo (DIP) Op.... | -95.73 |
| | | | | | 51400 · Job Materials Purchased | 95.73 |
| TOTAL | | | | | | 95.73 |
| Check | ckcrd42... | 4/28/2014 | Wawa | | 10000 · Wells Fargo (DIP) Op.... | -75.00 |
| | | | | | 60150 · Fuel | 75.00 |
| TOTAL | | | | | | 75.00 |
| Check | ckcrd42... | 4/29/2014 | Montgomery Prothonotary | | 10000 · Wells Fargo (DIP) Op.... | -1.22 |
| | | | | | 66710 · Legal Fees | 1.22 |
| TOTAL | | | | | | 1.22 |
| Check | ckcrd42... | 4/29/2014 | Lukoil-Fuel | | 10000 · Wells Fargo (DIP) Op.... | -75.00 |
| | | | | | 60150 · Fuel | 75.00 |
| TOTAL | | | | | | 75.00 |
| Check | ckcrd42... | 4/29/2014 | Advance Auto Stores | | 10000 · Wells Fargo (DIP) Op.... | -49.45 |
| | | | | | 60180 · Truck Repairs | 49.45 |
| TOTAL | | | | | | 49.45 |
| Check | ckcrd42... | 4/29/2014 | Home Depot | Dad & Sons, Inc. Hess Concrete | 10000 · Wells Fargo (DIP) Op.... | -19.85 |
| | | | | | 51400 · Job Materials Purchased | 19.85 |
| TOTAL | | | | | | 19.85 |

9:02 AM
05/07/14

## Campisi Construction Inc.
### Check Detail
#### April 2014

| Type | Num | Date | Name | Memo | Account | Original Am... |
|------|-----|------|------|------|---------|----------------|
| Check | ckcrd42... | 4/29/2014 | Quill | | 10000 · Wells Fargo (DIP) Op.... | -20.35 |
| | | | | | 64900 · Office Supplies | 20.35 |
| TOTAL | | | | | | 20.35 |
| Check | ckcrd43... | 4/30/2014 | US Gas | | 10000 · Wells Fargo (DIP) Op.... | -75.00 |
| | | | | | 60150 · Fuel | 75.00 |
| TOTAL | | | | | | 75.00 |
| Check | ckcrd43... | 4/30/2014 | Wawa | gas cans | 10000 · Wells Fargo (DIP) Op.... | -8.54 |
| | | | | | 60150 · Fuel | 8.54 |
| TOTAL | | | | | | 8.54 |
| Check | ckcrd43... | 4/30/2014 | Plut Examination Services | DEP Exam Test John Ludlow 5/16 | 10000 · Wells Fargo (DIP) Op.... | -155.00 |
| | | | | UR & AD DEP Exam Test | 63500 · Licenses | 155.00 |
| TOTAL | | | | | | 155.00 |

3:45 PM

05/05/14

Cash Basis

## Campisi Construction Inc.
## Balance Sheet
### As of April 30, 2014

|  | Apr 30, 14 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Wells Fargo (DIP) Operating | 3,935.62 |
| 10200 · Wells Fargo (DIP) Payroll Acct | 3,306.83 |
| 10300 · Wells Fargo (DIP) Payroll Savin | 22.53 |
| 10500 · Wells Fargo (OLD ACCT) | -122.53 |
| **Total Checking/Savings** | 7,142.45 |
| **Total Current Assets** | 7,142.45 |
| **TOTAL ASSETS** | **7,142.45** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **24000 · Payroll Liabilities** | |
| 24050 · IRS-FWT | 1,622.83 |
| 24100 · IRS-FICA | 1,076.74 |
| 24250 · EE-SUTA | 9.86 |
| 24300 · PA Withholding | 432.11 |
| 24400 · Local Withholding | 165.31 |
| **Total 24000 · Payroll Liabilities** | 3,306.85 |
| **Total Other Current Liabilities** | 3,306.85 |
| **Total Current Liabilities** | 3,306.85 |
| **Total Liabilities** | 3,306.85 |
| **Equity** | |
| Net Income | 3,835.60 |
| **Total Equity** | 3,835.60 |
| **TOTAL LIABILITIES & EQUITY** | **7,142.45** |

3:51 PM

05/05/14

Cash Basis

# Campisi Construction Inc.
## Profit & Loss
### April 2014

|  | Apr 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 42500 · Contract Income | 42,387.25 |
| **Total Income** | 42,387.25 |
| **Cost of Goods Sold** | |
| 50700 · Dumpster Rental/Sanitation | 0.00 |
| 50800 · Equipment Rental for Jobs | 165.60 |
| 50900 · Equipment Fuel | 716.90 |
| 50950 · Equipment Repairs | 747.47 |
| 51400 · Job Materials Purchased | 554.81 |
| 53750 · Temporary Fencing | 1,313.09 |
| 53800 · Tools and Small Equipment | 39.74 |
| **Total COGS** | 3,537.61 |
| **Gross Profit** | 38,849.64 |
| **Expense** | |
| 60100 · Auto and Truck Expenses | |
| 60140 · EZPass/Parking | 522.00 |
| 60150 · Fuel | 1,108.62 |
| 60160 · Registration | 153.00 |
| 60180 · Truck Repairs | 1,549.45 |
| 60100 · Auto and Truck Expenses - Other | 114.28 |
| **Total 60100 · Auto and Truck Expenses** | 3,447.35 |
| 60400 · Bank Service Charges | 35.00 |
| 61000 · Business Licenses and Permits | 1,000.00 |
| 63300 · Insurance Expense | |
| 63310 · Auto Insurance | 3,141.00 |
| 63320 · General Liability | 4,511.00 |
| 63330 · Workers' Compensation | 721.66 |
| **Total 63300 · Insurance Expense** | 8,373.66 |
| 63500 · Licenses | 155.00 |
| 64300 · Meals and Entertainment | 21.05 |
| 64900 · Office Supplies | 224.85 |
| 66000 · Payroll Expenses | |
| 66100 · Officer Compensation | 2,500.00 |
| 66105 · Salary-Excavation | 7,500.00 |
| 66110 · Office Salary | 2,470.00 |
| 66125 · Payroll-Laborer | 1,605.00 |
| **Total 66000 · Payroll Expenses** | 14,075.00 |
| 66600 · Postage Expense | 18.77 |
| 66700 · Professional Fees | |
| 66710 · Legal Fees | 5,425.22 |
| **Total 66700 · Professional Fees** | 5,425.22 |
| 67200 · Repairs and Maintenance | 781.00 |
| 68100 · Telephone Expense | 557.14 |
| 68600 · Utilities | 900.00 |
| **Total Expense** | 35,014.04 |
| **Net Ordinary Income** | 3,835.60 |
| **Net Income** | **3,835.60** |

# Wells Fargo Combined Statement of Accounts

Primary account number:   **7323088042**   ⌄   April 10, 2014 - April 30, 2014   ⌄   Page 1 of 9



CAMPISI CONSTRUCTION INC
DEBTOR IN POSSESSION
CH 11 CASE #14-12458 (EPA)
2106 BUSTARD RD
LANSDALE PA 19446-5702

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

**Introducing the new Wells Fargo Works for Small Business website**
The new Wells Fargo Works site offers free access to business information and
advice through videos, articles, and other small business resources. This site offers
objective information from industry experts, best practices from real business
owners, as well as numerous Wells Fargo solutions that can help you run your
business. Learn more about Wells Fargo Works at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

---

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Gold Business Services Package | 2 | 7323088042 | 0.00 | 4,500.38 |
| Gold Business Services Package | 5 | 7323088034 | 0.00 | 3,306.83 |
| Business Market Rate Savings | 7 | 9876043564 | 0.00 | 0.00 |
| Business Market Rate Savings | 8 | 9876043572 | 0.00 | 22.53 |
| | | Total deposit accounts | $0.00 | $7,829.74 |

Primary account number:  7323088042    ∨  April 10, 2014 - April 30, 2014    ∨  Page 2 of 9



# Gold Business Services Package

## Activity summary

| | |
|---|---|
| Beginning balance on 4/10 | $0.00 |
| Deposits/Credits | 42,812.25 |
| Withdrawals/Debits | - 38,311.87 |
| **Ending balance on 4/30** | **$4,500.38** |
| | |
| Average ledger balance this period | $12,539.54 |

Account number:  7323088042

**CAMPISI CONSTRUCTION INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #14-12458 (EPA)**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/14 | | Deposit | 42,387.25 | | |
| 4/14 | | Deposit Made In A Branch/Store | 50.00 | | 42,437.25 |
| 4/16 | | Online Transfer to Campisi A Ref #Ibecbdvynv Checking Tony Payroll | | 2,200.00 | |
| 4/16 | | Online Transfer to Campisi A Ref #Ibeg7G9Wbx Checking Reimbursement 1/2 Peco Bill | | 900.00 | |
| 4/16 | | Online Transfer to Campisi Construction Inc Ref #Ibeqwltmyc Business Checking Ee Payroll Withholding Payroll Ending 4/18 | | 2,495.76 | |
| 4/16 | | Erie Insurance Achweb 140415 000000492457661 Campisi Construction | | 8,373.66 | |
| 4/16 | 1 | Check | | 685.90 | 27,781.93 |
| 4/17 | | Check | | 1,665.00 | |
| 4/17 | 10 | Check | | 1,313.09 | 24,803.84 |
| 4/18 | | Cashed Check | | 329.15 | |
| 4/18 | | Check | | 5,000.00 | |
| 4/18 | 1 | Check | | 4,401.37 | |
| 4/18 | | Fis*Verizon Bill Pay 140417 14099583731 Verizon Main Vru | | 233.57 | |
| 4/18 | | Billmatrix Billpayfee 140417 14099583732 Billmatrix | | 3.50 | 14,836.25 |
| 4/21 | | Check Crd Purchase 04/18 Exxonmobil 4764 Worcester PA 474165xxxxxx7643 304108516975925 ?McC=5542 | | 23.00 | |
| 4/21 | | Check Crd Purchase 04/18 Exxonmobil 4764 Worcester PA 474165xxxxxx7643 584108518277341 ?McC=5542 | | 8.00 | |
| 4/21 | | Check Crd Purchase 04/18 Wawa 8056 0008 Hatfield PA 474165xxxxxx7643 464108547903404 ?McC=5542 | | 100.00 | |
| 4/21 | | Check | | 1,000.00 | 13,705.25 |
| 4/23 | | Check Crd Purchase 04/22 PA Driver/Vehicle 800-932-4600 PA 474165xxxxxx7643 384112486520794 ?McC=9399 | | 153.00 | |
| 4/23 | | Online Transfer to Campisi Construction Inc Ref #Ibecbghs85 Business Checking to Cover Check for Gambone Out of Checks | | 200.00 | |
| 4/23 | 1 | Check | | 1,500.00 | |
| 4/23 | 1 | Check | | 35.00 | 11,817.25 |
| 4/24 | | Check Crd Purchase 04/22 Hess 30511 Newark NJ 474165xxxxxx7643 464112681796814 ?McC=5542 | | 90.50 | |
| 4/24 | | Check Crd Purchase 04/23 Lowes #02706* Hatfield PA 474165xxxxxx7643 584113377061849 ?McC=5200 | | 41.77 | |
| 4/24 | | Check Crd Purchase 04/23 Wawa 8056 0008 Hatfield PA 474165xxxxxx7643 304113681412899 ?McC=5542 | | 102.00 | |

Primary account number:  7323088042    v   April 10, 2014 – April 30, 2014    v  Page 3 of 9



**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/24 | | Online Transfer to Campisi Construction Inc Ref #Ibek4Kj5S Business Checking to Cover Debit Cards Transactions | | 765.92 | |
| 4/24 | | Online Transfer to Campisi Construction Inc Ref #Ibek4Klzcl Business Checking to Transfer Payroll Dtd 4/25/14 | | 3,091.59 | |
| 4/24 | | Compuchecks.Com Sigonfile 042414 4Sg452 898580 | | 106.94 | 7,618.53 |
| 4/25 | | Check | | 781.00 | 6,837.53 |
| 4/28 | | Check Crd Pur Rtrn 04/24 Cali Carting Inc 201-991-5400 NJ 474165xxxxxx7635 614116546789552 ?McC=7399 | 375.00 | | |
| 4/28 | | Check Crd Purchase 04/24 Quill Corporation 800-789-8965 IL 474165xxxxxx7635 584114509761597 ?McC=5111 | | 90.56 | |
| 4/28 | | Check Crd Purchase 04/24 Hess 30514 Newark NJ 474165xxxxxx7635 584114644529887 ?McC=5542 | | 9.50 | |
| 4/28 | | Check Crd Purchase 04/25 Wawa 8050 0008 Hatfield PA 474165xxxxxx7635 304115368024391 ?McC=5541 | | 8.65 | |
| 4/28 | | Check Crd Purchase 04/25 Wawa 8050 0008 Hatfield PA 474165xxxxxx7635 384115366487726 ?McC=5542 | | 98.00 | |
| 4/28 | | Check Crd Purchase 04/25 Sunoco 0368298601 Hamilton Twp NJ 474165xxxxxx7643 584115395261311 ?McC=5542 | | 125.00 | |
| 4/28 | | Check Crd Purchase 04/25 Vzwrlss*Ivr Vb 800-922-0204 GA 474165xxxxxx7635 464114660791945 ?McC=4814 | | 320.07 | |
| 4/28 | | Check Crd Purchase 04/27 Ptc EZ Pass Auto R 877-736-6727 PA 474165xxxxxx7643 584117728448993 ?McC=9399 | | 500.00 | |
| 4/28 | | Online Transfer to Campisi Construction Inc Ref #Ibetsr24B9 Business Checking to Cover Ck Card Charges Wrong Acct | | 1,128.17 | 4,932.58 |
| 4/29 | | Check Crd Purchase 04/25 Quill Corporation 800-789-8965 IL 474165xxxxxx7635 304114509769595 ?McC=5111 | | 20.35 | |
| 4/29 | | Check Crd Purchase 04/28 Lowes #02706* Hatfield PA 474165xxxxxx7643 304118381924156 ?McC=5200 | | 95.73 | |
| 4/29 | | Check Crd Purchase 04/28 Wawa 8050 0008 Hatfield PA 474165xxxxxx7643 584118384532443 ?McC=5542 | | 75.00 | |
| 4/29 | | Check Crd Purchase 04/28 Lukoil 69202 Lansdale PA 474165xxxxxx7643 584118469718026 ?McC=5542 | | 75.00 | |
| 4/29 | | Bank Originated Debit | | 96.82 | 4,569.68 |
| 4/30 | | Check Crd Purchase 04/28 Advance Auto Parts Norristown PA 474165xxxxxx7643 384118610844443 ?McC=5533 | | 49.45 | |
| 4/30 | | Check Crd Purchase 04/28 The Home Depot 414 Norristown PA 474165xxxxxx7643 304118618421590 ?McC=5200 | | 19.85 | 4,500.38 |
| Ending balance on 4/30 | | | | | 4,500.38 |
| Totals | | | $42,812.25 | $38,311.87 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 4/17 | 1,665.00 | | 4/21 | 1,000.00 | 1 | 4/23 | 35.00 |
| | 4/18 | 329.15 | 1 | 4/18 | 4,401.37 | 1 | 4/16 | 685.90 |
| | 4/18 | 5,000.00 | 1 | 4/23 | 1,500.00 | 10 * | 4/17 | 1,313.09 |
| | 4/25 | 781.00 | | | | | | |

* Gap in check sequence.

## Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 4/16 | Check Reference # 0000762400822623 8132 | 1,500.00 |

Primary account number: 7323088042   v   April 10, 2014 – April 30, 2014   v   Page 4 of 9



## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/10/2014 - 04/30/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee. You have up to 90 calendar days from 04/10/2014 to complete the package requirements.

| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $12,540.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $0.00 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| – Average ledger balances in business checking, savings, and time accounts | | |
| – Most recent statement balances of: business credit card, Wells Fargo Express Equity[e] and BusinessLine[e] lines of credit, Wells Fargo BusinessLoan[e] term loan | | |
| – Average daily balances from previous month in business PrimeLine[e] line of credit and Business PrimeLoan[m] account, Wells Fargo Express Equity[e], SBA, and Equipment Express[e] loans | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☐ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 17 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

☐   Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

Primary account number:  **7323088042**    ∨  April 10, 2014 – April 30, 2014    ∨  Page 5 of 9



## Gold Business Services Package

### Activity summary

| | |
|---|---|
| Beginning balance on 4/10 | $0.00 |
| Deposits/Credits | 7,731.44 |
| Withdrawals/Debits | - 4,424.61 |
| **Ending balance on 4/30** | **$3,306.83** |
| Average ledger balance this period | $2,357.50 |

Account number:  **7323088034**

CAMPISI CONSTRUCTION INC
DEBTOR IN POSSESSION
CH 11 CASE #14-12458 (EPA)
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/14 | | Deposit Made In A Branch/Store | 50.00 | | 50.00 |
| 4/16 | | Online Transfer From Campisi Construction I Ref #Ibeqwltmyc Business Checking Ee Payroll Withholding Payroll Ending 4/18 | 2,495.76 | | 2,545.76 |
| 4/21 | | Check Crd Purchase 04/18 Lukoil 69223 Lansdale PA 474165xxxxxx7635 384108486858282 ?McC=5541 | | 7.32 | |
| 4/21 | | Check Crd Purchase 04/18 Ereplacementparts. 866-802-6383 UT 474165xxxxxx7635 384108526884997 ?McC=5085 | | 39.74 | |
| 4/21 | | Check Crd Purchase 04/18 Skippack Pizza Skippack PA 474165xxxxxx7635 284108624259847 ?McC=5812 | | 21.05 | |
| 4/21 | | Check Crd Purchase 04/19 Lowes #02706* Hatfield PA 474165xxxxxx7635 464109647789995 ?McC=5200 | | 53.61 | 2,424.04 |
| 4/23 | | Online Transfer From Campisi Construction I Ref #Ibecbghs85 Business Checking to Cover Check for Gambone Out of Checks | 200.00 | | 2,624.04 |
| 4/24 | | Online Transfer From Campisi Construction I Ref #Ibek4Klzcl Business Checking to Transfer Payroll Dtd 4/25/14 | 3,091.59 | | |
| 4/24 | | Online Transfer From Campisi Construction I Ref #Ibek4Kl5S Business Checking to Cover Debit Cards Transactions | 765.92 | | |
| 4/24 | | Check Crd Purchase 04/22 Montgomery County 610-2783897 PA 474165xxxxxx7635 004112810526488 ?McC=7399 | | 2.18 | |
| 4/24 | | Check Crd Purchase 04/23 Lukoil 69717 Kulpsville PA 474165xxxxxx7635 464113399775999 ?McC=5542 | | 50.00 | |
| 4/24 | | Check | | 412.20 | 6,017.17 |
| 4/25 | | Check Crd Purchase 04/23 Parking 05911-15th 215-569-8400 PA 474165xxxxxx7635 464113444818051 ?McC=7523 | | 22.00 | |
| 4/25 | | Check Crd Purchase 04/23 Cali Carting Inc 201-991-5400 NJ 474165xxxxxx7635 584113723847424 ?McC=7399 | | 375.00 | |
| 4/25 | | Check Crd Purchase 04/24 Lukoil 69717 Kulpsville PA 474165xxxxxx7635 304114368613283 ?McC=5541 | | 9.11 | |
| 4/25 | | Check Crd Purchase 04/24 Lukoil 69717 Kulpsville PA 474165xxxxxx7635 584114366357919 ?McC=5542 | | 75.00 | |
| 4/25 | | Check Crd Purchase 04/24 Rabin Glove CO Newark NJ 474165xxxxxx7635 304114532908074 ?McC=5661 | | 165.60 | |
| 4/25 | | Check Crd Purchase 04/24 Midlantic Machiner 215-822-0145 PA 474165xxxxxx7635 184114595672247 ?McC=5599 | | 747.47 | |
| 4/25 | | Check | | 200.00 | 4,422.99 |
| 4/28 | | Online Transfer From Campisi Construction I Ref #Ibetsr24B9 Business Checking to Cover Ck Card Charges Wrong Acct | 1,128.17 | | |

Primary account number:   7323088042   ∨ April 10, 2014 - April 30, 2014   ∨ Page 6 of 9



---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/28 | | Cashed Check | | 363.55 | |
| 4/28 | 1 | Check | | 1,303.78 | |
| 4/28 | | Check | | 577.00 | 3,306.83 |
| Ending balance on 4/30 | | | | | 3,306.83 |
| **Totals** | | | **$7,731.44** | **$4,424.61** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 4/28 | 363.55 | | 4/24 | 412.20 | 1 | 4/28 | 1,303.78 |
| | 4/28 | 577.00 | | 4/25 | 200.00 | | | |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/10/2014 - 04/30/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $2,358.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $0.00 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balances of: business credit card, Wells Fargo Express Equity[R] and BusinessLine[R] lines of credit, Wells Fargo BusinessLoan[R] term loan | | |
|   - Average daily balances from previous month in business PrimeLine[R] line of credit and Business PrimeLoan[R] account, Wells Fargo Express Equity[R], SBA, and Equipment Express[R] loans | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☐ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
c2/c2

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 6 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Primary account number:  **7323088042**   ∨  April 10, 2014 - April 30, 2014   ∨   Page 7 of 9

**WELLS FARGO**

Thank you for opening your Wells Fargo Business Services Package account. In order to ensure you are satisfied with your account, Wells Fargo will be waiving the Monthly Service Fee for the first 90 days to allow you to meet your package requirements. To learn how you can continue to waive the Monthly Service Fee following the 90 day grace period, consult your Fee and Information Schedule, contact your banker or call the National Business Banking Center at the number located on the top of your statement.

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 4/10 | $0.00 |
| Deposits/Credits | 22.53 |
| Withdrawals/Debits | - 22.53 |
| **Ending balance on 4/30** | **$0.00** |
| Average ledger balance this period | $2.14 |

Account number:  9876043564

**CAMPISI CONSTRUCTION INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #14-12458 (EPA)**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $2.14 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 4/14 | Deposit Made In A Branch/Store | 22.53 | | 22.53 |
| 4/16 | Σ Transfer to Campisi Construction Inc Business Market Rate Savings Ref #Opexppnt9x xxxxxx3572 | | 22.53 | 0.00 |
| | **Ending balance on 4/30** | | | **0.00** |
| **Totals** | | **$22.53** | **$22.53** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Σ   *Indicates transactions that count toward Federal Reserve Board Regulation D limits. Please refer to your Account Agreement for complete details of the federally-mandated transaction limits for savings accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/10/2014 - 04/30/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |

Primary account number:  7323088042    ∨   April 10, 2014 - April 30, 2014   ∨   Page 8 of 9


**WELLS FARGO**

---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| · Average collected balance | $500.00 | $2.00 ☐ |
| · Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |
| yc^c | | |

---

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 4/10 | $0.00 |
| Deposits/Credits | 22.53 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 4/30** | **$22.53** |
| | |
| Average ledger balance this period | $16.09 |

Account number:  9876043572

CAMPISI CONSTRUCTION INC
DEBTOR IN POSSESSION
CH 11 CASE #14-12458 (EPA)
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $16.09 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

---

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 4/16 | Transfer From Campisi Construction Inc Business Market Rate Savings Ref #Opexppnt9x xxxxxx3564 | 22.53 | | 22.53 |
| | Ending balance on 4/30 | | | 22.53 |
| **Totals** | | **$22.53** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/10/2014 - 04/30/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Average collected balance | $500.00 | $16.00 ☐ |
| · Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |
| yc^c | | |

Primary account number:  **7323088042**    ˅   April 10, 2014 – April 30, 2014    ˅   Page 9 of 9



---

### General statement policies for Wells Fargo Bank

˅  **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your           $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ . [_____]

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount  $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801