**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CAMPISI CONSTRUCTION, INC. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 14-12458 (JKF) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above-captioned matter on behalf of ECI, LLC, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

**David A. Peckman, Esquire**
**29 Mainland Road**
**Harleysville, PA 19438**
**Tel:  (610) 825-5910**
**Fax:  (610) 825-5949**

DATED this 8th day of May, 2014.

                                            LAW OFFICES OF DAVID A. PECKMAN

                                        By:     /s/ **David A. Peckman**
                                             David A. Peckman
                                             29 Mainland Road
                                             Harleysville, PA 19438
                                             Tel:  (610) 825-5910