## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **CAMPISI CONSTRUCTION, INC.** | **Bankruptcy No.: 14-12458-JKF** |
| *Debtor.* | |

### ORDER DISALLOWING CLAIM #19 FILED BY ADELPHIA MECHANICAL SERVICES, INC.

AND NOW, this ____ day of _____, 2014, upon consideration of Debtor Campisi

Construction, Inc.'s Objection to Proof of Claim #19 Filed by Adelphia Mechanical Services, Inc.,

filed in the above captioned bankruptcy case, and Adelphia Mechanical Services, Inc.'s response

thereto, as well as arguments made by counsel at a hearing on the Objection which occurred on July

30, 2014, it is hereby:

      **ORDERED** that Debtor's Objection to Claim #19 is **SUSTAINED**;

      **IT IS FURTHER ORDERED** that Claim #19, filed by Adelphia Mechanical Services, Inc.,

is disallowed in its entirety.


_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE


Debtor/Objecting Party:
Campisi Construction, Inc.
c/o Anthony G. Campisi
2106 Bustard Rd.
Lansdale, PA 19446

Attorney for Debtor/Objecting Party:
Dimitri L. Karapelou, Esq.
2 Penn Center
1500 JFK Blvd., Suite 920
Philadelphia, PA  19102

Claimant:
Adelphia Mechanical Services, Inc.
c/o George Ramescu
1629 Radburn Rd.
Bensalem, PA 19020

Attorney for Claimant:
Marvin H. Gold, Esq.
237 S. York Rd.
Hatboro, PA 19040