Law Offices of Dimitri L. Karapelou, LLC
Two Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA 19102
(p): (215) 391-4312
(f): (215) 701-8707
dkarapelou@karapeloulaw.com
Dimitri L. Karapelou, Esquire
ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>**CAMPISI CONSTRUCTION, INC.**<br><br>*Debtor.* | **Chapter 11**<br><br>**Bankruptcy No.: 14-12458-JKF** |
|---|---|

**CERTIFICATE OF SERVICE**

I, Dimitri L. Karapelou, LLC, Esquire of Law Offices of Dimitri L. Karapelou, LLC hereby certify that a true and correct copy of the Debtor's *Objection To Proof Of Claim #19 Filed by Adelphia Mechanical Services, Inc.* was served by being filed through the court's electronic filing system upon:

**George M. Conway, Esq.**
**United States Trustee**
**Department of Justice**
**833 Chestnut Street, Suite 500**
**Philadelphia, PA 19107**

**David A. Peckman, Esq.**
**600 W Germantown Pike**
**Plymouth Meeting, PA 19462**

**Michael H. Kaliner, Esq.**
**350 S. Main St., Suite 105**
**Doylestown, PA 18901**

**Patrick D. McDonnell, Esq.**
**527 Main St.**
**Royersford, PA 19468**

Notice was served via electronic mail upon:

**Adelphia Mechanical Services, Inc.**
**c/o George Ramescu**
**1629 Radburn Rd.**
**Bensalem, PA 19020**

**Marvin H. Gold, Esq.**
**237 S. York Rd.**
**Hatboro, PA 19040**

Respectfully Submitted,

 /s/   *Dimitri L. Karapelou, Esq.*
Dimitri L. Karapelou, Esquire
Law Offices of Dimitri L. Karapelou, LLC
Two Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA 19102

**Date: October 15, 2014**