Law Offices of Dimitri L. Karapelou, LLC
Two Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA 19102
(p): (215) 391-4312
(f): (215) 701-8707
dkarapelou@karapeloulaw.com
Dimitri L. Karapelou, Esquire
Rebecca K. McDowell, Esquire
ATTORNEYS FOR DEBTOR

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **CAMPISI CONSTRUCTION, INC.** | **Bankruptcy No.: 14-12458-JKF** |
| *Debtor.* | |

### DEBTOR'S OBJECTION TO PROOF OF CLAIM #21 FILED BY ALEX W. MCCONNELL

1.      On or about March 31, 2014, Campisi Construction, Inc. ("Debtor") filed the instant case under Chapter 11 of the Bankruptcy Code.

2.      On or about August 26, 2014, Alex W. McConnell, a former employee of Debtor, ("McConnell") filed an unsecured non-priority Proof of Claim for $20,000, Claim #21 ("Claim"), a true and correct copy of this Claim is attached hereto as Exhibit "A."

3.      According to the Claim, the $20,000 arises from "payroll, expenses and loan agreed upon by Debtor."

4.      According to Debtor's records, Debtor owes McConnell $1,578.41 relating to unpaid services.

5.      McConnell attaches no documents to the Claim.  Any request for payment based on expenses or money loaned should be supported by a written agreement(s).   Here. McConnell

attaches no written agreements to the Claim, and therefore has not filed any proof to establish a prima facie claim.

WHEREFORE, Debtor requests that the court reduce Claim #21 filed by Alex W. McConnell, to $1,578.41.

Respectfully submitted,

By:    _/s/  Dimitri L. Karapelou, Esq._
Dimitri L. Karapelou
Rebecca K. McDowell
Law Offices of Dimitri L. Karapelou, LLC
Two Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA 19102
Attorneys for Debtor

**Date: October 16, 2014**