## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **CAMPISI CONSTRUCTION, INC.** | **Bankruptcy No.: 14-12458-JKF** |
| *Debtor.* | |

### ORDER REDUCING CLAIM #21 FILED BY ALEX W. MCCONNELL

AND NOW, this _____ day of _____, 2014, upon consideration of Debtor Campisi Construction, Inc.'s Objection to Proof of Claim #21 Filed by Alex W. McConnell filed in the above captioned bankruptcy case, and Alex W. McConnell's response thereto, if any, as well as arguments made by counsel, if any, at a hearing on the Objection, it is hereby:

**ORDERED** that Debtor's Objection to Claim #21 is **SUSTAINED**;

**IT IS FURTHER ORDERED** that Claim #21, filed by Alex W. McConnell is reduced to $1,578.41.

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE

Debtor/Objecting Party:
Campisi Construction, Inc.
c/o Anthony G. Campisi
2106 Bustard Rd.
Lansdale, PA 19446

Attorney for Debtor/Objecting Party:
Dimitri L. Karapelou, Esq.
2 Penn Center
1500 JFK Blvd., Suite 920
Philadelphia, PA  19102

Claimant:
Alex McConnell
2150 Old Morris Road
Harleysville, PA 19438