## Summary of Invoices

| Invoice # | Hours | Fees | Disbursements |
|---|---|---|---|
| 1830 | 89.80 | $363.34 | $26,593.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | 89.80 | $363.34 | $26,593.00 |