## Summary of Invoices

| Invoice # | Hours | Fees | Disbursements |
|---|---|---|---|
| 1976 | 70.60 | $20,740.00 | $1,556.01 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | 70.60 | $20,740.00 | $1,556.01 |