# BOHMUELLER LAW OFFICES, P.C.

BARRY O. BOHMUELLER, ESQ.

29 MAINLAND ROAD – MAINLAND VILLAGE
HARLEYSVILLE, PENNSYLVANIA 19438
(215) 256-6440
Fax (215) 256-6465
800-280-8978

June 13, 2013

Mr. David M. DeClement, Esquire
55 Simpson Avenue
P. O. Box 217
Pitman, NJ  08071

RE:   ECI, LLC v. CAMPISI CONSTRUCTION, INC. et al.
      Court of Common Pleas, Montgomery County, PA No.: 2011-12571

Dear Mr. DeClement:

Pursuant to your verdict of September 12, 2102 in the above captioned matter, attached is the interest calculation for each individual award made to the Plaintiff, ECI, LLC.

Please review, and if the calculations are made in accordance with your findings, please confirm.

If you should have any questions or are in need of any additional information, please feel free to contact me.

Very truly yours,

BOHMUELLER LAW OFFICES, P.C.

By: _____
Barry O. Bohmueller, Esquire

BOB:lab
Enclosures
Cc:  Michael J. Hawley, Esquire

ECI, LLC v. CAMPISI CONSTRUCTION, INC. et. al

Interest Calculation on Arbitration Award Entered

## ECI v. CAMPISI CONSTRUCTION, INC. et. al.
### PRE-JUDGMENT INTEREST CALCULATION

Interest Rate: 12%

| Invoice # | Project Name | Arbitration Award Amount | Date Invoice Payment Due | Date Interest Started | Pre-Judgment Interest Calculated Up To Date of Arbitration Award September 12, 2012 | Number of Days of Pre-Judgment Interest | Annual Pre-Judgment Interest Calculated Daily Rate | Daily Pre-Judgment Interest Amount | Pre-Judgment Interest Owed as Date of Award |
|---|---|---|---|---|---|---|---|---|---|
| 1013 | Downingtown Sunoco | $46,317.34 | 04/10/07 | 04/18/07 | 09/12/12 | 1974 | 0.0003288 | $15.23 | $30,059.32 |
| 1113 | Line Lexington Sunoco | $44,338.54 | 08/21/07 | 08/29/07 | 09/12/12 | 1841 | 0.0003288 | $14.58 | $26,836.36 |
| 1199 | Doylestown Lukoil | $5,155.00 | 11/18/10 | 11/26/10 | 09/12/12 | 656 | 0.0003288 | $1.69 | $1,111.79 |
| 1205 | Willow Grove Lukoil | $5,427.50 | 12/30/10 | 01/07/11 | 09/12/12 | 614 | 0.0003288 | $1.78 | $1,095.61 |
|  |  | **$101,238.38** |  |  |  |  |  | **$33.28** | **$59,103.07** |

Arbitration Award Principal Due as per Verdict $ 101,238.38
Pre-Judgment Interest Due (See Above - Calculated to Date of Verdict) $ 59,103.07
Total Principal & Pre-Judgment Interest Due $160,341.45  ** *See Next Page for Post-Judgment Interest Calculations*

ECI, LLC v. CAMPISI CONSTRUCTION, INC. et. al

Interest Calculation on Arbitration Award Entered

## ECI v. CAMPISI CONSTRUCTION, INC. et. al.
## POST-JUDGMENT INTEREST CALCULATION

| Arbitration Award with Pre-Judgment Interest | Date Post-Judgment Interest Starts Day After Verdict | Post-Judgment Interest Calculated Up To May 31, 2013 | Number of Days of Post-Judgment Interest | Annual Post-Judgment Interest Calculated Daily Rate | Daily Post-Judgment Interest Amount | Total Post-Judgment Interest as of May 31, 2013 | Total Award as of May 31, 2013 |
|---|---|---|---|---|---|---|---|
| $160,341.45 | 09/13/12 | 5/31/2013 | 260 | 0.0003288 | $52.71 | $13,705.90 | $174,047.35 |

Judgment Award Inclusive of Pre & Post Judgment Interest as of May 31, 2013    **$174,047.35**

Daily Post-Judgment Interest Amount    **$52.71**