**Burlington County Sheriff's Office**
49 Rancocas Road, Room 210
Mt. Holly, NJ 08060
Fax No. (609) 265-5767
Phone No. (609) 265-5841/5295

ECI, LLC

vs.

CAMPISI CONSTRUCTION, INC. AND ANTHONY C. CAMPISI

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
MERCER COUNTY

DOCKET NO. DJ-169407-13
SHERIFF NO. 13003209

# LEVY REPORT

To: CAMPISI CONSTRUCTION, INC. AND ANTHONY C. CAMPISI, designated defendant:

The Writ of Execution was served on TATYANA ROVILKIN, RETAIL OPERATIONS COORDINATOR at 302 HARPER DRIVE SUITE 303 MOORESTOWN, NJ 08057 for LUKOIL NORTH AMERICA on the 20th of September 2013 at 11:28 AMLEVYING ON MONIES DUE.

Officer's Notes: Levied upon cash-equivalent assets that are due and owing by serving the above named person and mailing the notice to debtor.

Attempts made:

Dated: 9/23/2013

Jean E. Stanfield, Sheriff of Burlington County

_____
S/O ARTHUR PULCINELLA

Attorney/person who ordered this levy is:   BARRY O. BOHMUELLER, ESQUIRE
Attorney Case No:

Re:

ECI, LLC

v.

CAMPISI CONSTRUCTION, INC. AND ANTHONY C. CAMPISI

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
MERCER COUNTY

Docket No. DJ-169407-13
Sheriff's No. 13003209

## NOTICE TO DEBTOR

**To: CAMPISI CONSTRUCTION, INC. AND ANTHONY C. CAMPISI, designated defendant:**

An attempt has been made to levy upon your asset, in an amount not to exceed $ 179,625.92 at the instruction of: BARRY O. BOHMUELLER, ESQUIRE to satisfy in whole or in part the judgment against you in the above matter. If you are an individual rather than a business entity, some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as part of the transaction which led to the judgment in this case. In addition, welfare, social security, S.S.I. benefits, V.A. benefits, unemployment benefits, workers' compensation benefits, and child support you receive are exempt, even if the funds have been deposited in a bank account. If any funds belong a joint owner an objection to the levy can be filed to release the funds not owned by the debtor from the levy.

If the levy is against an account at a bank listed below, the bank has already been notified to place a hold on your account you may have at that bank. However, the funds will not be taken from your account until the court so orders. If you are entitled to an exemption as an individual, you may claim your exemption by notifying the clerk of the court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of service of this notice, your property is subject to further proceedings for execution. The address for the Court is: MERCER COUNTY 209 S. BROAD STREET PO BOX 8068 TRENTON, NJ 08650. If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appropriate motion to the court. Contact an attorney or the clerk of the court for information on making such a motion, or, for forms and instructions, go to:
www.judiciary.state.nj.us/prose/10543_motion_spccvl.pdf.

**A Writ of Execution has been served on the following:**
LUKOIL NORTH AMERICA
302 HARPER DRIVE SUITE 303
MOORESTOWN, NJ 08057

**The name and address of the person who ordered this levy is:**
BARRY O. BOHMUELLER, ESQUIRE
29 MAIN STREET
MAINLAND VILLAGE
HARLEYSVILLE, PA 19438

---

CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s) and the person who requested the levy on 20th of September 2013, the same day this levy was made or the execution was served on a bank. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 9/20/2013

*[signature]*
S/O ARTHUR PULCINELLA of Burlington County

Revised 09/04/2012, CN 10821-English (Appendix VI)