Campisi Construction
Schedule of Accounts Receivable
3.31.15

| | Current | 1-30 | 31-60 | 61-90 | >90 | Amount | |
|---|---|---|---|---|---|---|---|
| **Accounts Receivable Pre Bankruptcy:** | | | | | | | |
| Lukoil | | | | | 127,875.34 | $127,875.34 | *Overdue, can not collect due to ECI Garnishment |
| **Accounts Receivable Post Bankruptcy:** | | | | | | | |
| Lukoil | | | | | | | |
| #69239 | | | | | 3,387.49 | $3,387.49 | *Overdue, can not collect due to ECI Garnishment |
| #69239 | | | 13,067.54 | | | $13,067.54 | *Overdue, can not collect due to ECI Garnishment |
| #69245 | | | | | 825.00 | $825.00 | *Overdue, can not collect due to ECI Garnishment |
| Lukoil (TS) various | | | 13,412.58 | 10,660.89 | | $24,073.47 | |
| Front Street | | 800.00 | | | | $800.00 | * All Lukoil Money under CCI subject to ECI Garnishment |
| **TOTALS** | 0.00 | 800.00 | 26,480.12 | 10,660.89 | 132,087.83 | 170,028.84 | |