**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CAMPISI CONSTRUCTION, INC.<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No.: 14-12458 (JKF) |

**ORDER GRANTING MOTION OF ECI, LLC FOR RELIEF FROM THE**
**AUTOMATIC STAY FOR CAUSE UNDER 11 U.S.C. §362(d)(1)**

**AND NOW,** this _____ day of _____, 2015, upon consideration of the Motion of ECI, LLC, for an Order for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d) (the "Motion"), and any response thereto, and having considered the Motion and all papers related thereto heretofore filed, and this Court possessing jurisdiction to consider the Motion, and venue being proper, and notice of the Motion having been sufficient, and the relief requested in the Motion being warranted, IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED**.

2. The automatic stay is hereby lifter with respect to the Lukoil Accounts Receivables and ECI, LLC, is hereby permitted to take any and all action(s) necessary and/or appropriate to maintain perfection and priority and to collect on the levied funds identified in the Superior Court of New Jersey's NOTICE TO DEBTOR, dated September 20, 2013, which are for funds levied upon on Lukoil North America, LLC. Said levy is **not** to exceed $179,625.92.

3. Nothing herein shall be deemed to prejudice Plaintiff's right to request further or additional requests for stay or other appropriate relief with this Court.

4.      This Court shall retain jurisdiction over all matters arising from the interpretation or implementation of this Order.

 

                                                                                            _____
                                                                                            Hon. Jean K. FitzSimon
                                                                                            United States Bankruptcy Court