*Law Offices of Dimitri L. Karapelou, LLC*
Two Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA 19102 USA

Ph:215-391-4312        Fax:215-701-8707

Campisi Construction, Inc.                                              June 29, 2015
PA
USA

|  | File #: | 1244 |
|---|---|---|
| **Attention:** | Inv #: | 2123 |

RE:    Chapter 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-27-15 | Review third fee application. | 0.20 | 47.00 | RM |
| Mar-09-15 | Receipt and review of deposition transcript of David Spause. | 0.20 | 47.00 | RM |
|  | Correspondence with US Trustee analyst and client regarding January report. | 0.20 | 47.00 | RM |
| Mar-10-15 | Review ECI response to our objection to claim | 0.20 | 65.00 | DLK |
|  | Attend ECI status conference | 1.00 | 325.00 | DLK |
| Mar-11-15 | Review email from Laura DeLuca, re: proof of claim for Lukoil | 0.10 | 32.50 | DLK |
|  | Review letter from ECI's counsel to NJ State court judge, re: Bohmueller ineligibility | 0.10 | 32.50 | DLK |
| Mar-12-15 | Travel to and attendance at hearing on objection to Adelphia claim. | 1.50 | 352.50 | RM |
| Mar-13-15 | Review ECI pre trial order | 0.10 | 32.50 | DLK |
| Mar-17-15 | Telephone call with Angela Reber, re: discuss projections | 0.20 | 65.00 | DLK |
|  | Review Creditor Committee objection to Confirmation | 0.20 | 65.00 | DLK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-18-15 | Phone call with client regarding Adelphia claim and deposition by counsel for Cougar. | 0.20 | 47.00 | RM |
| Mar-19-15 | Email to US Trustee | 0.10 | 32.50 | DLK |
| | Emails to client regarding deposition and court scheduling order. | 0.20 | 47.00 | RM |
| | Emails with all counsel regarding continuance of all hearings. | 0.20 | 47.00 | RM |
| Mar-20-15 | Read through Spause deposition | 1.00 | 325.00 | DLK |
| | Telephone call with client, re: discuss result of Muldoon's deposition of Tony regarding Cougar objection | 0.20 | 65.00 | DLK |
| Mar-22-15 | Review Debtor's compliation of ECI invoices, claims of irregular invoices and improper charges, review state court file to compare ECI invoices to Debtor claims of irregularities and accounting errors by ECI | 2.00 | 650.00 | DLK |
| Mar-23-15 | Telephone call with Tony Campisi, re: discuss preparation for ECI trial | 0.50 | 162.50 | DLK |
| | Email to David Spause, re: warning not to violate stay | 0.50 | 162.50 | DLK |
| | Email to client, re: address questions relating to ECI credits in anticipation of trial | 0.20 | 65.00 | DLK |
| | Emails and phone call with court regarding continuance of all hearings. | 0.50 | 117.50 | RM |
| | Draft Request for Determination under Rule 1020 and email to client. | 0.60 | 141.00 | RM |
| Mar-24-15 | Review and edit Rule 1020 notice and call with George Conway, re: same | 0.20 | 65.00 | DLK |
| Mar-25-15 | Telephone call with George Conway, re: Rule 1020 request | 0.10 | 32.50 | DLK |
| Mar-26-15 | Draft Amended Request for Determination under Rule 1020. | 0.50 | 117.50 | RM |
| Mar-27-15 | Review ECI scheduling order, calendar deadlines | 0.20 | 65.00 | DLK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-31-15 | Emails to P. McDonnell, re: respond to request about TS Environmental | 0.20 | 65.00 | DLK |
| Apr-01-15 | Telephone call with client, re; discuss pre trial order with ECI and settlement possibility | 0.20 | 65.00 | DLK |
| | Telephone call with Tom Muldoon, re: discuss ECI pre trial order | 0.20 | 65.00 | DLK |
| Apr-02-15 | Telephone call with client, re: discuss settlement proposal to ECI and creditors | 0.20 | 65.00 | DLK |
| | Prepare settlement proposal to ECI | 0.20 | 65.00 | DLK |
| | Review settlement offer to ECI and creditors | 0.20 | 65.00 | DLK |
| Apr-03-15 | Compose settlement proposal to ECI and other creditors | 0.30 | 97.50 | DLK |
| Apr-06-15 | Telephone call with Tom Muldoon, re: discuss our settlement proposal to ECI | 0.30 | 97.50 | DLK |
| Apr-07-15 | Telephone call with Laura De Luca, re: status of Lukoil claim | 0.20 | 65.00 | DLK |
| Apr-08-15 | Research case law to prepare for motion for summary judgment againt Cougar | 0.50 | 162.50 | DLK |
| Apr-09-15 | Work on Cougar motion for summary judgment | 0.30 | 97.50 | DLK |
| | Review and edit motion for summary judgment in Cougar case | 0.60 | 195.00 | DLK |
| | Email to Bankruptcy court, re: address pre trial order with ECI | 0.20 | 65.00 | DLK |
| | Draft Motion for Summary Judgment as to Objection to Cougar claim. | 2.00 | 470.00 | RM |
| Apr-10-15 | Review and respond to emails and motion of Creditor Committee for examination of Mr. Campisi | 0.20 | 65.00 | DLK |
| Apr-11-15 | Exchange several emails with Pat McDonnell, George Conway and Tom Muldoon, and calls with client, re; Committee requests for information about TS Environmental | 0.50 | 162.50 | DLK |
| Apr-13-15 | Telephone call with George Conway, re: | 0.30 | 97.50 | DLK |

|  | | | | |
|---|---|---|---|---|
|  | discuss TS Environmental and use of funds and disbursements | | | |
|  | Telephone call with Angela Reber, re: discuss TS Environmental and its receipts and disbursements | 0.20 | 65.00 | DLK |
|  | Review Lukoil proof of claim, forward to counsel and email to Laura De Luca, re: same | 0.20 | 65.00 | DLK |
| Apr-14-15 | Telephone call with George Conway, re: discuss TS environmental receipts and disbursements | 0.20 | 65.00 | DLK |
|  | Review creditor committee objection to the debtor's motion under Bankruptcy Rule 1020 | 0.20 | 65.00 | DLK |
|  | Exchange several emails with Pat McDonnell, re: motion to convert | 0.20 | 65.00 | DLK |
|  | Draft response to Committee's motion to object to the claim of George Campisi. | 0.50 | 117.50 | RM |
| Apr-15-15 | Exchange emails with Pat McDonnell, re: motion to convert | 0.10 | 32.50 | DLK |
|  | Telephone call with client, re: discuss preparing for motion to convert | 0.10 | 32.50 | DLK |
|  | Telephone call with client | 0.10 | 32.50 | DLK |
|  | Lenghty email to Pat McDonnell, re: Rule 9011 warning regarding the Committee motion to convert | 0.20 | 65.00 | DLK |
|  | Exchange several emails with Pat McDonnell and send emails to cout, re: request to depose David Spause | 0.30 | 97.50 | DLK |
|  | Revise Motion for Summary Judgment as to our Objection to the claim of Cougar Development Group. | 0.50 | 117.50 | RM |
| Apr-16-15 | Prepare for and attend telephone conference with Court and counsel, re: Spause deposition | 0.40 | 130.00 | DLK |
|  | Telephone call with client, re: result of telephonic conference | 0.10 | 32.50 | DLK |
|  | Travel to and attendance at meeting with UST and client regarding TS Environmental. | 0.50 | 117.50 | RM |

|            | Description | Hours | Amount | Atty |
|------------|-------------|-------|--------|------|
|            | Research on issue of conversion to Chapter 7. | 0.20 | 47.00 | RM |
|            | Emails with court, UST and creditor's counsel regarding continuance of all hearings scheduled for April 21. | 0.30 | 70.50 | RM |
| Apr-20-15  | Emails with Pat McDonnell, re: Committee request for 2004 | 0.10 | 32.50 | DLK |
| Apr-23-15  | Call with client, emails to Pat McDonnell, re: Committee request for 2004 | 0.40 | 130.00 | DLK |
|            | Telephone call with Tom Muldoon and email to him, re: settlement offer for Cougar | 0.40 | 130.00 | DLK |
|            | Emails to George Conway and call with client, re: respond to request for information about TS | 0.80 | 260.00 | DLK |
| Apr-24-15  | Telephone call with George Conway, re: discuss TS environmental | 0.20 | 65.00 | DLK |
|            | Telephone call with client, re: TS environmental | 0.10 | 32.50 | DLK |
|            | Telephone call with Pat McDonnell, re: discuss several issues including plan feasability; TS environmental, claims objections and how to work together | 0.70 | 227.50 | DLK |
|            | Telephone call with Pat McDonnell, George Conway, re: letter to court regarding claims objections | 0.20 | 65.00 | DLK |
|            | Draft objection to Motion for 2004 Examination. | 1.00 | 235.00 | RM |
| Apr-27-15  | Telephone call with Pat McDonnell, re: discuss letter to Court, re: scheduling of various matters | 0.20 | 65.00 | DLK |
| Apr-28-15  | Telephone call with George Campisi, re: discuss TS environmental | 0.20 | 65.00 | DLK |
|            | Telephone call with George Conway, re: discuss confirmation and TS Environmental | 0.20 | 65.00 | DLK |
|            | Telephone call with Tom Muldoon, re: Cougar offer | 0.10 | 32.50 | DLK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Read through briefly the Tony Campisi deposition transcript taken by Tom Muldoon | 0.30 | 97.50 | DLK |
| | Review Cougar response to our motion for summary judgment | 0.20 | 65.00 | DLK |
| Apr-30-15 | Review of TS Invoices from Campisi | 0.20 | 65.00 | DLK |
| May-01-15 | Telephone call with George Conway, re: TS Environmental financials | 0.10 | 32.50 | DLK |
| May-05-15 | Email to Angela Reber, re: TS environmental accounting records | 0.10 | 32.50 | DLK |
| May-06-15 | Review US trustee motion to convert/appoint trustee | 0.30 | 97.50 | DLK |
| May-08-15 | Review Cougar response to our motion for summary judgment and prepare our reply brief | 0.70 | 227.50 | DLK |
| May-12-15 | Research reply brief to Cougar reply to our motion for summary judgment including research of real property restatement | 1.00 | 325.00 | DLK |
| May-13-15 | Review email from Angela Reber and attachments, re: TS documents for US trustee | 0.20 | 65.00 | DLK |
| | Telephone call with Pat McDonnell, re: discuss Cougar motion for summary judgment and newly issued pre trial orders for ECI and Cougar | 0.20 | 65.00 | DLK |
| | Reply to Cougar response to our Motion for Summary Judgment. | 1.60 | 376.00 | RM |
| May-14-15 | Review newly issued scheduling orders from Court | 0.20 | 65.00 | DLK |
| | Exchange emails with Angela, re: various questions about pre trial orders and upcoming court hearings | 0.10 | 32.50 | DLK |
| | Review email from Pat McDonnell, re: questions about TS invoices | 0.10 | 32.50 | DLK |
| | Exchange emails with Angela, re: respond to McDonnell questions about TS invoices | 0.10 | 32.50 | DLK |
| May-15-15 | Telephone call with Pat McDonnell, re: issues with TS and motion to convert | 0.20 | 65.00 | DLK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Telephone call with George Conway, re: same | 0.10 | 32.50 | DLK |
| May-18-15 | Email to Pat McDonnell, re: status of court hearings | 0.10 | 32.50 | DLK |
| | Exchange emails with George Conway, re: motion to convert by UST | 0.10 | 32.50 | DLK |
| | Telephone call with client, re: state court claims against De Clement | 0.10 | 32.50 | DLK |
| May-19-15 | Telephone call with client, re: discuss US trustee motion for conversion | 0.20 | 65.00 | DLK |
| | Review US trustee subpoena | 0.10 | 32.50 | DLK |
| | Call with client, re: discuss US Trustee motion to convert | 0.20 | 65.00 | DLK |
| | Review ECI motion for relief | 0.10 | 32.50 | DLK |
| May-20-15 | Emails from client and George Conway, re: client request for conversion | 0.30 | 97.50 | DLK |
| | Email to Joan Ranieri, re: ECI motion to lift stay | 0.10 | 32.50 | DLK |
| | Telephone call with Tom Muldoon, re: discuss pre trial for ECI and Cougar | 0.30 | 97.50 | DLK |
| | Draft joint statements in Adelphia and Cougar matters; send to opposing counsel. | 1.20 | 282.00 | RM |
| May-21-15 | Review US Trustee motion to convert; email to client, re: same | 0.30 | 97.50 | DLK |
| | Prepare response to UST motion to convert | 0.40 | 130.00 | DLK |
| May-22-15 | Email to Laura DeLuca, re: closing of business | 0.10 | 32.50 | DLK |
| May-26-15 | Attend US Trustee expedited motion for conversion | 2.00 | 650.00 | DLK |
| | Email to Tom Muldoon, re: pre trial orders | 0.10 | 32.50 | DLK |
| May-27-15 | Email to Muldoon, re: address possibility of arbitration | 0.10 | 32.50 | DLK |

|  | | | | |
|---|---|---|---|---|
| | Conference call with Judge Fitzsimon, re: ECI status hearing on their motion to lift stay | 0.10 | 32.50 | DLK |
| | Review email from Tom Muldoon, re: discuss possible arbitration | 0.30 | 97.50 | DLK |
| | Email from Pat McDonnell | 0.10 | 32.50 | DLK |
| | Telephone call with Tom Maloney, re: discuss Cornerstone | 0.10 | 32.50 | DLK |
| | Telephone call with client, re: discuss possible arbitration | 0.10 | 32.50 | DLK |
| May-28-15 | Email to counsel, re: address possibility of binding arbitration of Spause claims | 0.10 | 32.50 | DLK |
| | Telephone call with Tom Muldoon | 0.10 | 32.50 | DLK |
| | Email to counsel re: concern over private text messages between parties and contact with vendors | 0.10 | 32.50 | DLK |
| May-29-15 | Review email from George Conway, re: requests for TS records | 0.10 | 32.50 | DLK |
| | Draft joint statements of fact for Cougar and Adelphia matters as well as pretrial statements and discovery statements; circulate with counsel and finalize. | 1.70 | 399.50 | RM |
| Jun-01-15 | Telephone call with client, re: discuss Lukoil proof of claim and insurance coverage | 0.10 | 32.50 | DLK |
| Jun-02-15 | Review ECI pre trial orders | 0.20 | 65.00 | DLK |
| Jun-08-15 | Exchange emails with George Conway, re: TS records | 0.10 | 32.50 | DLK |
| | Telephone call with Angela Reber, re: discuss company's cash flow | 0.20 | 65.00 | DLK |
| | Email to George Conway, re: TS invoices | 0.10 | 32.50 | DLK |
| Jun-09-15 | Telephone call with new bankruptcy counsel for Lukoil, re: status of bankruptcy case | 0.30 | 97.50 | DLK |
| | Telephone call with Tom Muldoon, re: Cougar special listing for summary judgment | 0.10 | 32.50 | DLK |

|           |                                                                                                         |      |        |     |
|-----------|---------------------------------------------------------------------------------------------------------|------|--------|-----|
|           | Review Lukoil objection to ECI stay relief                                                              | 0.10 | 32.50  | DLK |
| Jun-10-15 | Emails with courtroom deputy regarding hearing on Motion for Summary Judgment.                          | 0.30 | 70.50  | RM  |
| Jun-15-15 | Telephone call with Angela Reber, re: TS Environmental                                                  | 0.10 | 32.50  | DLK |
|           | Telephone call with Pat McDonnell, re: status hearing                                                   | 0.20 | 65.00  | DLK |
|           | Telephone call with client, re: discuss upcoming status hearing with US Trustee                         | 0.20 | 65.00  | DLK |
|           | Review Lukoil contracts with TS and forward to George Conway                                            | 0.20 | 65.00  | DLK |
|           | Review and forward more TS Contracts and records                                                        | 0.20 | 65.00  | DLK |
| Jun-16-15 | Telephone call with George Conway, re: discuss TS records                                               | 0.10 | 32.50  | DLK |
|           | Telephone call with client, re: Adelphia setttlement and other matters                                  | 0.10 | 32.50  | DLK |
|           | Telephone call with George Conway, re: discuss TS records                                               | 0.10 | 32.50  | DLK |
|           | Emails with Angela Reber, re: status of jobs                                                            | 0.10 | 32.50  | DLK |
|           | Exchange more emails with Angela Reber                                                                  | 0.10 | 32.50  | DLK |
| Jun-17-15 | Attend status conference on US Trustee motion to convert and email to client, re: result of same        | 1.20 | 390.00 | DLK |
|           | Telephone call with Tony Campisi, re: discuss TS and result of status conference                        | 0.10 | 32.50  | DLK |
|           | Email to George Conway, re: conversion of case to chapter 7                                             | 0.10 | 32.50  | DLK |
|           | Telephone call with Laura DeLuca, re: Tony's request for personal meeting with Lukoil                   | 0.10 | 32.50  | DLK |
|           | Email to George Conway, re: settlement offer for conversion motion                                      | 0.20 | 65.00  | DLK |

| Jun-24-15 | Attend motion motion to convert case/ECI status hearing | 1.80 | 585.00 | DLK |
|---|---|---|---|---|
| | Totals | 47.40 | $14,136.00 | |

**DISBURSEMENTS**

| | Filing Fee | 10.00 |
|---|---|---|
| Mar-31-15 | Photocopy Expense | 8.61 |
| | Pacer On-Line Docket Access | 35.60 |
| Apr-28-15 | Photocopy Expense | 2.03 |
| | Pacer On-Line Docket Access | 12.80 |
| May-26-15 | Pacer On-Line Docket Access | 40.20 |
| Jun-01-15 | Photocopy Expense | 2.94 |
| | Totals | $112.18 |

| | |
|---|---|
| **Total Fee & Disbursements** | $14,248.18 |
| Previous Balance | 27,252.35 |
| Previous Payments | 9,956.34 |
| **Balance Now Due** | $31,544.19 |

**PAYMENT DETAILS**

| Mar-06-15 | On Account of Fees and Disbursements | 4,956.34 |
|---|---|---|
| Apr-16-15 | On Account of Fees and Disbursements | 5,000.00 |
| **Total Payments** | | **$9,956.34** |