## **Summary of Invoices**

| Invoice # | Hours | Fees | Disbursements |
|---|---|---|---|
| 2123 | 47.40 | $14,136.00 | $112.18 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | 47.40 | $14,136.00 | $112.18 |