IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLAVANIA



IN RE:  Campisi Construction, In.     :     BKY. NO. 14-12458 jkf

Debtor     :     CHAPTER 7

RESPONSE OF CREDITOR, GEORGE CAMPISI
TO MOTION FOR APPROVAL OF SETTLEMENT

George Campisi, responds and objects to the Motion for Approval of Settlement as follows:

1. The settlement and Stipulation presupposes that the ECI claim is secured by the Cornerstone funds based upon a garnishment judgment against Cornerstone in the ECI state court action dated December 23, 2013.

2. Creditor, George Campisi has a valid security interest in the Cornerstone receivable by virtue of a UCC-1 Financing Statement filed with the Secretary of the Commonwealth on August 20, 2013. A copy of the Financing Statement is attached hereto as Exhibit "A".

3. The settlement and Stipulation proposes for the Estate and ECI to share in the Cornerstone receivable in derogation of George Campisi's prior security interest in the collateral.

4. The settlement proposes to withdraw the Debtor's Objections to ECI Claims Nos. 7, 8, and 11 and the Debtor's Objection to the Cougar Claim No. 9.

5. Cougar's Claim No. 9 is for unpaid rent allegedly owed to Cougar (assignee of the original Lessor) in the amount of $189,955.67

6. Upon information, pursuant to the Lease, Debtor was not liable for rent if the Lessor was unable to deliver possession by March 1, 2008.

7. Upon information, by letter dated April 2, 2008, a letter of termination of the Lease was sent to Lessor indicating that Debtor had not received possession by March 1, 2008, and within 30 days thereafter.

8. Upon information, Cougar admitted in its Amended Complaint in the state Court action that the possession was not able to be delivered by April 25, 2008.

9. It appears that this claim should not be allowed.

10. ECI's Claim No. 11 is for attorneys fees allegedly owed to it by the Debtor in the amount of $64,441.21. Attached to the Proof is a Motion for Attorneys Fees filed in the Court of Common Pleas of Montgomery County on March 17, 2014. Said Motion was never heard of ruled upon.

11. ECI has provided no documentation of it alleged attorney fees, or any justification that the fees are due and owed to it, or that they are reasonable or fair.

12. It appears this claim should not be allowed.

13. The settlement appears to provide for ongoing payment of ECI's attorneys fees.

14. The Motion indicates that the Adversary Action No. 14-00616 shall be withdrawn with prejudice as to ECI and Cougar, but without prejudice to Cornerstone. The Stipulation indicates that the Adversary shall terminated as to Cornerstone and Creditor, ECI, without prejudice.

15. The settlement and Stipulation is in derogation of the rights of Answering Creditor in the Cornerstone funds and is not in the best interest of creditors.

WHEREFORE, Creditor respectfully requests that the Court require the Movant to show that the settlement in fair and equitable and in the best interests of the creditors.

_____
George Campisi

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Campisi, Anthony          (610) 222-4904

B. E-MAIL CONTACT AT FILER (optional)
areber@campisiconstruction.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Anthony Campisi
2106 Bustard Road
Lansdale PA 19446  Fax: (610) 222-4905

File Number: 2013082002691
Date Filed: 08/20/2013 10:48 AM
Carol Aichele
Secretary of the Commonwealth

Barcode too big to fit in this area

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:
1a. ORGANIZATION'S NAME: Campisi Construction, Inc

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2106 Bustard Road | Lansdale | PA | 19446 | USA |

2. DEBTOR'S NAME:
2a. ORGANIZATION'S NAME:

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY). Provide only one Secured Party name (3a or 3b)
3a. ORGANIZATION'S NAME:

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Campisi | George | Lynne | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2102 Bustard Road | Lansdale | PA | 19446 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
1994 Ford VIN#1FDLF47G3REA43921
1999 FORD F450 VIN#3FDXF46F9XMA37907
2002 FORD E350 VIN#1FDWE35L52HA01483
2003 FORD F150 VIN#1FTRF18243NA09034
2003 FORD F250 VIN#1FDNF21L23EB93205
2001 FORD F250 VIN#1FTNW21S21EB21360
2004 JAGUAR VIN#SAJWA74C44SG24886
2002 FORD ECONOLINE VIN# 1FTNE24L12HB29327
1998 FEATHERLITE TRAILER VIN#4FGL01226WE510909
2002 70XT CASE SKID STEER LOADER MODEL#70XT SERIAL#JAF 0371549
1990 CASE SKID STEER LOADER MODEL #1840 SERIAL #JAF 0045518
1994 JOHN DEERE BACKHOE LOADER MODEL#310D SERIAL#T0310DB789984

☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

11

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV 04/20/11)

File Number: 130820026

JOHN DEERE BACKHOE EQUIPMENT MODEL 310SG SERIAL #T0310SG930961
2000 KOMATSU EXCAVATOR PC200 SERIAL #C60616
2000 KOMATSU HYDRAULIC EXCAVATOR PC 128 SERIAL #5871
BOBCAT MINI EXCAVATOR
INGERSOLL-RAND COMPRESSOR
2006 KOMATSU CRAWLER/DOZER MODEL#D31EX-21 SERIAL #50119
SOKKIA LASER SCT6 SERIAL #202152
3 OFFICE COMPUTERS
LAPTOP
BLUE PRINT COPIER GESTETENER 045
MISC. OFFICE EQUIPMENT
NOTE RECEIVABLE-CORNERSTONE CONSULTING AGREEMENT