UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : CHAPTER 7
                                          :
CAMPISI CONSTRUCTION, INC.                :
                                          :
            DEBTOR                        : BKY. NO. 14-12458JKF

## O R D E R

AND NOW, this 16th day of March, 2016, upon consideration of the

Motion of the Trustee for Approval of Settlement, after notice to all creditors and parties in

interest, opportunity for hearing, and upon a Certification of No Objection having been filed, and

it appearing that approval of the settlement would be in the best interest of the Debtor, the Estate,

all creditors, and parties in interest, it is hereby

ORDERED that the Trustee's Motion is GRANTED, and the settlement is APPROVED.

BY THE COURT:

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE

ACTIVE 38490629v1 01/12/2016