Robert J. Birch, Esquire                              Attorney for Plaintiff
Id. No. 65816
617 Swede Street
Norristown, PA 19401
(610) 277-9700

---

| ECI, LLC | : |
| Plaintiff | : COURT OF COMMON PLEAS OF |
| | : MONTGOMERY COUNTY |
| v. | : |
| CAMPISI CONSTRUCTION, INC. ET. AL | : NO.  2011-12517 |
| Defendant | : |
| | JURY TRIAL DEMANDED |

### ECI'S REPLY TO THE ANSWER OF THE CHAPTER 7 TRUSTEE TO THE MOTION TO APPROVE DISPOSITION OF ABANDONED EQUIPMENT TO THE SECURED CREDITOR, ECI, LLC, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS

Plaintiff, ECI, LLC ("ECI"), by and through its undersigned counsel, files the within

Reply to the Answer of the Chapter 7 Trustee Motion for Order authorizing a Rule 2004

Examination, and avers as follows:

There is absolutely no incorrect assertions in ECI's Motion.  ECI never stated or implied

that the Trustee took part in any preparation or signature of any documents regarding the

Equipment at issue in ECI's Motion.  However, the Trustee was specifically asked whether he

objected to ECI peacefully collecting and assembling the Equipment once it was abandoned and

the Trustee's response was "no objection".  Further, the Trustee was specifically asked whether

he objected to ECI filing a UCC-1 to perfect its security interest in the Equipment and the

response was "no objection".  Attached hereto as Exhibit "A" is the Trustee's responses.

Respectfully,

*/s/ Robert J. Birch*

Dated: September 27, 2016

Robert J. Birch, Esquire

# EXHIBIT A

EXHIBIT A

**From:** DiDonato, Edward J. [mailto:EDiDonato@foxrothschild.com]
**Sent:** Friday, June 17, 2016 1:40 PM
**To:** Tom Muldoon <tpm@fsm-law.com>
**Subject:** Re: ucc-1

No objection

Edward J. DiDonato
Fox Rothschild, LLP
Business & Bankruptcy Law
edidonato@foxrothschild.com

On Jun 17, 2016, at 1:20 PM, Tom Muldoon <tpm@fsm-law.com> wrote: .

Any objection to him to attempt to gather/assemble the equipment?

**From:** DiDonato, Edward J. [mailto:EDiDonato@foxrothschild.com]
**Sent:** Friday, June 17, 2016 1:13 PM
**To:** Tom Muldoon <tpm@fsm-law.com>
**Subject:** Re: ucc-1

No objection from the trustee

Edward J. DiDonato
Fox Rothschild, LLP
Business & Bankruptcy Law
edidonato@foxrothschild.com

On Jun 17, 2016, at 1:01 PM, Tom Muldoon <tpm@fsm-law.com> wrote:

> <image001.gif>
> Ed,
>
> Hope all is well on your end.
>
> Please let me know if you have an objection to ECI filing the UCC1 on the equipment that was abandoned in order to protect its interest.
>
> If no objection is received by June 22, 2016, I will assume you consent and will instruct ECI to file.
>
> Thank you,
>
> Tom
>
> **Thomas P. Muldoon, Jr., Esquire**
> Muldoon & Shields, LLC
> 1500 Walnut St. – Suite 1207
> Philadelphia, PA 19102
> 215-545-1776 – x3
> 215-545-1799 – fax
> www.fsm-law.com

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly

prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.