UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CAMPISI CONSTRUCTION, INC. | : |
| | : |
| DEBTOR | : BKY. NO. 14-12458-jkf |

**LIMITED OBJECTION OF TRUSTEE TO**
**INTERPLEADER MOTION OF LUKOIL NORTH AMERICA LLC**

The Chapter 7 Trustee consents to the payment by Movant Lukoil North America LLC ("Lukoil"). The amount to be paid by Lukoil should properly be disbursed to Bankruptcy Trustee Terry P. Dershaw for payment to the secured creditor, ECI, LLC "(ECI"), pursuant to that certain Stipulation and Court Order dated January 12, 2016. The Trustee has also been advised that ECI has no objection to the amount of the payment being made.

FOX ROTHSCHILD LLP

/s/  Edward J. DiDonato
Edward J. DiDonato
2000 Market Street, 20th Floor
Philadelphia, PA  19103
edidonato@foxrothschild.com
Counsel to Trustee