**EXHIBIT G**

# Kilgannon, John C.

| | |
|---|---|
| **From:** | Tom Muldoon <tpm@fsm-law.com> |
| **Sent:** | Wednesday, August 03, 2016 10:00 AM |
| **To:** | Kilgannon, John C.; 'DiDonato, Edward J.' |
| **Subject:** | FW: FW: Cornerstone - Campisi Settlement Documents |
| **Attachments:** | Settlement Motion - Cornerstone Consulting Engineers.DOCX; Praecipe to Mark Judgment Satisfied Against Santander Bank.DOCX |

Gentlemen,

In an effort to wrap this up, I have made housekeeping edits/changes to the two (2) documents attached. The Praecipe to Mark Judgment Satisfied Against Campisi has been renamed to Santander Bank and it requests the judgment against Santander, not Campisi to be marked satisfied. We are still reserving out rights to pursue Tony Campisi. We do acknowledge a full release of Santander Bank.

The second document is the Settlement Motion. ¶26 had the payments being $70,000 - $15,000 & $15,000. I changed this to the $80,000 - $10,000 - $10,000, to reflect the Settlement Agreement and our agreement. Also, page 2 of the order ordered Santander to release the funds to ECI again, which is repetitive from page 1. The other change was the deletion of the next ¶ where it ordered $70,000 to be released to the Trustee.

With these changes, I believe we are there and all can be finalized and executed accordingly.

Tom


**Thomas P. Muldoon, Jr., Esquire**
Muldoon & Shields, LLC
1500 Walnut St. – Suite 1207
Philadelphia, PA 19102
215-545-1776 – x3
215-545-1799 – fax
www.fsm-law.com

1