UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Campisi Construction, Inc | : | Chapter 7 |
| | | : | |
| | Respondent | : | |
| | | : | No.:   14-12458-jkf |
| | ECI, LLC | : | |
| | | : | |
| | Movant | : | |
| v | | : | |
| | Terry P. Dershaw | : | |
| | Trustee | : | |

## CERTIFICATE OF SERVICE

I, William D. Schroeder, Jr., attorney for Anthony G. Campisi, hereby certify that on August 28, 2017, I sent Anthony G. Campisi's Reply to Motion of ECI, LLC. by first class mail or electronic means to the following parties. Parties served by the court via ECF electronic notification are not also being served by regular mail:

Anthony G. Campisi
2106 Bustard Road
Lansdale, PA 19446

Douglas R. Lally, Attorney
261 Old York Road, Suite 524
Jenkintown, PA 19046
*Attorney for ECI, LLC.*

Terry P. Dershaw
Standing Trustee
Chapter 7
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974−0632

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion3.PH.ECF@usdoj.gov

All creditors on Matrix

/s/ William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Anthony G. Campisi
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org