UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CAMPISI CONSTRUCTION, INC.                          CASE NO. 14 – 12458 JKF
                    DEBTOR,                                              CHAPTER 7

---

ECI, LLC
    Movant,

v.

TERRY P. DERSHAW, TRUSTEE
For The Chapter 7 Estate Of
Campisi Construction, Inc.
                    Respondent.

ORDER

AND NOW this _____ day of _____, 2017 upon consideration of the Motion of ECI, LLC to Compel Compliance with the Approved Settlement with Relief from the Automatic Stay under Section 362 of the Bankruptcy Code pursuant to Bankruptcy Procedure Rule 4001, the Reply of Interested Party, Anthony G. Campisi as an Individual to Motion of ECI, LLC (herein fully designated) and oral argument in open court, it is hereby only at this time partially ORDERED and DECREED that the Automatic Stay is lifted and/or otherwise inapplicable with respect to ECI, LLC's pursuit of its claims against LUKOIL North America, LLC for funds due and owed under a levy ECI, LLC has previously filed in New Jersey state court.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE