United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-12458-jkf
Campisi Construction, Inc.                                              Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia           Page 1 of 2           Date Rcvd: Sep 12, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
db          #+Campisi Construction, Inc.,    2106 Bustard Road,    Lansdale, PA 19446-5702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                  Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
          A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
          BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
           bkearney@hrmml.com,   chughes@hrmml.com
          BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
           bbisignani@postschell.com
          DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
          DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
          DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur
           dkuhn@attorneygeneral.gov
          DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.
           dkarapelou@karapeloulaw.com,   dkarapelou@karapeloulaw.com
          DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
           lawshark@hotmail.com
          DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,    lawshark@hotmail.com
          EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
          GERI H. GALLAGHER    on behalf of Creditor George  Campisi ghgbkcy@verizon.net
          JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
           Inc. jck@stevenslee.com
          JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
           Inc. jck@stevenslee.com
          MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
          MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
          MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
          MICHAEL R. LESSA    on behalf of    TBF Financial, LLC mlessa@amatolaw.com
          MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
           mwglaw1@verizon.net
          MICHAEL W. GALLAGHER    on behalf of Creditor Alex  McConnell mwglaw@msn.com,    mwglaw1@verizon.net
          PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
           pamela.thurmond@phila.gov,   james.feighan@phila.gov
          PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors pdmcdonnell@thomaswolpert.com
          PATRICK DANIEL MCDONNELL    on behalf of Attorney    Wolpert Schreiber PC
           pdmcdonnell@thomaswolpert.com

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Sep 12, 2017
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
          rmcdowell@karapeloulaw.com, pwirth@slgcollect.com
         ROBERT J. BIRCH    on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
         ROBERT J. BIRCH    on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
         TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
          Inc. tmsherwood421@aol.com
         THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
         THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
         THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
          Healey@jrlaw.org
                                                                                                               TOTAL: 35

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CAMPISI CONSTRUCTION, INC.                    CASE NO. 14 – 12458 JKF
                            DEBTOR,                                          CHAPTER 7

ECI, LLC
        Movant,

v.

TERRY P. DERSHAW, TRUSTEE
For The Chapter 7 Estate Of
Campisi Construction, Inc.
                Respondent.

ORDER

AND NOW this __12th__ day of __September__, 2017 upon consideration of the Motion of ECI, LLC to Compel Compliance with the Approved Settlement with Relief from the Automatic Stay under Section 362 of the Bankruptcy Code pursuant to Bankruptcy Procedure Rule 4001, the Reply of Interested Party, Anthony G. Campisi as an Individual to Motion of ECI, LLC (herein fully designated) and oral argument in open court, it is hereby only at this time partially ORDERED and DECREED that the Automatic Stay is lifted and/or otherwise inapplicable with respect to ECI, LLC's pursuit of its claims against LUKOIL North America, LLC for funds due and owed under a levy ECI, LLC has previously filed in New Jersey state court.

*[signature]*

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE