UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Campisi Construction, Inc | : | Chapter 7 |
| | : | |
| Debtor/Plaintiff | : | |
| | : | No.:   14-12458-jkf |
| ECI, LLC and | : | |
| Cornerstone Consulting Engineers | : | |
| & Architectural, Inc. | : | |
| Movant | : | |
| v | : | |
| Terry P. Dershaw | : | |
| Trustee | : | |

_____

**PRAECIPE TO WITHDRAW DOCKET ENTRY #580**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw docket entry #580, "Motion of Anthony Campisi to Vacate Order" which was filed on September 13, 2017.

Dated:     9/26/17            Signed: /s/William D. Schroeder, Jr.
                              Attorney for Anthony Campisi
                              William D. Schroeder, Jr.
                              920 Lenmar Drive
                              Blue Bell, PA 19422
                              (215) 822-2728
                              schroeder@jrlaw.org