UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Campisi Construction, Inc | : | Chapter 7 |
| | | : | |
| | Respondent | : | |
| | | : | No.:   14-12458-jkf |
| | ECI, LLC | : | |
| | | : | |
| | Movant | : | Adversary No.: 14-00616-jkf |
| | v | : | |
| | Terry P. Dershaw | : | |
| | Trustee | : | |

**ORDER TO RE-OPEN ADVERSARY ACTION #14-00616**

**AND NOW**, this 11th day of October, 2017 it is hereby **ORDERED** that the Adversary Action #14-00616 associated with this bankruptcy is **RE-OPENED** for the sole purpose of addressing the issues raised by Anthony G. Campisi in his motion to Vacate this Court's May 1, 2017 Order, Docket Entry No. 580 on the Bankruptcy Docket and the responses which were filed thereto.

The Clerk is directed to cross file the following bankruptcy case filings in the Adversary:

| **Docket #** | **Name** |
|---|---|
| 580 | MOTION OF ANTHONY G. CAMPISI TO VACATE ORDER ENTERED ON MAY 1, 2017 (DOCKET ENTRY # 50) |
| 581 | MEMORANDUM OF LAW OF COUGAR DEVELOPMENT GROUP, LLC AND ECI, LLC IN SUPPORT OF THEIR MOTIONS FILED ON AUGUST 5, 2017 RESPECTIVELY AT DOCKET NUMBERS 568 AND 570 |
| 581-1 | PROPOSED ORDER |
| 581-2 | CERTIFICATE OF SERVICE |

| | |
|---|---|
| 583 | MEMORANDUM OF LAW IN SUPPORT OF MOTION OF ANTHONY G. CAMPISI TO VACATE ORDER ENTERED ON MAY 1, 2017 (DOCKET ENTRY # 50) |
| 584 | RESPONSE OF ECI, LLC AND COUGAR DEVELOPMENT GROUP, LLC, TO MOTION OF ANTHONY CAMPISI TO VACATE THE ORDER OF APRIL 28, 2017 |
| 584-1 | PROPOSED ORDER |
| 584-2 | CERTIFICATE OF SERVICE |
| 585 | CORNERSTONE CONSULTING ENGINEERS & ARCHITECTURAL, INC.'S RESERVATION OF RIGHTS TO MOTION OF ANTHONY CAMPISI TO VACATE ORDER ENTERED ON MAY 1, 2017 |
| 586 | SUPPLEMENTAL REPLY TO CORNERSTONE CONSULTING, ECI, LLC AND COUGAR DEVELOPMENT RESPONSES |
| 586-1 | AFFIDAVIT OF ANTHONY G. CAMPISI |

The Clerk shall add Anthony Campisi, indivudally, to the adversary service list with his address listed as 2100 Bustard Drive, Lansdale, PA 19446. The Clerk shall also add Mr. Campisi's counsel, namely William D. Schroeder, Jr., to the adversary service list with his address as 920 Lenmar Drive, Blue Bell, PA 19422.

BY THE COURT:

_____
J.

William D. Schroeder, Jr.
Attorney at Law
920 Lenmar Drive
Blue Bell, PA 19422

Anthony G. Campisi
2106 Bustard Road
Lansdale, PA 19446

Douglas R. Lally, Attorney
261 Old York Road, Suite 524
Jenkintown, PA 19046
*Attorney for ECI, LLC.*

Terry P. Dershaw
Standing Trustee
Chapter 7
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974−0632

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion3.PH.ECF@usdoj.gov