United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-12458-jkf
Campisi Construction, Inc.                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia          Page 1 of 2          Date Rcvd: Oct 12, 2017
                          Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db              #+Campisi Construction, Inc.,   2106 Bustard Road,   Lansdale, PA 19446-5702
intp             +Anthony G Campisi,   2106 Bustard Road,   Lansdale, PA 19446-5702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
              BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
               bkearney@hrmml.com,   chughes@hrmml.com
              BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
               bbisignani@postschell.com
              DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
              DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur
               dkuhn@attorneygeneral.gov
              DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.
               dkarapelou@karapeloulaw.com,   dkarapelou@karapeloulaw.com
              DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
               lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,   lawshark@hotmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GERI H. GALLAGHER    on behalf of Creditor George    Campisi ghgbkcy@verizon.net
              JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com
              JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com
              MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
              MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
              MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
              MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
              MICHAEL R. LESSA    on behalf of    TBF Financial, LLC mlessa@amatolaw.com
              MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
               mwglawl@verizon.net
              MICHAEL W. GALLAGHER     on behalf of Creditor Alex    McConnell mwglaw@msn.com,   mwglawl@verizon.net
              PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
               pamela.thurmond@phila.gov,   james.feighan@phila.gov
              PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors pdmcdonnell@thomaswolpert.com

```
District/off: 0313-2         User: Virginia              Page 2 of 2             Date Rcvd: Oct 12, 2017
                             Form ID: pdf900             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              PATRICK DANIEL MCDONNELL    on behalf of Attorney    Wolpert Schreiber PC
               pdmcdonnell@thomaswolpert.com
              REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
               rmcdowell@karapeloulaw.com,   pwirth@slgcollect.com
              ROBERT J. BIRCH    on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
              ROBERT J. BIRCH    on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. tmsherwood421@aol.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                             TOTAL: 35

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: Campisi Construction, Inc | : | Chapter 7 | |
| | : | | |
| Respondent | : | | |
| | : | No.: 14-12458-jkf | |
| ECI, LLC | : | | |
| | : | | |
| Movant | : | Adversary No.: 14-00616-jkf | |
| v | : | | |
| Terry P. Dershaw | : | | |
| Trustee | : | | |

## ORDER TO RE-OPEN ADVERSARY ACTION #14-00616

**AND NOW**, this 11th day of October, 2017 it is hereby **ORDERED** that the Adversary Action #14-00616 associated with this bankruptcy is **RE-OPENED** for the sole purpose of addressing the issues raised by Anthony G. Campisi in his motion to Vacate this Court's May 1, 2017 Order, Docket Entry No. 580 on the Bankruptcy Docket and the responses which were filed thereto.

The Clerk is directed to cross file the following bankruptcy case filings in the Adversary:

| **Docket #** | **Name** |
|---|---|
| 580 | MOTION OF ANTHONY G. CAMPISI TO VACATE ORDER ENTERED ON MAY 1, 2017 (DOCKET ENTRY # 50) |
| 581 | MEMORANDUM OF LAW OF COUGAR DEVELOPMENT GROUP, LLC AND ECI, LLC IN SUPPORT OF THEIR MOTIONS FILED ON AUGUST 5, 2017 RESPECTIVELY AT DOCKET NUMBERS 568 AND 570 |
| 581-1 | PROPOSED ORDER |
| 581-2 | CERTIFICATE OF SERVICE |

| | |
|---|---|
| 583 | MEMORANDUM OF LAW IN SUPPORT OF MOTION OF ANTHONY G. CAMPISI TO VACATE ORDER ENTERED ON MAY 1, 2017 (DOCKET ENTRY # 50) |
| 584 | RESPONSE OF ECI, LLC AND COUGAR DEVELOPMENT GROUP, LLC, TO MOTION OF ANTHONY CAMPISI TO VACATE THE ORDER OF APRIL 28, 2017 |
| 584-1 | PROPOSED ORDER |
| 584-2 | CERTIFICATE OF SERVICE |
| 585 | CORNERSTONE CONSULTING ENGINEERS & ARCHITECTURAL, INC.'S RESERVATION OF RIGHTS TO MOTION OF ANTHONY CAMPISI TO VACATE ORDER ENTERED ON MAY 1, 2017 |
| 586 | SUPPLEMENTAL REPLY TO CORNERSTONE CONSULTING, ECI, LLC AND COUGAR DEVELOPMENT RESPONSES |
| 586-1 | AFFIDAVIT OF ANTHONY G. CAMPISI |

The Clerk shall add Anthony Campisi, indivudally, to the adversary service list with his address listed as 2100 Bustard Drive, Lansdale, PA 19446. The Clerk shall also add Mr. Campisi's counsel, namely William D. Schroeder, Jr., to the adversary service list with his address as 920 Lenmar Drive, Blue Bell, PA 19422.

BY THE COURT:

_____
J.

William D. Schroeder, Jr.
Attorney at Law
920 Lenmar Drive
Blue Bell, PA 19422

Anthony G. Campisi
2106 Bustard Road
Lansdale, PA 19446

Douglas R. Lally, Attorney
261 Old York Road, Suite 524
Jenkintown, PA 19046
*Attorney for ECI, LLC.*

Terry P. Dershaw
Standing Trustee
Chapter 7
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974−0632

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion3.PH.ECF@usdoj.gov