# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CAMPISI CONSTRUCTION, INC.<br>                      Debtor.<br><br>ECI, LLC<br>                      Movant,<br><br>v.<br><br>TERRY P. DERSHAW, TRUSTEE<br>For the Chapter 7 Estate of<br>Campisi Construction, Inc.<br>                      Respondent. | Chapter 7<br><br>Bankruptcy No.: 14-12458 (JKF) |

## ORDER

     **AND NOW**, this _____ day of _____, 2017, upon consideration the Motions of ECI, LLC, and Cougar Development Group, LLC, to Compel Compliance with the Approved Settlement Agreement with Relief from the Automatic Stay under Section 362 of the Bankruptcy Code pursuant to Bankruptcy Procedure Rule 4001, the Reply of Interested Party, Anthony G. Campisi as an individual to Motion of ECI, LLC (herein fully designated), any other response thereto and oral argument in open court, it is hereby ORDERED and DECREED that:

     1) the Bankruptcy Automatic Stay is lifted with respect to ECI, LLC's Proof of Claims as enumerated in the Motion of ECI, LLC (herein fully designated) as filed in this case; and

     2) the Automatic Stay is lifted and/or otherwise inapplicable with respect to ECI, LLC's pursuit of its claim against the equipment of the Debtor which has been abandoned by way of

Court Order dated June 3, 2016 (Docket #529) and is further described as set forth below:

    1994 Ford VIN# 1FDLF47G2REA43921
    1999 Ford F450 VIN# 3FDXF46FXMA37907
    2002 Ford E350 VIN# 1FDWE35L52HAO1483
    2003 Ford F150 VIN# 1FTRF18243NA09034
    2003 Ford F250 VIN# 1FDNF21L23EB98205
    2001 Ford F250 VIN# 1FTNW21S21EB21360
    2004 Jaguar VIN# SAJWA74C44SG24886
    2002 Ford Econoline VIN# 1FTNE24L12HB29327
    1998 Featherline Trailer VIN# 4FGL01226WE510909
    2002 70XT CASE SKID LOADER SERIAL # JAF0371549
    1990 CASE SKID LOADER SERIAL # JAF0045518
    1994 JOHN DEERE BACKHOE LOADER SERIAL # T0310DB799984
    2005 JOHN DEERE BACKHOE LOADER SERIAL # T0310SG948133
    2002 KOMATSU EXCAVATOR PC200 SERIAL # 106860
    2000 KOMATSU EXCAVATOR PC128 SERIAL # 5871
    BOB CAT MINI EXCAVATOR
    INGERSOLL-RAND COMPRESSOR
    2006 KOMATSU CRAWLER/DOZER MODEL# D31EX-21 SERIAL# 50119
    SOKKIA LASER PRINTER SCT6 SERIAL # 202152
    3 OFFICE COMPUTERS
    LAPTOP COMPUTER
    BLUE PRINT COPIER GESTETENER 045
    MISC. OFFICE EQUIPMENT

    3)    The Bankruptcy Automatic Stay is lifted with respect to Cougar Development Group, LLC's Proof of Claim as enumerated in the Motion of Cougar Development Group, LLC (herein fully designated) as filed in this case.

**BY THE COURT:**

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE