## *AMENDED CERTIFICATE OF SERVICE*

I, Thomas P. Muldoon, Jr., Esquire, hereby certify that I caused a true and correct copy of the Supplemental Reply filed on October 19, 2017 to be served this date via first class mail, upon the following as the original certification contained the incorrect address:

>Anthony Campisi
>2106 Bustard Road
>Lansdale, PA 19446

Date: 10-20-2017

/s/ Thomas P. Muldoon, Jr.
THOMAS P. MULDOON, JR., ESQ.
MULDOON & SHIELDS, LLC
1500 Walnut Street, Suite 1207
Philadelphia, PA 19102