IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 14-12458 |
| CAMPISI CONSTRUCTION, INC. | : |
| Debtor | : Chapter 7 |

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for George Campisi, Lynne Campisi, TS Environmental Contractors, Inc. and Dad and Sons, Inc. ("interested parties"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to any equitable distribution issues, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise affect or seek to affect in any way the Interested Parties' rights or interest, with respect to Debtor.

Date: 10/25/17

Robert H. Holber, Esquire
LAW OFFICE OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) 610-565-5463
(F) 610-565-5474
E-Mail: rholber@holber.com