*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Campisi Construction, Inc.
    Debtor(s)

Case No: 14–12458–jkf

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

STATUS HEARING REGARDING:
Motion to Modify Automatic Stay Filed by Cougar Development Group, LLC (Bankruptcy 14–12458–JKF)
Motion to Modify Automatic Stay Filed by ECI, LLC (Bankruptcy 14–12458–JKF)
Motion to Vacate Filed by Anthony G. Campisi (Adversary 14–0616–JKF)

on: 12/5/17

at: 02:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/16/17

Timothy B. McGrath
Clerk of Court

597 – 568
Form 167