United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-12458-jkf
Campisi Construction, Inc.                                            Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan              Page 1 of 2              Date Rcvd: Nov 16, 2017
                              Form ID: 167            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db         #+Campisi Construction, Inc.,    2106 Bustard Road,    Lansdale, PA 19446-5702
aty         +Dimitri L. Karapelou LLC,    Two Penn Center,    1500 JFK Boulevard,    Suuite 920,
              Philadelphia, PA 19102-1753
aty         +Robert H Holber,    41 East Front Street,    Media, PA 19063-2911
aty         +Wolpert Schreiber PC,    527 Main Street,    Royersford, PA 19468-2305
cr          +Adelphia Mechanical Services, Inc.,    1629 Radburn Road,    Bensalem, PA 19020-4628
cr          +Alex McConnell,    2150 Old Morris Road,    Harleysville, PA 19438-3029
intp        +Anthony G Campisi,    2106 Bustard Road,    Lansdale, PA 19446-5702
acc         +Bederson LLP,    347 Mt. Pleasant Ave,    West Orange, NJ 07052-2749
acc         +Breznicky Associates PC,    118 W. Butler Avenue,    PO Box 407,    Ambler, PA 19002-0407
cr          +Commonwealth of PA, Dept of Revenue, Bur,    c/o Denise A. Kuhn,
              Office of the Attorney General,    21 S. 12th Street, 3rd Floor,    Philadelphia, PA 19107-3604
cr           Cornerstone Consulting Engineers & Architectural,,    216 West Main St.,    Lansdale, PA  19446
cr          +Cougar Development Group, LLC,    240 Farmview Drive,    Harleysville, PA 19438-2426
cr           Hamburg, Rubin, Mullin, Maxwell & Lupin,    375 Morris Road,    PO Box 1479,
              Lansdale, PA  19446-0773
cr          +Linda Mitten,    Commonwealth of Pennsylvania,    Department of Labor and Industry,
              651 Boas Street, Room 702,    Harrisburg, PA 17121-0700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
              BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
               bkearney@hrmml.com,   chughes@hrmml.com
              BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
               bbisignani@postschell.com
              DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
              DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur
               dkuhn@attorneygeneral.gov
              DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.
               dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
              DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               drlally@hotmail.com,   lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
               lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,   lawshark@hotmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov

```
District/off: 0313-2           User: Joan                  Page 2 of 2                   Date Rcvd: Nov 16, 2017
                               Form ID: 167                Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         GERI H. GALLAGHER    on behalf of Creditor George  Campisi ghgbkcy@verizon.net
         JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
          Inc. jck@stevenslee.com
         JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
          Inc. jck@stevenslee.com
         MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
         MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
         MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
         MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
         MICHAEL R. LESSA    on behalf of      TBF Financial, LLC mlessa@amatolaw.com
         MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
          mwglaw1@verizon.net
         MICHAEL W. GALLAGHER    on behalf of Creditor Alex  McConnell mwglaw@msn.com,   mwglaw1@verizon.net
         PAMELA ELCHERT THURMOND    on behalf of      City of Philadelphia Law Department
          pamela.thurmond@phila.gov,   james.feighan@phila.gov
         PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
          Creditors pdmcdonnell@thomaswolpert.com
         PATRICK DANIEL MCDONNELL    on behalf of Attorney    Wolpert Schreiber PC
          pdmcdonnell@thomaswolpert.com
         REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
          rmcdowell@karapeloulaw.com,   pwirth@slgcollect.com
         ROBERT H. HOLBER     on behalf of Interested Party    TS Environmental Contractors, Inc.
          rholber@holber.com
         ROBERT H. HOLBER     on behalf of Interested Party Lynne  Campisi rholber@holber.com
         ROBERT H. HOLBER     on behalf of Interested Party    Dad and Sons, Inc. rholber@holber.com
         ROBERT H. HOLBER     on behalf of Attorney Robert H Holber rholber@holber.com
         ROBERT H. HOLBER     on behalf of Interested Party George  Campisi rholber@holber.com
         ROBERT J. BIRCH    on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
         ROBERT J. BIRCH    on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
         TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
         THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
          Inc. tmsherwood421@aol.com
         THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
         THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
         THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
          Healey@jrlaw.org
         WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
          Healey@jrlaw.org
                                                                               TOTAL: 42

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Campisi Construction, Inc.
    Debtor(s)

Case No: 14–12458–jkf

Chapter: 7

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

STATUS HEARING REGARDING:
Motion to Modify Automatic Stay Filed by Cougar Development Group, LLC (Bankruptcy 14–12458–JKF)
Motion to Modify Automatic Stay Filed by ECI, LLC (Bankruptcy 14–12458–JKF)
Motion to Vacate Filed by Anthony G. Campisi (Adversary 14–0616–JKF)

on: 12/5/17

at: 02:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/16/17

Timothy B. McGrath
Clerk of Court

597 – 568
Form 167