*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Campisi Construction, Inc.
    Debtor(s)

Case No: 14–12458–jkf

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

STATUS HEARING Re: Revised Orders to be filed as to Motion to Modify Automatic Stay Filed by Cougar Development Group, LLC and ECI, LLC.

    on: 2/1/18

    at: 11:00 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/29/18

Timothy B. McGrath
Clerk of Court