United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12458-jkf
Campisi Construction, Inc.                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Joan    Page 1 of 2    Date Rcvd: Jan 29, 2018
                        Form ID: 167   Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.
```
db          #+Campisi Construction, Inc.,    2106 Bustard Road,    Lansdale, PA 19446-5702
aty          +Dimitri L. Karapelou LLC,    Two Penn Center,    1500 JFK Boulevard,    Suuite 920,
               Philadelphia, PA 19102-1753
aty          +Robert H Holber,    41 East Front Street,    Media, PA 19063-2911
aty          +Wolpert Schreiber PC,    527 Main Street,    Royersford, PA 19468-2305
cr           +Adelphia Mechanical Services, Inc.,    1629 Radburn Road,    Bensalem, PA 19020-4628
cr           +Alex McConnell,    2150 Old Morris Road,    Harleysville, PA 19438-3029
intp         +Anthony G Campisi,    2106 Bustard Road,    Lansdale, PA 19446-5702
acc          +Bederson LLP,    347 Mt. Pleasant Ave,    West Orange, NJ 07052-2749
acc          +Breznicky Associates PC,    118 W. Butler Avenue,    PO Box 407,    Ambler, PA 19002-0407
cr           +Commonwealth of PA, Dept of Revenue, Bur,    c/o Denise A. Kuhn,
               Office of the Attorney General,    21 S. 12th Street, 3rd Floor,    Philadelphia, PA 19107-3604
cr            Cornerstone Consulting Engineers & Architectural,,    216 West Main St.,    Lansdale, PA  19446
cr            Hamburg, Rubin, Mullin, Maxwell & Lupin,    375 Morris Road,    PO Box 1479,
               Lansdale, PA  19446-0773
cr           +Linda Mitten,    Commonwealth of Pennsylvania,    Department of Labor and Industry,
               651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13284853     +Cougar Development Group, LLC,    240 Farmview Drive,    Harleysville, PA 19438-2426
13284861     +ECI, LLC,    240 Farmville Drive,    Harleysville, PA 19438-2426
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*          +Cougar Development Group, LLC,    240 Farmview Drive,    Harleysville, PA 19438-2426
13287446*    +Cougar Development Group, LLC,    240 Farmview Drive,    Harleysville, PA 19438-2426
13287454*    +ECI, LLC,    240 Farmville Drive,    Harleysville, PA 19438-2426
                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
```
              A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
              BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
               bkearney@hrmml.com,    chughes@hrmml.com
              BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
               bbisignani@postschell.com
              DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
              DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur
               dkuhn@attorneygeneral.gov
              DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.
               dkarapelou@karapeloulaw.com,    dkarapelou@karapeloulaw.com
              DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               drlally@hotmail.com,    lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
               lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,    lawshark@hotmail.com
```

```
District/off: 0313-2          User: Joan               Page 2 of 2               Date Rcvd: Jan 29, 2018
                              Form ID: 167             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          EDWARD J. DIDONATO     on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO     on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          GEORGE M. CONWAY     on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
          GERI H. GALLAGHER    on behalf of Creditor George  Campisi ghgbkcy@verizon.net
          JOHN C. KILGANNON     on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
           Inc. jck@stevenslee.com
          JOHN C. KILGANNON     on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
           Inc. jck@stevenslee.com
          MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
          MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
          MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
          MICHAEL R. LESSA    on behalf of    TBF Financial, LLC mlessa@amatolaw.com
          MICHAEL W. GALLAGHER     on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
           mwglaw1@verizon.net
          MICHAEL W. GALLAGHER     on behalf of Creditor Alex  McConnell mwglaw@msn.com,  mwglaw1@verizon.net
          PAMELA ELCHERT THURMOND     on behalf of    City of Philadelphia Law Department
           pamela.thurmond@phila.gov,  james.feighan@phila.gov
          PATRICK DANIEL MCDONNELL     on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors pdmcdonnell@thomaswolpert.com
          PATRICK DANIEL MCDONNELL     on behalf of Attorney    Wolpert Schreiber PC
           pdmcdonnell@thomaswolpert.com
          REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
           rmcdowell@karapeloulaw.com,  pwirth@slgcollect.com
          ROBERT H. HOLBER    on behalf of Interested Party    TS Environmental Contractors, Inc.
           rholber@holber.com
          ROBERT H. HOLBER     on behalf of Interested Party Lynne  Campisi rholber@holber.com
          ROBERT H. HOLBER     on behalf of Interested Party    Dad and Sons, Inc. rholber@holber.com
          ROBERT H. HOLBER     on behalf of Attorney Robert H Holber rholber@holber.com
          ROBERT H. HOLBER     on behalf of Interested Party George  Campisi rholber@holber.com
          ROBERT J. BIRCH     on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
          ROBERT J. BIRCH     on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
          TERRY P. DERSHAW     td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS J. MALONEY     on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
           Inc. tmsherwood421@aol.com
          THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Interested Party    Cougar Development Group LLC ,ECI
           tpm@fsm-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org
                                                                                             TOTAL: 43
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Campisi Construction, Inc.
    Debtor(s)                              Case No: 14−12458−jkf
                                              Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

STATUS HEARING Re: Revised Orders to be filed as to Motion to Modify Automatic Stay Filed by Cougar Development Group, LLC and ECI, LLC.

    on: 2/1/18

    at: 11:00 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

                                                        For The Court

Date: 1/29/18                                           Timothy B. McGrath
                                                                Clerk of Court