### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   CAMPISI CONSTRUCTION, INC.<br>                         Debtor.<br><br>ECI, LLC<br>                         Movant,<br><br>v.<br><br>TERRY P. DERSHAW, TRUSTEE<br>For the Chapter 7 Estate of<br>Campisi Construction, Inc.<br>                         Respondent. | Chapter 7<br><br>Bankruptcy No.: 14-12458 (JKF) |

### ORDER

**AND NOW**, this **2nd** day of April, 2018, upon consideration the Motion of ECI, LLC to Compel Compliance with the Approved Settlement Agreement with Relief from the Automatic Stay under Section 362 of the Bankruptcy Code pursuant to Bankruptcy Procedure Rule 4001, the Reply of Interested Party, Anthony G. Campisi as an individual to Motion of ECI, LLC (herein fully designated), any other response thereto and oral argument in open court, it is hereby ORDERED and DECREED that

1) the Bankruptcy Automatic Stay is lifted with respect to ECI, LLC's ("ECI") Proof of Claims Nos. 7, 8 and 11 as enumerated in the Motion of ECI, LLC (herein fully designated) as filed in this case and it is lifted with respect to ECI's enforcement of its rights and remedies in pursuit of those claims, which claims are further enumerated herein:

    a. ECI, LLC's Proof of Claim designated as Claim No. 7 ("Claim #7") in the amount of $179,476.48 which was the result of a state court judgment for money due from an arbitration award which judgment and case is docketed in the Court of Common Pleas of

Montgomery County, Pennsylvania, Docket # 2011-12517;

  b. ECI, LLC's Proof of Claim designated as Claim No. 8 ("Claim #8") in the amount of $65,105.82, for unpaid invoices, accruing interest and accruing penalty interest, related to work ECI performed for the Debtor.

  c. ECI, LLC's Proof of Claim designated as Claim No. 11 ("Claim #11") in the amount of $94,175.47, which claim is for penalty interest and attorney fees due under the Contractor and Subcontractor Payment Act of 1994 ("CASPA"), 73 P.S. §512(a) & §512(b) respectively which ECI incurred in its state court litigation case captioned ECI, LLC v. Campisi Construction, Inc. et. al., docketed in the Court of Common Pleas of Montgomery County, Pennsylvania, Docket # 2011-12517;

 2) the Bankruptcy Automatic Stay is lifted with respect to ECI, LLC's state court action in the Court of Common Pleas of Montgomery County, Pennsylvania, Docket # 2011-12517; and

 3) the Automatic Stay is lifted with respect to ECI, LLC's pursuit of its claim against the equipment of the Debtor which has been abandoned by way of Court Order dated June 3, 2016 (Docket #529) and is further described as set forth below:

1994 Ford VIN# 1FDLF47G2REA43921

1999 Ford F450 VIN# 3FDXF46FXMA37907

2002 Ford E350 VIN# 1FDWE35L52HAO1483

2003 Ford F150 VIN# 1FTRF18243NA09034

2003 Ford F250 VIN# 1FDNF21L23EB98205

2001 Ford F250 VIN# 1FTNW21S21EB21360

2004 Jaguar VIN# SAJWA74C44SG24886

2002 Ford Econoline VIN# 1FTNE24L12HB29327

1998 Featherline Trailer VIN# 4FGL01226WE510909

2002 70XT CASE SKID LOADER SERIAL # JAF0371549

1990 CASE SKID LOADER SERIAL # JAF0045518

1994 JOHN DEERE BACKHOE LOADER SERIAL # T0310DB799984

2005 JOHN DEERE BACKHOE LOADER SERIAL # T0310SG948133

2002 KOMATSU EXCAVATOR PC200 SERIAL # 106860

2000 KOMATSU EXCAVATOR PC128 SERIAL # 5871

BOB CAT MINI EXCAVATOR Serial Number unknown - <u>Note</u>: Not to be confused with Bobcat mini excavator – compact model E42T4, serial #B2VW11059

INGERSOLL-RAND COMPRESSOR

2006 KOMATSU CRAWLER/DOZER MODEL# D31EX-21 SERIAL# 50119

SOKKIA LASER PRINTER SCT6 SERIAL # 202152

3 OFFICE COMPUTERS

LAPTOP COMPUTER

BLUE PRINT COPIER GESTETENER 045

MISC. OFFICE EQUIPMENT

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE