**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   CAMPISI CONSTRUCTION, INC.<br>                           Debtor.<br><br>COUGAR DEVELOPEMNT GROUP, LLC<br>                           Movant,<br><br>v.<br><br>TERRY P. DERSHAW, TRUSTEE<br>For the Chapter 7 Estate of<br>Campisi Construction, Inc.<br>                           Respondent. | Chapter 7<br><br>Bankruptcy No.: 14-12458 (JKF) |

## ORDER

AND NOW, this __4th__ day of April, 2018, upon consideration the Motion of Cougar Development Group, LLC to Compel Compliance with the Approved Settlement Agreement with Relief from the Automatic Stay under Section 362 of the Bankruptcy Code pursuant to Bankruptcy Procedure Rule 4001, the Reply of Interested Party, Anthony G. Campisi as an individual to Motion of Cougar Development Group, LLC (herein fully designated), any other response thereto and oral argument in open court, it is hereby ORDERED and DECREED that 1) the Bankruptcy Automatic Stay is lifted with respect to Cougar Development Group, LLC's ("Cougar") Proof of Claim No. 9 ("Claim #9"), for $191,875.67 for unpaid monies due under a written lease agreement, including attorney's fees as enumerated in the Motion of Cougar Development Group, LLC (herein fully designated) as filed in this case and is lifted with respect to Cougar's enforcement of its rights and remedies in pursuit of that claim; and

2) the Bankruptcy Automatic Stay is lifted with respect to Cougar Development Group, LLC's state court action in the Court of Common Pleas of Montgomery County, Pennsylvania, Docket # 2013-34907.

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE