United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-12458-jkf
Campisi Construction, Inc.                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2              Date Rcvd: Apr 02, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
db              #+Campisi Construction, Inc.,    2106 Bustard Road,    Lansdale, PA 19446-5702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
              A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
              BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
               bkearney@hrmml.com,   chughes@hrmml.com
              BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
               bbisignani@postschell.com
              DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
              DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur
               dkuhn@attorneygeneral.gov
              DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.
               dkarapelou@karapeloulaw.com,   dkarapelou@karapeloulaw.com
              DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
               lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               drlally@hotmail.com,   lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,   lawshark@hotmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GERI H. GALLAGHER    on behalf of Creditor George  Campisi ghgbkcy@verizon.net
              JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com
              JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com
              MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
              MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
              MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
              MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
              MICHAEL R. LESSA    on behalf of     TBF Financial, LLC mlessa@amatolaw.com
              MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
               mwglaw1@verizon.net
              MICHAEL W. GALLAGHER    on behalf of Creditor Alex  McConnell mwglaw@msn.com,   mwglaw1@verizon.net
              PAMELA ELCHERT THURMOND    on behalf of     City of Philadelphia Law Department
               pamela.thurmond@phila.gov,   karena.blaylock@phila.gov
              PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors pdmcdonnell@thomaswolpert.com

```
District/off: 0313-2           User: Virginia              Page 2 of 2                    Date Rcvd: Apr 02, 2018
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          PATRICK DANIEL MCDONNELL    on behalf of Attorney   Wolpert Schreiber PC
           pdmcdonnell@thomaswolpert.com
          REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
           rmcdowell@karapeloulaw.com, pwirth@slgcollect.com
          ROBERT H. HOLBER    on behalf of Interested Party    TS Environmental Contractors, Inc.
           rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party Lynne  Campisi rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party   Dad and Sons, Inc. rholber@holber.com
          ROBERT H. HOLBER    on behalf of Attorney Robert H Holber rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party George  Campisi rholber@holber.com
          ROBERT J. BIRCH    on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
          ROBERT J. BIRCH    on behalf of Debtor   Campisi Construction, Inc. robert@robertbirchlaw.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
           Inc. tmsherwood421@aol.com
          THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Interested Party    Cougar Development Group LLC ,ECI
           tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org
                                                                                              TOTAL: 43
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   CAMPISI CONSTRUCTION, INC.<br>                           Debtor.<br><br>ECI, LLC<br>                           Movant,<br><br>v.<br><br>TERRY P. DERSHAW, TRUSTEE<br>For the Chapter 7 Estate of<br>Campisi Construction, Inc.<br>                           Respondent. | Chapter 7<br><br>Bankruptcy No.: 14-12458 (JKF) |

## **ORDER**

     **AND NOW**, this **2nd** day of April, 2018, upon consideration the Motion of ECI, LLC to Compel Compliance with the Approved Settlement Agreement with Relief from the Automatic Stay under Section 362 of the Bankruptcy Code pursuant to Bankruptcy Procedure Rule 4001, the Reply of Interested Party, Anthony G. Campisi as an individual to Motion of ECI, LLC (herein fully designated), any other response thereto and oral argument in open court, it is hereby ORDERED and DECREED that

     1) the Bankruptcy Automatic Stay is lifted with respect to ECI, LLC's ("ECI") Proof of Claims Nos. 7, 8 and 11 as enumerated in the Motion of ECI, LLC (herein fully designated) as filed in this case and it is lifted with respect to ECI's enforcement of its rights and remedies in pursuit of those claims, which claims are further enumerated herein:

          a. ECI, LLC's Proof of Claim designated as Claim No. 7 ("Claim #7") in the amount of $179,476.48 which was the result of a state court judgment for money due from an arbitration award which judgment and case is docketed in the Court of Common Pleas of

Montgomery County, Pennsylvania, Docket # 2011-12517;

      b. ECI, LLC's Proof of Claim designated as Claim No. 8 ("Claim #8") in the amount of $65,105.82, for unpaid invoices, accruing interest and accruing penalty interest, related to work ECI performed for the Debtor.

      c. ECI, LLC's Proof of Claim designated as Claim No. 11 ("Claim #11") in the amount of $94,175.47, which claim is for penalty interest and attorney fees due under the Contractor and Subcontractor Payment Act of 1994 ("CASPA"), 73 P.S. §512(a) & §512(b) respectively which ECI incurred in its state court litigation case captioned ECI, LLC v. Campisi Construction, Inc. et. al., docketed in the Court of Common Pleas of Montgomery County, Pennsylvania, Docket # 2011-12517;

    2) the Bankruptcy Automatic Stay is lifted with respect to ECI, LLC's state court action in the Court of Common Pleas of Montgomery County, Pennsylvania, Docket # 2011-12517; and

    3) the Automatic Stay is lifted with respect to ECI, LLC's pursuit of its claim against the equipment of the Debtor which has been abandoned by way of Court Order dated June 3, 2016 (Docket #529) and is further described as set forth below:

1994 Ford VIN# 1FDLF47G2REA43921

1999 Ford F450 VIN# 3FDXF46FXMA37907

2002 Ford E350 VIN# 1FDWE35L52HAO1483

2003 Ford F150 VIN# 1FTRF18243NA09034

2003 Ford F250 VIN# 1FDNF21L23EB98205

2001 Ford F250 VIN# 1FTNW21S21EB21360

2004 Jaguar VIN# SAJWA74C44SG24886

2002 Ford Econoline VIN# 1FTNE24L12HB29327

1998 Featherline Trailer VIN# 4FGL01226WE510909

2002 70XT CASE SKID LOADER SERIAL # JAF0371549

1990 CASE SKID LOADER SERIAL # JAF0045518

1994 JOHN DEERE BACKHOE LOADER SERIAL # T0310DB799984

2005 JOHN DEERE BACKHOE LOADER SERIAL # T0310SG948133

2002 KOMATSU EXCAVATOR PC200 SERIAL # 106860

2000 KOMATSU EXCAVATOR PC128 SERIAL # 5871

BOB CAT MINI EXCAVATOR Serial Number unknown - Note: Not to be confused with Bobcat mini excavator – compact model E42T4, serial #B2VW11059

INGERSOLL-RAND COMPRESSOR

2006 KOMATSU CRAWLER/DOZER MODEL# D31EX-21 SERIAL# 50119

SOKKIA LASER PRINTER SCT6 SERIAL # 202152

3 OFFICE COMPUTERS

LAPTOP COMPUTER

BLUE PRINT COPIER GESTETENER 045

MISC. OFFICE EQUIPMENT

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   CAMPISI CONSTRUCTION, INC.<br>                              Debtor.<br><br>COUGAR DEVELOPEMNT GROUP, LLC<br>                              Movant,<br><br>v.<br><br>TERRY P. DERSHAW, TRUSTEE<br>For the Chapter 7 Estate of<br>Campisi Construction, Inc.<br>                              Respondent. | Chapter 7<br><br>Bankruptcy No.:  14-12458 (JKF) |

**ORDER**

     **AND NOW**, this _____ day of April, 2018, upon consideration the Motion of Cougar Development Group, LLC to Compel Compliance with the Approved Settlement Agreement with Relief from the Automatic Stay under Section 362 of the Bankruptcy Code pursuant to Bankruptcy Procedure Rule 4001, the Reply of Interested Party, Anthony G. Campisi as an individual to Motion of Cougar Development Group, LLC (herein fully designated), any other response thereto and oral argument in open court, it is hereby ORDERED and DECREED that 1) the Bankruptcy Automatic Stay is lifted with respect to Cougar Development Group, LLC's ("Cougar") Proof of Claim No. 9 ("Claim #9"), for $191,875.67 for unpaid monies due under a written lease agreement, including attorney's fees as enumerated in the Motion of Cougar Development Group, LLC (herein fully designated) as filed in this case and is lifted with respect to Cougar's enforcement of its rights and remedies in pursuit of that claim; and

2) the Bankruptcy Automatic Stay is lifted with respect to Cougar Development Group, LLC's state court action in the Court of Common Pleas of Montgomery County, Pennsylvania, Docket # 2013-34907.

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE