United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                     Case No. 14-12458-jkf
Campisi Construction, Inc.                                                                 Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 2              Date Rcvd: Apr 04, 2018
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db               #+Campisi Construction, Inc.,   2106 Bustard Road,   Lansdale, PA 19446-5702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                   Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
              BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
               bkearney@hrmml.com,    chughes@hrmml.com
              BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
               bbisignani@postschell.com
              DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
              DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur
               dkuhn@attorneygeneral.gov
              DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.
               dkarapelou@karapeloulaw.com,    dkarapelou@karapeloulaw.com
              DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
               lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               drlally@hotmail.com,    lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,    lawshark@hotmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GERI H. GALLAGHER    on behalf of Creditor George  Campisi ghgbkcy@verizon.net
              JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com
              JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com
              MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
              MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
              MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
              MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
              MICHAEL R. LESSA    on behalf of    TBF Financial, LLC mlessa@amatolaw.com
              MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
               mwglaw1@verizon.net
              MICHAEL W. GALLAGHER    on behalf of Creditor Alex  McConnell mwglaw@msn.com,    mwglaw1@verizon.net
              PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
               pamela.thurmond@phila.gov,    karena.blaylock@phila.gov
              PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors pdmcdonnell@thomaswolpert.com

```
District/off: 0313-2          User: Virginia            Page 2 of 2                  Date Rcvd: Apr 04, 2018
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              PATRICK DANIEL MCDONNELL    on behalf of Attorney    Wolpert Schreiber PC
               pdmcdonnell@thomaswolpert.com
              REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
               rmcdowell@karapeloulaw.com, pwirth@slgcollect.com
              ROBERT H. HOLBER    on behalf of Interested Party    TS Environmental Contractors, Inc.
               rholber@holber.com
              ROBERT H. HOLBER    on behalf of Interested Party Lynne   Campisi rholber@holber.com
              ROBERT H. HOLBER    on behalf of Interested Party    Dad and Sons, Inc. rholber@holber.com
              ROBERT H. HOLBER    on behalf of Attorney Robert H Holber rholber@holber.com
              ROBERT H. HOLBER    on behalf of Interested Party George   Campisi rholber@holber.com
              ROBERT J. BIRCH    on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
              ROBERT J. BIRCH    on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. tmsherwood421@aol.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
               Healey@jrlaw.org
              WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                             TOTAL: 43
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   CAMPISI CONSTRUCTION, INC.<br>                              Debtor.<br><br>COUGAR DEVELOPEMNT GROUP, LLC<br>                              Movant,<br><br>v.<br><br>TERRY P. DERSHAW, TRUSTEE<br>For the Chapter 7 Estate of<br>Campisi Construction, Inc.<br>                              Respondent. | Chapter 7<br><br>Bankruptcy No.: 14-12458 (JKF) |

**ORDER**

     **AND NOW**, this __4th__ day of April, 2018, upon consideration the Motion of Cougar Development Group, LLC to Compel Compliance with the Approved Settlement Agreement with Relief from the Automatic Stay under Section 362 of the Bankruptcy Code pursuant to Bankruptcy Procedure Rule 4001, the Reply of Interested Party, Anthony G. Campisi as an individual to Motion of Cougar Development Group, LLC (herein fully designated), any other response thereto and oral argument in open court, it is hereby ORDERED and DECREED that 1) the Bankruptcy Automatic Stay is lifted with respect to Cougar Development Group, LLC's ("Cougar") Proof of Claim No. 9 ("Claim #9"), for $191,875.67 for unpaid monies due under a written lease agreement, including attorney's fees as enumerated in the Motion of Cougar Development Group, LLC (herein fully designated) as filed in this case and is lifted with respect to Cougar's enforcement of its rights and remedies in pursuit of that claim; and

2) the Bankruptcy Automatic Stay is lifted with respect to Cougar Development Group, LLC's

state court action in the Court of Common Pleas of Montgomery County, Pennsylvania, Docket

# 2013-34907.


BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE