**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CAMPISI CONSTRUCTION, INC., | : | |
| | : | Case No. 14-12458 (JKF) |
| Debtor. | : | |

| | | |
|---|---|---|
| Campisi Construction, Inc. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 14-00616 (JKF) |
| | : | |
| ECI, LLC | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| Cornerstone Consulting Engineers & Architectural, Inc. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF PROPOSED ORDER CLARIFYING (I) ORDER ENFORCING AND APPROVING SETTLEMENT AGREEMENT DATED APRIL 28, 2017 [ADV. DOC. NO. 50]; AND (II) ORDER VACATING ORDER DATED APRIL 28, 2017 [ADV. DOC. NO. 79]**

Cornerstone Consulting Engineers & Architectural, Inc., by and through its counsel, has filed a Proposed Order Clarifying (i) Order Enforcing and Approving Settlement Agreement, Dated April 28, 2017 [Adv. Doc. No. 50]; and (ii) Order Vacating Order Dated April 28, 2017 [Adv. Doc. No. 79] (the "Order"). A true and correct copy of the Order is attached hereto as Exhibit "A."

1

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to enter the Order or grant the relief sought in the Order or if you want the court to consider your views on the Order, then on or before June 18, 2018, unless earlier as otherwise provided by the Court, you or your attorney must do <u>all</u> of the following:

    (a) File an answer/response explaining your position at:

> United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> Clerk's Office
> Robert N.C. Nix Building
> 900 Market Street, Suite 400
> Philadelphia, PA  19107-4299

If you mail your answer/response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be **received** on or before the date stated above; and

    (b) Mail a copy to the movant's counsel so that it will be **received** on or before the date stated above:

> John C. Kilgannon
> Stevens & Lee, P.C.
> 1818 Market Street
> 29th Floor
> Philadelphia, PA  19103

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter the Order granting the relief requested in the Order without further notice or hearing.

3. If an objection is filed a hearing on the Order is scheduled and will be held before the Honorable Jean K. FitzSimon on **June 20, 2018** at **1:30 P.M.** in Courtroom 3, United States

Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.  Please take notice that if no objections are filed, the Court may enter the Order without further notice or hearing.

4.  If a copy of the Order is not enclosed, a copy of the Order will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

Dated:  June 1, 2018                    */s/ John C. Kilgannon*
                                        John C. Kilgannon
                                        Stevens & Lee, P.C.
                                        1818 Market Street
                                        29th Floor
                                        Philadelphia, PA  19103
                                        Telephone:  215-575-0100
                                        Telecopier:  215-851-0214
                                        email:  jck@stevenslee.com

                                        *Attorneys for Cornerstone Consulting Engineers & Architectural, Inc.*