UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CAMPISI CONSTRUCTION, INC. | : |
| | : |
| DEBTOR | : BKY. NO. 14-12458-jkf |

## CERTIFICATE OF SERVICE

I, Edward J. DiDonato, Esquire, hereby certify that on July 11, 2018, service of the (1) Application of Fox Rothschild LLP as Counsel to Trustee for Allowance of Final Compensation and Reimbursement of Expenses, and Notice of same, and (2) Application of Accountant to Trustee for Allowance of Final Compensation and Reimbursement of Expenses, and Notice of same, was made by regular, postage prepaid mail upon all parties on the Clerk's Service List as indicated on the attached "Service List."

FOX ROTHSCHILD LLP

/s/  Edward J. DiDonato
Edward J. DiDonato
2000 Market Street, 20th Floor
Philadelphia, PA  19103
edidonato@foxrothschild.com
Counsel to Trustee

59471149.v1

| | | |
|---|---|---|
| George Conway, Esquire<br>Office of the United States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 | Adelphia Mechanical Services, Inc.<br>1629 Radburn Road<br>Bensalem, PA 19020 | MICHAEL W. GALLAGHER<br>401 West Johnson Highway, Ste. 4<br>East Norriton, PA 19401 |
| Bederson LLP<br>347 Mt. Pleasant Ave<br>West Orange, NJ 07052 | Breznicky Associates PC<br>118 W. Butler Avenue<br>PO Box 407<br>Ambler, PA 19002 | A. WESLEY BRIDGES<br>Becker LLC<br>220 Lake Drive East, Suite 102<br>Cherry Hill, NJ 08002 |
| Anthony G Campisi<br>2106 Bustard Road<br>Lansdale, PA 19446 | MATTHEW R. NAHRGANG<br>35 Evansburg Road<br>Collegeville, PA 19426 | WILLIAM D. SCHROEDER, JR<br>920 Lenmar Drive<br>Blue Bell, PA 19422 |
| GERI H. GALLAGHER<br>P.O. Box 64<br>Fairview Village, PA 19409-0064 | Campisi Construction, Inc.<br>2106 Bustard Road<br>Lansdale, PA 19446 | Robert J Birch, Esquire<br>325 Sentry Parkway<br>Blue Bell, Pa 19422 |
| City of Philadelphia Law Dept.<br>1401 John F. Kennedy Blvd., 5th Fl<br>Municipal Services Bldg.<br>Philadelphia, PA 19102 | Pamela Elchert Thurmond, Esq.<br>City of Philadelphia<br>Law/Revenue Department<br>1401 John F. Kennedy Blvd.<br>5th Floor<br>Philadelphia, PA 19102 | Commonwealth of PA<br>Dept of Revenue<br>c/o Denise A. Kuhn<br>Office of the Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 |
| Cornerstone Consulting Engineers<br>& Architectural, Inc.<br>216 West Main St.<br>Lansdale, PA 19446 | JOHN C. KILGANNON<br>Stevens & Lee, P.C.<br>1818 Market Street<br>29th Floor<br>Philadelphia, PA 19103 | Cougar Development Group, LLC<br>240 Farmview Drive<br>Harleysville, PA 19438 |
| MICHAEL H. KALINER<br>Adelstein & Kaliner, LLC<br>350 S. Main Street<br>Suite 105<br>Doylestown, PA 18901 | Douglas R. Lally, Esquire<br>261 Old York Road, Suite 524<br>The Pavilion, P.O. Box 703<br>Jenkintown, PA 19046-0703 | THOMAS P. MULDOON, Jr.<br>Muldoon & Shields, LLC<br>1528 Walnut Street<br>Suite 515<br>Philadelphia, PA 19102 |
| DAVID A. PECKMAN<br>Peckman Chait LLP<br>29 Mainland Road<br>Harleysville, PA 19438 | Wolpert Schreiber PC<br>527 Main Street<br>Royersford, PA 19468 | BERNADETTE A. KEARNEY<br>Hamburg Rubin Mullin Maxwell &<br>Lupin PC<br>375 Morris Road<br>PO Box 1479<br>Lansdale, PA 19446 |
| ROBERT H. HOLBER<br>Attorney Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | BRIAN WILLIAM BISIGNANI<br>Post & Schell PC<br>17 North Second Street<br>12th Floor East Tower<br>Harrisburg, PA 17101-1601 | Alex McConnell<br>2150 Old Morris Road<br>Harleysville, PA 19438 |
| Linda Mitten<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121 | Patrick Daniel McDonnell<br>Law Offices of Thomas Wolpert,<br>P.C.<br>527 Main Street<br>Royersford, PA 19468 | TBF Financial, LLC<br>740 Waukegan Road, Suite 404<br>Deerfield, IL 60015 |
| MICHAEL R. LESSA<br>Amato Keating & Lessa P.C.<br>107 North Commerce Way<br>Bethlehem, PA 18017 | | |

59471149.v1