IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| CAMPISI CONSTRUCTION, INC. | : | Bankruptcy No. 14-12458-JKF |
| | : | |
| Debtor. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of the Application for Allowance of Final Compensation and Reimbursement of Expenses of Fox Rothschild LLP, as Counsel to the Chapter 7 Trustee ("Fee Application"), and after the Objection filed by the United States Trustee, it is hereby

ORDERED, that the Objection of the United States Trustee is hereby sustained. The right of the United States Trustee and other interested parties to object to any compensation award is hereby reserved until such time as this Court approves the chapter 7 trustee's Final Report.  Any compensation awarded by this Court prior to the approval of the Chapter 7 trustee's Final Report will be considered "interim" and subject to further review and adjustment.

BY THE COURT:

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Copies to:

Edward J. DiDonato, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
(*Counsel for the Chapter 7 Trustee*)

Terry P. Dershaw, Chapter 7 Trustee
Dershaw Law Offices
P.O. Box 556
Warminster, PA  18974-0632
(*Chapter 7 Trustee*)

Campisi Construction, Inc.
2106 Bustard Road
Lansdale, PA  19446
(*Debtor*)

George M. Conway, Trial Attorney
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107