### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Campisi Construction, Inc.

      Debtor(s)

Case No: 14–12458–jkf

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Application for Compensation for Fox Rothschild L.L.P.

on: 8/29/18

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  7/30/18

Timothy B. McGrath
Clerk of Court