UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CAMPISI CONSTRUCTION, INC. | : |
| | : |
| DEBTOR | : BKY. NO. 14-12458-jkf |

### CERTIFICATE OF NO OBJECTION AND REQUEST FOR ORDER

I, Edward J. DiDonato, Esquire, hereby certify that after proper service of the Application and Notice of Fox Rothschild LLP for Allowance of Compensation and Reimbursement of Expenses, there was one Objection filed by the United States Trustee relating to the issue of interim versus final fees. Fox Rothschild hereby consents to the Order proposed by the United States Trustee. There were no other objections filed and I, therefore, request the entry of the proposed form of Order attached hereto.

                                                    FOX ROTHSCHILD LLP

                                                    /s/ Edward J. DiDonato
                                                    Edward J. DiDonato
                                                    2000 Market Street, 20th Floor
                                                    Philadelphia, PA  19103
                                                    Counsel to Trustee

ACTIVE\60274969

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

CAMPISI CONSTRUCTION, INC. :

DEBTOR : BKY. NO. 14-12458-jkf

## O R D E R

AND NOW, this ____ day of _____, 2018, upon consideration of the Application of counsel to the Trustee for allowance of compensation in the amount of $96,690.50 and reimbursement of expenses in the amount of $1,052.81, and after notice and the review of the one Objection filed by the United States Trustee, it is hereby

ORDERED that compensation in the amount of $_____, plus expenses in the amount of $_____ are allowed to Fox Rothschild LLP as counsel to the Trustee for the period July 6, 2015 through June 25, 2018; and it is further

ORDERED that this allowance is considered "interim" and subject to further review and adjustment. The right of the United States Trustee and other interested parties to object to any compensation award is reserved until such time as this Court approves the Chapter 7 Trustee's Final Report.

BY THE COURT:

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE

60275889.v1