UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CAMPISI CONSTRUCTION, INC. | : | Case No. 14-12458 (JKF) |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING FIRST & FINAL FEE APPLICATION OF
BEDERSON LLP AS ACCOUNTANTS FOR TERRY P. DERSHAW CHAPTER 7
TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF JULY 8, 2015 THROUGH MAY 7, 2018**

AND NOW, this _____ day of _____, 2018, upon consideration of the application of Bederson LLP for an allowance of First and Final compensation and reimbursement of expenses as accountants for Terry P. Dershaw (the "Trustee"), Chapter 7 trustee for the estate of Campisi Construction, Inc., responses thereto, and after notice and an opportunity for hearing, and good cause appearing for the relief requested in the application, it is hereby

ORDERED, in accordance with the foregoing, that Bederson LLP be and hereby is allowed the sum of $16,900.25 as First and Final compensation for services rendered as accountants for the Trustee for the period of July 8, 2015 through May 7, 2018, together with the sum of $208.51, as reimbursement of expenses; and its further

ORDERED, that the Trustee is authorized to pay the amount awarded and satisfy the foregoing award from the Debtor's estate; and it is further

ORDERED, that any amounts paid pursuant to this Order are subject to disgorgement in the event that the estate is or becomes administratively insolvent.

**Date: August 1, 2018**

_____
THE HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE