United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-12458-jkf
Campisi Construction, Inc.                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda            Page 1 of 5            Date Rcvd: Jul 30, 2018
                             Form ID: 167            Total Noticed: 96


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
```
db              #+Campisi Construction, Inc.,    2106 Bustard Road,    Lansdale, PA 19446-5702
aty              +Dimitri L. Karapelou LLC,    Two Penn Center,    1500 JFK Boulevard,    Suuite 920,
                   Philadelphia, PA 19102-1722
aty               FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA  19103-3222
aty              +Robert H Holber,    41 East Front Street,    Media, PA 19063-2911
aty              +Wolpert Schreiber PC,    527 Main Street,    Royersford, PA 19468-2305
intp             +Anthony G Campisi,    2106 Bustard Road,    Lansdale, PA 19446-5702
acc              +Bederson LLP,    347 Mt. Pleasant Ave,    West Orange, NJ 07052-2749
acc              +Breznicky Associates PC,    118 W. Butler Avenue,    PO Box 407,    Ambler, PA 19002-0407
cr              #+Commonwealth of PA, Dept of Revenue, Bur,    c/o Denise A. Kuhn,
                   Office of the Attorney General,    21 S. 12th Street, 3rd Floor,    Philadelphia, PA 19107-3604
cr                Cornerstone Consulting Engineers & Architectural,,    216 West Main St.,    Lansdale, PA  19446
cr                Hamburg, Rubin, Mullin, Maxwell & Lupin,    375 Morris Road,    PO Box 1479,
                   Lansdale, PA  19446-0773
cr               +Linda Mitten,    Commonwealth of Pennsylvania,    Department of Labor and Industry,
                   651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13284842         +Adelphia Heating & Air Conditioning,    1629 Radbum Road,    Bensalem, PA 19020-4628
13370320         +Adelphia Mechanical Services Inc.,    1629 Radburn Rd.,    Bensalem PA 19020-4628
13284843         +Advanced Disposal,    2955 Felton Drive,    Norristown, PA 19401-1345
13284844         +Alex McConnell,    2150 Old Morris Road,    Harleysville, PA 19438-3029
13375666         +Alex W. McConnell,    2150 Old Morris Rd.,    Harleysville PA 19438-3029
13284845         +Allen Brady Excavating,    1950 Kulp Road,    Harleysville, PA 19438-3005
13284846         +American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13343817          American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13284847         +Berkheimer,    50 North Seventh Street,    P.O. Box 955,    Bangor, PA 18013-1798
13284848         +Better Air Management,    P.O. Box 341,    Lansdale, PA 19446-0341
13284849         +Bob Schoen, AP,    c/o Detweiler, Hershey, & Associates,    64 N. County Line Road,
                   P.O. Box 64157,    Souderton, PA 18964-0157
13288319         #CNH Industrial Capital America LLC,    PO Box 3600,    Lancaster, PA  17604-3600
13284850         +Clairmont, Paciello & Co, PC,    250 Tanglewood Lane,    King of Prussia, PA 19406-2365
13284853         +Cougar Development Group, LLC,    240 Farmville Drive,    Harleysville, PA 19438-2426
13284854         +David A. Peckman,    29 Mainland Road,    Harleysville, PA 19438-2519
13284856         +Delaware Valley Concrete Co., Inc.,    P.O. Box 457,    Hatboro, PA 19040-0457
13284857         +Diversified Aggregates, LLC,    36 Broad Street,    Bloomfield, NJ 07003-2524
13284858         +E.O. Habhegger,    460 Penn Street,    Lansdowne, PA 19050-3017
13284861         +ECI, LLC,    240 Farmville Drive,    Harleysville, PA 19438-2426
13284859         +Earth Engineering,    115 W. Germantown Pike, Suite 2500,    Norristown, PA 19401-1361
13292271         +Earth Engineering Inc.,    115 W. Germantown Pike,    Suite 200,    East Norriton PA 19401-1361
13284860         +East Coast Materials, LLC,    36 Broad Street,    Bloomfield, NJ 07003-2524
13284862         +Edward A. Postell,    P.O Box 346,    Skippack, PA 19474-0346
13287456          Erie Indemnity Co.,    100 Erie INS,    Place Erie, PA 16530
13320053         +Erie Indemnity Company Attorney in,    Fact for Erie Insurance Exchange,
                   c/o Amato Keating and Lessa, P.C.,    107 North Commerce Way,    Bethlehem PA 18017-8913
13284864         +Excel Document Solutions, Inc.,    17 Richard Road,    Warminster, PA 18974-1512
13284865         +Exxon Mobil,    P.O. Box 530964,    Atlanta, GA 30353-0964
13284866         +First Choice Bank,    f/k/a Vantage Point Bank,    100 Witmer Road, Suite 104,
                   Horsham, PA 19044-2251
13284867         +Gary E. Thompson,    150 E. Swedesford Road,    Wayne, PA 19087-1458
13284868         +George Campisi,    2102 Bustard Road,    Lansdale, PA 19446-5702
13284869         +Hamburg, Rubin, Mullin, Maxwell,    & Lupin, PC,    375 Morris Road,    P.O. Box 1479,
                   Lansdale, PA 19446-0773
13284870         +High Schwartz, LLC,    40 East Airy Street,    P.O. Box 671,    Norristown, PA 19404-0671
13284871         +Home Depot,    Credit Services Department,    P.O. Box 790340,    Saint Louis, MO 63179-0340
13284872         +Independence Blue Cross,    1901 Market Street,    Philadelphia, PA 19103-1475
13284874         +Interstate Waste Chestmont Disposal,    P.O. Box 553196,    Detroit, MI 48255-0001
13284875         +J&J Spill & Services & Supplies, Inc.,    P.O. Box 370,    Blue Bell, PA 19422-0370
13287468         +John A. Prodoehl, Esquire,    P.O. Box 147,    Broomall, PA 19008-0147
13284877         +Labor Ready Northeast, Inc.,    P.O. Box 641034,    Pittsburgh, PA 15264-1034
13653791         +Law Offices of Dimitri L. Karapelou, LLC,    2 Penn Center,    1500 JFK Blvd., Ste 920,
                   Philadelphia, PA 19102-1742
13509955         +Lukoil North America LLC,    505 Fifth Avenue,    9th Floor,    New York NY 10017-4921
13284878         +M.A.D Express, LLC,    275 Route 523,    Whitehouse Station, NJ 08889-4000
13284879         +Mandracchia & McWhirk, LLC,    2024 Cressman Rd.,    P.O. Box 1229,    Skippack, PA 19474-1229
13287472         +Mandracchia & McWhirk, LLC,    2024Cressman Rd.,    P.O. Box 1229,    Skippack, PA 19474-1229
13284880         +Marvin H. Gold, Esquire,    237 S. York Road,    Hatboro, PA 19040-3429
13287474         +Michael A. Lessa, Esquire,    Amato & Lessa, P.C.,    107 N. Commerce Way, Suite 100,
                   Bethlehem, PA 18017-8913
13284897         +Michael R. Lessa, Esquire,    Amato & Lessa, P.C.,    107 N. Commerce Way, Suite 100,
                   Bethlehem, PA 18017-8913
13284881         +Michael Torres,    243 Farmview Drive,    Harleysville, PA 19438-2427
13284882         +Monarch Environmental, Inc.,    P.O. Box 330,    Woodstown, NJ 08098-0330
13284884         +PA Department of Labor and Industry,    P.O. Box 60848,    Harrisburg, PA 17106-0848
13284886         +Parker Paving, Inc.,    14 Darby Road,    Havertown, PA 19083-4629
13284888         +Pine Run Construction,    4125 Landisville Road,    Doylestown, PA 18902-1131
```

District/off: 0313-2          User: Linda              Page 2 of 5              Date Rcvd: Jul 30, 2018
                              Form ID: 167             Total Noticed: 96


13284889        +Pitney Bowes,   2000 Hamilton Street,   Philadelphia, PA 19130-3814
13284890       #+Preston's Automotive & Truck Service,   P.O. Box 1158,   Kulpsville, PA 19443-1158
13374033       #+Prestons Auto and  Truck  Service Inc.,   PO Box 1158,   Kulpsville PA 19443-1158
13284891        Quill,   P.O. Box 376000,   Philadelphia, PA 19101
13284892       +Richman, Berenbaum, & Assc, PC,   1500 JFK Boulevard, Suite 411,   Philadelphia, PA 19102-1723
13284893        Ronald Amato, Esquire,   170 N. Commerce Way,   Bethlehem, PA 18017
13284894       +Sayersville Police Department,   100 Main Street,   Sayreville, NJ 08872-1565
13287485       +SuperMedia,   c/o Joseph Mann & Creed,   20600 Chagrin Boulevard, Suite 5500,
                 Beachwood, OH 44122-5327
13299944       +TBF Financial, Inc.,   c/o Amato Keating and Lessa, P.C.,   107 North Commerce Way,
                 Bethlehem PA 18017-8913
13284898       +Todd Lowell,   8145 Cadwalader Avenue,   Elkins Park, PA 19027-2439
13284899       +Top Grade Excavating, Inc.,   P.O. Box 4,   Quakertown, PA 18951-0004
13284900       +Township of Upper Moreland,   117 Park Avenue,   Willow Grove, PA 19090-3209
13287490        Trimm Glass,   316 Station Road,   Media, PA 19063
13364108       +Trimm Glass, Inc.,   John A. Prodehl Esq.,   PO Box 147,   Broomall PA 19008-0147
13284901       +Verderame Electric,   1565 Forest Grove Road,   Furlong, PA 18925-1313
13284902       +Victor Electro, Inc.,   c/o Tony Branconi,   8420 Algon Avenue,   Philadelphia, PA 19152-1725
13284903       +W.J. Knox Services, Inc.,   655 Copeland School Road,   West Chester, PA 19380-1821
13284904       +Walmart,   c/o Bennett Law,   10542 S. Jordan Gateway, Suite 200,   South Jordan, UT 84095-4182
13284906       +Wells Fargo,   P.O. Box 6426,   Carol Stream, IL 60197-6426
13367443       +Wells Fargo Bank, N.A.,   1 Home Campus,   MAC X2303-01A,   Des Moines, IA 50328-0001
13688530       +Wolpert Schreiber P.C.,   527 Main Street,   Royersford, PA 19468-2305
13284907       +Zoom Sewer & Drain, Inc.,   915 S. Trooper Road,   Norristown, PA 19403-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13290957       +E-mail/Text: megan.harper@phila.gov Jul 31 2018 02:00:04
                 CITY OF PHILADELPHIA, LAW DEPARTMENT - TAX UNIT,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13649133       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jul 31 2018 02:00:14    COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
13284852       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 31 2018 02:00:09
                 Comcast Bankruptcy Department,   401 White Horse Road Suite 2,   Voorhees, NJ 08043-2604
13284863       +E-mail/Text: bankruptcy@erieinsurance.com Jul 31 2018 02:00:13    Erie Indemnity Co.,
                 100 Erie INS Place,   Erie, PA 16530-0001
13284873       +E-mail/Text: cio.bncmail@irs.gov Jul 31 2018 01:59:35    Internal Revenue Service,
                 Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13284885       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2018 01:59:47    PA Department of Revenue,
                 Dept 280948,   Harrisburg, PA 17128-0001
13284887       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 31 2018 01:59:36    PECO,
                 2301 Market Street,   Philadelphia, PA 19103-1380
13322397        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2018 01:59:47
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
13284896       +E-mail/Text: carine@tbfgroup.com Jul 31 2018 01:59:37    TBF Financial, LLC,
                 740 Waukegan Road, Suite 404,   Deerfield, IL 60015-5505
13621423       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 31 2018 01:59:50    United States Trustee,
                 833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13284905       +E-mail/Text: ky@caine-weiner.com Jul 31 2018 02:00:07    Waste Management NJ,
                 c/o Caine & Weiner,   9931 Corporate Campus Drive,   Louisville, KY 40223-4035
                                                                                        TOTAL: 11


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13290946        CITY OF PHILADELPHIA, LAW DEPARTMENT - TAX UNIT,   MUNICIPAL SERVICES BUILDING
13687428        Cornerstone Consulting Engineers & Architectural
13284895        Sears Gold Master Card,   P.O. Box 6282,   Sioux Falls, SD 57117-6282,   SuperMedia,
                 c/o Joseph Mann & Creed,   20600 Chagrin Boulevard, Suite 5500
cr*            +Adelphia Mechanical Services, Inc.,   1629 Radburn Road,   Bensalem, PA 19020-4628
cr*            +Alex McConnell,   2150 Old Morris Road,   Harleysville, PA 19438-3029
cr*            +Cougar Development Group, LLC,   240 Farmview Drive,   Harleysville, PA 19438-2426
13287435*      +Adelphia Heating & Air Conditioning,   1629 Radbum Road,   Bensalem, PA 19020-4628
13287436*      +Advanced Disposal,   2955 Felton Drive,   Norristown, PA 19401-1345
13287437*      +Alex McConnell,   2150 Old Morris Road,   Harleysville, PA 19438-3029
13287438*      +Allen Brady Excavating,   1950 Kulp Road,   Harleysville, PA 19438-3005
13287439*      +American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
13773087*       American Express Bank FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
13287440*      +Berkheimer,   50 North Seventh Street,   P.O. Box 955,   Bangor, PA 18013-1798
13287441*      +Better Air Management,   P.O. Box 341,   Lansdale, PA 19446-0341
13337962*      +Better Air Management LLC,   PO Box 341,   Lansdale PA 19446-0341
13287442*      +Bob Schoen, AP,   c/o Detweiler, Hershey, & Associates,   64 N. County Line Road,
                 P.O. Box 64157,   Souderton, PA 18964-0157
13287444*      +CNH Capital America, LLC,   CRA Payment Center,   P.O. Box 3900,   Lancaster, PA 17604-3900
13652982*      +COMMONWEALTH OF PA  UCTS,   DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,
                 651 BOAS STREET, ROOM 702,   HARRISBURG, PA 17121-0751
13652983*      +COMMONWEALTH OF PA  UCTS,   DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,
                 651 BOAS STREET, ROOM 702,   HARRISBURG, PA 17121-0751
13287443*      +Clairmont, Paciello & Co, PC,   250 Tanglewood Lane,   King of Prussia, PA 19406-2365
13287445*      +Comcast,   Bankruptcy Department,   401 White Horse Road Suite 2,   Voorhees, NJ 08043-2604
13287446*      +Cougar Development Group, LLC,   240 Farmview Drive,   Harleysville, PA 19438-2426

```
District/off: 0313-2          User: Linda              Page 3 of 5              Date Rcvd: Jul 30, 2018
                              Form ID: 167             Total Noticed: 96


            ***** BYPASSED RECIPIENTS (continued) *****
13287447*      +David A. Peckman,   29 Mainland Road,   Harleysville, PA 19438-2519
13287448*      +David D. Clement, Esquire,   55 Simpson Avenue,   Pitman, NJ 08071-1152
13287449*      +Delaware Valley Concrete Co., Inc.,   P.O. Box 457,   Hatboro, PA 19040-0457
13287450*      +Diversified Aggregates, LLC,   36 Broad Street,   Bloomfield, NJ 07003-2524
13287451*      +E.O. Habhegger,   460 Penn Street,   Lansdowne, PA 19050-3017
13287454*      +ECI, LLC,   240 Farmville Drive,   Harleysville, PA 19438-2426
13287452*      +Earth Engineering,   115 W. Germantown Pike, Suite 2500,   Norristown, PA 19401-1361
13287453*      +East Coast Materials, LLC,   36 Broad Street,   Bloomfield, NJ 07003-2524
13287455*      +Edward A. Postell,   P.O Box 346,   Skippack, PA 19474-0346
13287457*      +Excel Document Solutions, Inc.,   17 Richard Road,   Warminster, PA 18974-1512
13287458*      +Exxon Mobil,   P.O. Box 530964,   Atlanta, GA 30353-0964
13287459*      +First Choice Bank,   f/k/a Vantage Point Bank,   100 Witmer Road, Suite 104,
                 Horsham, PA 19044-2251
13287460*      +Gary E. Thompson,   150 E. Swedesford Road,   Wayne, PA 19087-1458
13287461*      +George Campisi,   2102 Bustard Road,   Lansdale, PA 19446-5702
13287462*      +Hamburg, Rubin, Mullin, Maxwell,   & Lupin, PC,   375 Morris Road,   P.O. Box 1479,
                 Lansdale, PA 19446-0773
13287463*      +High Schwartz, LLC,   40 East Airy Street,   P.O. Box 671,   Norristown, PA 19404-0671
13287464*      +Home Depot,   Credit Services Department,   P.O. Box 790340,   Saint Louis, MO 63179-0340
13287465*      +Internal Revenue Service,   Centralized Insolvency Operation,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13287466*      +Interstate Waste Chestmont Disposal,   P.O. Box 553196,   Detroit, MI 48255-0001
13287467*      +J&J Spill & Services & Supplies, Inc.,   P.O. Box 370,   Blue Bell, PA 19422-0370
13287469*      +L&C Specialized Carriers,   1540 Village Court,   Beverly, NJ 08010-2021
13287470*      +Labor Ready Northeast, Inc.,   P.O. Box 641034,   Pittsburgh, PA 15264-1034
13287471*      +M.A.D Express, LLC,   275 Route 523,   Whitehouse Station, NJ 08889-4000
13287473*      +Marvin H. Gold, Esquire,   237 S. York Road,   Hatboro, PA 19040-3429
13287475*      +Michael Torres,   243 Farmview Drive,   Harleysville, PA 19438-2427
13287476*      +Monarch Environmental, Inc.,   P.O. Box 330,   Woodstown, NJ 08098-0330
13287477*      +Norris Sales Company,   1300 E. Ridge Pike,   Plymouth Meeting, PA 19462-2724
13287478*      +PA Department of Revenue,   Department 280948,   Harrisburg, PA 17128-0001
13287479*      +Parker Paving, Inc.,   14 Darby Road,   Havertown, PA 19083-4629
13287480*      +Pine Run Construction,   4125 Landisville Road,   Doylestown, PA 18902-1131
13287481*      +Pitney Bowes,   2000 Hamilton Street,   Philadelphia, PA 19130-3814
13287482*      +Preston's Automotive & Truck Service,   P.O. Box 1158,   Kulpsville, PA 19443-1158
13287483*       Quill,   P.O. Box 376000,   Philadelphia, PA 19101
13287484*       Ronald Amato, Esquire,   170 N. Commerce Way,   Bethlehem, PA 18017
13648936*      +TBF Financial, LLC,   c/o Amato Keating and Lessa, P.C.,   107 North Commerce Way,
                 Bethlehem PA 18017-8913
13287486*      +TBF Financial, LLC,   740 Waukegan Road, Suite 404,   Deerfield, IL 60015-5505
13287487*      +Todd Lowell,   8145 Cadwalader Avenue,   Elkins Park, PA 19027-2439
13287488*      +Top Grade Excavating, Inc.,   P.O. Box 4,   Quakertown, PA 18951-0004
13287489*      +Township of Upper Moreland,   117 Park Avenue,   Willow Grove, PA 19090-3209
13287491*      +Verderame Electric,   1565 Forest Grove Road,   Furlong, PA 18925-1313
13287492*      +Victor Electro, Inc.,   c/o Tony Branconi,   8420 Algon Avenue,   Philadelphia, PA 19152-1725
13287493*      +W.J. Knox Services, Inc.,   655 Copeland School Road,   West Chester, PA 19380-1821
13287494*      +Walmart,   c/o Bennett Law,   10542 S. Jordan Gateway, Suite 200,   South Jordan, UT 84095-4182
13287495*      +Waste Management NJ,   c/o Caine & Weiner,   9931 Corporate Campus Drive,
                 Louisville, KY 40223-4035
13287496*      +Wells Fargo,   P.O. Box 6426,   Carol Stream, IL 60197-6426
13287497*      +Zoom Sewer & Drain, Inc.,   915 S. Trooper Road,   Norristown, PA 19403-2312
13284851     ##+CNH Capital America, LLC,   CRA Payment Center,   P.O. Box 3900,   Lancaster, PA 17604-3900
13284855     ##+David D. Clement, Esquire,   55 Simpson Avenue,   Pitman, NJ 08071-1152
13284876     ##+L&C Specialized Carriers,   1540 Village Court,   Beverly, NJ 08010-2021
13284883     ##+Norris Sales Company,   1300 E. Ridge Pike,   Plymouth Meeting, PA 19462-2724
                                                                    TOTALS: 3, * 65, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0313-2          User: Linda          Page 4 of 5          Date Rcvd: Jul 30, 2018
                             Form ID: 167          Total Noticed: 96

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:

              A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
              BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
               bkearney@hrmml.com,    chughes@hrmml.com
              BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
               bbisignani@postschell.com
              DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
              DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur
               dkuhn@attorneygeneral.gov
              DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.
               dkarapelou@karapeloulaw.com,    dkarapelou@karapeloulaw.com
              DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               drlally@hotmail.com,    lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
               lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,    lawshark@hotmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GERI H. GALLAGHER    on behalf of Creditor George  Campisi ghgbkcy@verizon.net
              JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com,    pam@stevenslee.com
              JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com,    pam@stevenslee.com
              MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
              MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
              MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
              MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
              MICHAEL R. LESSA    on behalf of    TBF Financial, LLC mlessa@amatolaw.com
              MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
               mwglaw1@verizon.net
              MICHAEL W. GALLAGHER    on behalf of Creditor Alex  McConnell mwglaw@msn.com,    mwglaw1@verizon.net
              PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
               pamela.thurmond@phila.gov,    karena.blaylock@phila.gov
              PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors pdmcdonnell@thomaswolpert.com
              PATRICK DANIEL MCDONNELL    on behalf of Attorney    Wolpert Schreiber PC
               pdmcdonnell@thomaswolpert.com
              REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
               rmcdowell@karapeloulaw.com,    pwirth@slgcollect.com
              ROBERT H. HOLBER    on behalf of Interested Party    TS Environmental Contractors, Inc.
               rholber@holber.com
              ROBERT H. HOLBER    on behalf of Interested Party Lynne  Campisi rholber@holber.com
              ROBERT H. HOLBER    on behalf of Interested Party    Dad and Sons, Inc. rholber@holber.com
              ROBERT H. HOLBER    on behalf of Attorney Robert H Holber rholber@holber.com
              ROBERT H. HOLBER    on behalf of Interested Party George  Campisi rholber@holber.com
              ROBERT J. BIRCH    on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
              ROBERT J. BIRCH    on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. tmsherwood421@aol.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com

```
District/off: 0313-2          User: Linda            Page 5 of 5            Date Rcvd: Jul 30, 2018
                              Form ID: 167           Total Noticed: 96
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          THOMAS P. MULDOON, Jr.    on behalf of Interested Party   Cougar Development Group LLC ,ECI
           tpm@fsm-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org
                                                                           TOTAL: 44

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Campisi Construction, Inc.
     Debtor(s)

Case No: 14–12458–jkf
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Application for Compensation for Fox Rothschild L.L.P.

on: 8/29/18

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  7/30/18

Timothy B. McGrath
Clerk of Court

621 – 616
Form 167