United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-12458-jkf
Campisi Construction, Inc.                                            Chapter 7
   Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Aug 31, 2018
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
db           #+Campisi Construction, Inc.,   2106 Bustard Road,   Lansdale, PA 19446-5702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:

      A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
      BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin    bkearney@hrmml.com, chughes@hrmml.com
      BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC    bbisignani@postschell.com
      DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
      DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
      DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur    dkuhn@attorneygeneral.gov
      DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.    dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
      DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com, lawshark@hotmail.com
      DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI    drlally@hotmail.com, lawshark@hotmail.com
      DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com, lawshark@hotmail.com
      EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
      EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
      EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
      GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
      GERI H. GALLAGHER    on behalf of Creditor George    Campisi ghgbkcy@verizon.net
      JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural, Inc. jck@stevenslee.com, pam@stevenslee.com
      JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural, Inc. jck@stevenslee.com, pam@stevenslee.com
      MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
      MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
      MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
      MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
      MICHAEL R. LESSA    on behalf of    TBF Financial, LLC mlessa@amatolaw.com, michele2@amatolaw.com, acatino@amatolaw.com
      MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com, mwglaw1@verizon.net
      MICHAEL W. GALLAGHER    on behalf of Creditor Alex    McConnell mwglaw@msn.com, mwglaw1@verizon.net

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Aug 31, 2018
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              PAMELA ELCHERT THURMOND    on behalf of     City of Philadelphia Law Department
               pamela.thurmond@phila.gov,    karena.blaylock@phila.gov
              PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors pdmcdonnell@thomaswolpert.com
              PATRICK DANIEL MCDONNELL    on behalf of Attorney    Wolpert Schreiber PC
               pdmcdonnell@thomaswolpert.com
              REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
               rmcdowell@karapeloulaw.com,   pwirth@slgcollect.com
              ROBERT H. HOLBER    on behalf of Interested Party    TS Environmental Contractors, Inc.
               rholber@holber.com
              ROBERT H. HOLBER     on behalf of Interested Party Lynne   Campisi rholber@holber.com
              ROBERT H. HOLBER     on behalf of Interested Party    Dad and Sons, Inc. rholber@holber.com
              ROBERT H. HOLBER     on behalf of Attorney Robert H Holber rholber@holber.com
              ROBERT H. HOLBER     on behalf of Interested Party George   Campisi rholber@holber.com
              ROBERT J. BIRCH    on behalf of Creditor     ECI, LLC robert@robertbirchlaw.com
              ROBERT J. BIRCH    on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. tmsherwood421@aol.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
               Healey@jrlaw.org
              WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                             TOTAL: 44
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 7 |
|---|---|---|
| | : | |
| CAMPISI CONSTRUCTION, INC. | : | Bankruptcy No. 14-12458-JKF |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Application for Allowance of Final Compensation and Reimbursement of Expenses of Fox Rothschild LLP, as Counsel to the Chapter 7 Trustee ("Fee Application"), and after the Objection filed by the United States Trustee, it is hereby

ORDERED, that the Objection of the United States Trustee is hereby sustained. The right of the United States Trustee and other interested parties to object to any compensation award is hereby reserved until such time as this Court approves the chapter 7 trustee's Final Report.  Any compensation awarded by this Court prior to the approval of the Chapter 7 trustee's Final Report will be considered "interim" and subject to further review and adjustment.

**Date: August 31, 2018**

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Copies to:

Edward J. DiDonato, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
(*Counsel for the Chapter 7 Trustee*)

Terry P. Dershaw, Chapter 7 Trustee
Dershaw Law Offices
P.O. Box 556
Warminster, PA  18974-0632
(*Chapter 7 Trustee*)

Campisi Construction, Inc.
2106 Bustard Road
Lansdale, PA  19446
(*Debtor*)

George M. Conway, Trial Attorney
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107