UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CAMPISI CONSTRUCTION, INC. | : |
| | : |
| DEBTOR | : BKY. NO. 14-12458-jkf |

## **O R D E R**

AND NOW, this 20th day of September, 2018, upon consideration of the Application of counsel to the Trustee for allowance of final compensation in the amount of $96,690.50 and reimbursement of expenses in the amount of $1,052.81, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that compensation in the amount of $ 96,690.50 , plus expenses in the amount of $ 1,052.81 are allowed to Fox Rothschild LLP as counsel to the Trustee for the period July 6, 2015 through June 25, 2018.

BY THE COURT:

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE