IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: 9/24/2018

IN RE:                                              :       Chapter 7

Campisi Construction, Inc.
            Debtor(s)                               :       Bankruptcy No. 14-12458JKF

CERTIFICATION OF COSTS

The sum of $350.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before 10/9/2018.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Admin. Fee Paid on 3/31/2014 | No additional charge |
| Claims | | |
| Certifications | | |
| Adversary Complaints | 14-616 | $350.00 |
| Copies | | |
| | TOTAL: | $350.00 |

Dated at Philadelphia, Pennsylvania
this 24th day of September, 2018

TIMOTHY B. MCGRATH, Clerk

By:Virginia S. De Buvitz
      Deputy Clerk

Certcost 8/99