United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-12458-jkf
Campisi Construction, Inc.                                              Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Sep 24, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db             #+Campisi Construction, Inc.,    2106 Bustard Road,    Lansdale, PA 19446-5702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
              BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
               bkearney@hrmml.com,   chughes@hrmml.com
              BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
               bbisignani@postschell.com
              DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
              DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur
               dkuhn@attorneygeneral.gov
              DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.
               dkarapelou@karapeloulaw.com,   dkarapelou@karapeloulaw.com
              DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
               lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               drlally@hotmail.com,   lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,   lawshark@hotmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GERI H. GALLAGHER    on behalf of Creditor George   Campisi ghgbkcy@verizon.net
              JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com,   pam@stevenslee.com
              JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com,   pam@stevenslee.com
              MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
              MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
              MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
              MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
              MICHAEL R. LESSA    on behalf of     TBF Financial, LLC mlessa@amatolaw.com,   michele2@amatolaw.com,
               acatino@amatolaw.com
              MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
               mwglaw1@verizon.net
              MICHAEL W. GALLAGHER    on behalf of Creditor Alex   McConnell mwglaw@msn.com,   mwglaw1@verizon.net

```
District/off: 0313-2          User: Virginia              Page 2 of 2            Date Rcvd: Sep 24, 2018
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
           pamela.thurmond@phila.gov,  karena.blaylock@phila.gov
          PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors pdmcdonnell@thomaswolpert.com
          PATRICK DANIEL MCDONNELL    on behalf of Attorney    Wolpert Schreiber PC
           pdmcdonnell@thomaswolpert.com
          REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
           rmcdowell@karapeloulaw.com,  pwirth@slgcollect.com
          ROBERT H. HOLBER    on behalf of Interested Party    TS Environmental Contractors, Inc.
           rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party Lynne  Campisi rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party    Dad and Sons, Inc. rholber@holber.com
          ROBERT H. HOLBER    on behalf of Attorney Robert H Holber rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party George  Campisi rholber@holber.com
          ROBERT J. BIRCH    on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
          ROBERT J. BIRCH    on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
           Inc. tmsherwood421@aol.com
          THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Interested Party    Cougar Development Group LLC ,ECI
           tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org
                                                                                             TOTAL: 44
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: 9/24/2018

IN RE:                                       :        Chapter 7

Campisi Construction, Inc.
        Debtor(s)                            :        Bankruptcy No. 14-12458JKF

## CERTIFICATION OF COSTS

The sum of $350.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before 10/9/2018.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Admin. Fee Paid on 3/31/2014 | No additional charge |
| Claims | | |
| Certifications | | |
| Adversary Complaints | 14-616 | $350.00 |
| Copies | | |
| | TOTAL: | $350.00 |

Dated at Philadelphia, Pennsylvania
this 24th day of September, 2018

TIMOTHY B. MCGRATH, Clerk

By:Virginia S. De Buvitz
    Deputy Clerk

Certcost 8/99