```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                                  Case No. 14-12458-jkf
Campisi Construction, Inc.                                              Chapter 7
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia             Page 1 of 5             Date Rcvd: Jan 30, 2019
                              Form ID: pdf900            Total Noticed: 100


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
db             #+Campisi Construction, Inc.,    2106 Bustard Road,    Lansdale, PA 19446-5702
aty             +Dimitri L. Karapelou LLC,    Two Penn Center,    1500 JFK Boulevard,    Suuite 920,
                  Philadelphia, PA 19102-1722
aty              FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA  19103-3222
aty             +Robert H Holber,    41 East Front Street,    Media, PA 19063-2911
aty             +Wolpert Schreiber PC,    527 Main Street,    Royersford, PA 19468-2305
intp            +Anthony G Campisi,    2106 Bustard Road,    Lansdale, PA 19446-5702
acc             +Bederson LLP,    347 Mt. Pleasant Ave,    West Orange, NJ 07052-2749
acc             +Breznicky Associates PC,    118 W. Butler Avenue,    PO Box 407,    Ambler, PA 19002-0407
cr               Cornerstone Consulting Engineers & Architectural,,    216 West Main St.,    Lansdale, PA  19446
cr               Hamburg, Rubin, Mullin, Maxwell & Lupin,    375 Morris Road,    PO Box 1479,
                  Lansdale, PA  19446-0773
cr              +Linda Mitten,    Commonwealth of Pennsylvania,    Department of Labor and Industry,
                  651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13284842        +Adelphia Heating & Air Conditioning,    1629 Radbum Road,    Bensalem, PA 19020-4628
13370320        +Adelphia Mechanical Services Inc.,    1629 Radburn Rd.,    Bensalem PA 19020-4628
13284843        +Advanced Disposal,    2955 Felton Drive,    Norristown, PA 19401-1345
13284844        +Alex McConnell,    2150 Old Morris Road,    Harleysville, PA 19438-3029
13375666        +Alex W. McConnell,    2150 Old Morris Rd.,    Harleysville PA 19438-3029
13284845        +Allen Brady Excavating,    1950 Kulp Road,    Harleysville, PA 19438-3005
13284846        +American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13343817         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13284847        +Berkheimer,    50 North Seventh Street,    P.O. Box 955,    Bangor, PA 18013-1798
13284848        +Better Air Management,    P.O. Box 341,    Lansdale, PA 19446-0341
13284849        +Bob Schoen, AP,    c/o Detweiler, Hershey, & Associates,    64 N. County Line Road,
                  P.O. Box 64157,    Souderton, PA 18964-0157
13284851        +CNH Capital America, LLC,    CRA Payment Center,    P.O. Box 3900,    Lancaster, PA 17604-3900
13288319        #CNH Industrial Capital America LLC,    PO Box 3600,    Lancaster, PA  17604-3600
13284850        +Clairmont, Paciello & Co, PC,    250 Tanglewood Lane,    King of Prussia, PA 19406-2365
13284853        +Cougar Development Group, LLC,    240 Farmview Drive,    Harleysville, PA 19438-2426
13284854        +David A. Peckman,    29 Mainland Road,    Harleysville, PA 19438-2519
13284856        +Delaware Valley Concrete Co., Inc.,    P.O. Box 457,    Hatboro, PA 19040-0457
13284857        +Diversified Aggregates, LLC,    36 Broad Street,    Bloomfield, NJ 07003-2524
13284858        +E.O. Habhegger,    460 Penn Street,    Lansdowne, PA 19050-3017
13284861        +ECI, LLC,    240 Farmville Drive,    Harleysville, PA 19438-2426
13284859        +Earth Engineering,    115 W. Germantown Pike, Suite 2500,    Norristown, PA 19401-1361
13292271        +Earth Engineering Inc.,    115 W. Germantown Pike,    Suite 200,    East Norriton PA 19401-1361
13284860        +East Coast Materials, LLC,    36 Broad Street,    Bloomfield, NJ 07003-2524
13284862        +Edward A. Postell,    P.O Box 346,    Skippack, PA 19474-0346
13287456         Erie Indemnity Co.,    100 Erie INS,    Place Erie, PA 16530
13320053        +Erie Indemnity Company Attorney in,    Fact for Erie Insurance Exchange,
                  c/o Amato Keating and Lessa, P.C.,    107 North Commerce Way,    Bethlehem PA 18017-8913
13284864        +Excel Document Solutions, Inc.,    17 Richard Road,    Warminster, PA 18974-1512
13284865        +Exxon Mobil,    P.O. Box 530964,    Atlanta, GA 30353-0964
13284866        +First Choice Bank,    f/k/a Vantage Point Bank,    100 Witmer Road, Suite 104,
                  Horsham, PA 19044-2251
13284867        +Gary E. Thompson,    150 E. Swedesford Road,    Wayne, PA 19087-1458
13284868        +George Campisi,    2102 Bustard Road,    Lansdale, PA 19446-5702
13284869        +Hamburg, Rubin, Mullin, Maxwell,    & Lupin, PC,    375 Morris Road,    P.O. Box 1479,
                  Lansdale, PA 19446-0773
13284870        +High Schwartz, LLC,    40 East Airy Street,    P.O. Box 671,    Norristown, PA 19404-0671
13284871        +Home Depot,    Credit Services Department,    P.O. Box 790340,    Saint Louis, MO 63179-0340
13284872        +Independence Blue Cross,    1901 Market Street,    Philadelphia, PA 19103-1475
13284874        +Interstate Waste Chestmont Disposal,    P.O. Box 553196,    Detroit, MI 48255-0001
13284875        +J&J Spill & Services & Supplies, Inc.,    P.O. Box 370,    Blue Bell, PA 19422-0370
13287468        +John A. Prodoehl, Esquire,    P.O. Box 147,    Broomall, PA 19008-0147
13284876        +L&C Specialized Carriers,    1540 Village Court,    Beverly, NJ 08010-2021
13284877        +Labor Ready Northeast, Inc.,    P.O. Box 641034,    Pittsburgh, PA 15264-1034
13653791        +Law Offices of Dimitri L. Karapelou, LLC,    2 Penn Center,    1500 JFK Blvd., Ste 920,
                  Philadelphia, PA 19102-1742
13509955        +Lukoil North America LLC,    505 Fifth Avenue,    9th Floor,    New York NY 10017-4921
13284878        +M.A.D Express, LLC,    275 Route 523,    Whitehouse Station, NJ 08889-4000
13284879        +Mandracchia & McWhirk, LLC,    2024 Cressman Rd.,    P.O. Box 1229,    Skippack, PA 19474-1229
13287472        +Mandracchia & McWhirk, LLC,    2024Cressman Rd.,    P.O. Box 1229,    Skippack, PA 19474-1229
13284880        +Marvin H. Gold, Esquire,    237 S. York Road,    Hatboro, PA 19040-3429
13287474        +Michael A. Lessa, Esquire,    Amato & Lessa, P.C.,    107 N. Commerce Way, Suite 100,
                  Bethlehem, PA 18017-8913
13284897        +Michael R. Lessa, Esquire,    Amato & Lessa, P.C.,    107 N. Commerce Way, Suite 100,
                  Bethlehem, PA 18017-8913
13284881        +Michael Torres,    243 Farmview Drive,    Harleysville, PA 19438-2427
13284882        +Monarch Environmental, Inc.,    P.O. Box 330,    Woodstown, NJ 08098-0330
13284884        +PA Department of Labor and Industry,    P.O. Box 60848,    Harrisburg, PA 17106-0848
13284886        +Parker Paving, Inc.,    14 Darby Road,    Havertown, PA 19083-5333
13284888        +Pine Run Construction,    4125 Landisville Road,    Doylestown, PA 18902-1131
```

```
District/off: 0313-2          User: Virginia              Page 2 of 5                   Date Rcvd: Jan 30, 2019
                              Form ID: pdf900             Total Noticed: 100

13284889       +Pitney Bowes,    2000 Hamilton Street,    Philadelphia, PA 19130-3814
13284890      #+Preston's Automotive & Truck Service,     P.O. Box 1158,    Kulpsville, PA 19443-1158
13374033      #+Prestons Auto and Truck Service Inc.,     PO Box 1158,    Kulpsville PA 19443-1158
13284891       Quill,   P.O. Box 376000,    Philadelphia, PA 19101
13284892       +Richman, Berenbaum, & Assc, PC,    1500 JFK Boulevard, Suite 411,     Philadelphia, PA 19102-1723
13284893       Ronald Amato, Esquire,    170 N. Commerce Way,    Bethlehem, PA 18017
13284894       +Sayersville Police Department,    100 Main Street,    Sayreville, NJ 08872-1565
13287485       +SuperMedia,   c/o Joseph Mann & Creed,    20600 Chagrin Boulevard, Suite 5500,
                 Beachwood, OH 44122-5327
13299944       +TBF Financial, Inc.,    c/o Amato Keating and Lessa, P.C.,    107 North Commerce Way,
                 Bethlehem PA 18017-8913
13284898       +Todd Lowell,   8145 Cadwalader Avenue,    Elkins Park, PA 19027-2439
13284899       +Top Grade Excavating, Inc.,    P.O. Box 4,   Quakertown, PA 18951-0004
13284900       +Township of Upper Moreland,    117 Park Avenue,    Willow Grove, PA 19090-3209
13287490       Trimm Glass,   316 Station Road,    Media, PA 19063
13364108       +Trimm Glass, Inc.,    John A. Prodehl Esq.,    PO Box 147,   Broomall PA 19008-0147
13284901       +Verderame Electric,   1565 Forest Grove Road,    Furlong, PA 18925-1313
13284902       +Victor Electro, Inc.,    c/o Tony Branconi,    8420 Algon Avenue,    Philadelphia, PA 19152-1725
13284903       +W.J. Knox Services, Inc.,    655 Copeland School Road,    West Chester, PA 19380-1821
13284904       +Walmart,   c/o Bennett Law,    10542 S. Jordan Gateway, Suite 200,    South Jordan, UT 84095-4182
13284906       +Wells Fargo,   P.O. Box 6426,    Carol Stream, IL 60197-6426
13367443       +Wells Fargo Bank, N.A.,    1 Home Campus,   MAC X2303-01A,    Des Moines, IA 50328-0001
13688530       +Wolpert Schreiber P.C.,    527 Main Street,    Royersford, PA 19468-2305
13284907       +Zoom Sewer & Drain, Inc.,    915 S. Trooper Road,    Norristown, PA 19403-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 31 2019 02:28:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2019 02:28:09       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE            E-mail/Text: megan.harper@phila.gov Jan 31 2019 02:28:17
                 City of Philadelphia Law Department,    1401 John F. Kennedy Blvd.,    Municipal Services Bldg.,
                 5th floor,   Philadelphia, PA  19102
13290957       +E-mail/Text: megan.harper@phila.gov Jan 31 2019 02:28:17
                 CITY OF PHILADELPHIA, LAW DEPARTMENT - TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13649133       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 31 2019 02:28:28       COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
13284852       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 31 2019 02:28:22
                 Comcast Bankruptcy Department,    401 White Horse Road Suite 2,    Voorhees, NJ 08043-2604
13284863       +E-mail/Text: bankruptcy@erieinsurance.com Jan 31 2019 02:28:26       Erie Indemnity Co.,
                 100 Erie INS Place,   Erie, PA 16530-0001
13284873       +E-mail/Text: cio.bncmail@irs.gov Jan 31 2019 02:27:51      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13284885       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2019 02:28:00       PA Department of Revenue,
                 Dept 280948,   Harrisburg, PA 17128-0001
13284887       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 31 2019 02:27:52       PECO,
                 2301 Market Street,   Philadelphia, PA 19103-1380
13322397        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2019 02:28:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
13284896       +E-mail/Text: carine@tbfgroup.com Jan 31 2019 02:27:52      TBF Financial, LLC,
                 740 Waukegan Road, Suite 404,    Deerfield, IL 60015-5505
13621423       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 31 2019 02:28:04       United States Trustee,
                 833 Chestnut Street,   Suite 500,    Philadelphia, PA 19107-4405
13284905       +E-mail/Text: ky@caine-weiner.com Jan 31 2019 02:28:20      Waste Management NJ,
                 c/o Caine & Weiner,   9931 Corporate Campus Drive,    Louisville, KY 40223-4035
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13290946       CITY OF PHILADELPHIA, LAW DEPARTMENT - TAX UNIT,    MUNICIPAL SERVICES BUILDING
13687428       Cornerstone Consulting Engineers & Architectural
13284895       Sears Gold Master Card,    P.O. Box 6282,   Sioux Falls, SD 57117-6282,    SuperMedia,
                 c/o Joseph Mann & Creed,   20600 Chagrin Boulevard, Suite 5500
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*           +Adelphia Mechanical Services, Inc.,    1629 Radburn Road,   Bensalem, PA 19020-4628
cr*           +Alex McConnell,   2150 Old Morris Road,   Harleysville, PA 19438-3029
cr*           +Cougar Development Group, LLC,    240 Farmview Drive,   Harleysville, PA 19438-2426
NONE*         +TBF Financial, LLC,    740 Waukegan Road, Suite 404,   Deerfield, IL 60015-5505
13287435*     +Adelphia Heating & Air Conditioning,    1629 Radbum Road,   Bensalem, PA 19020-4628
13287436*     +Advanced Disposal,   2955 Felton Drive,   Norristown, PA 19401-1345
13287437*     +Alex McConnell,   2150 Old Morris Road,   Harleysville, PA 19438-3029
13287438*     +Allen Brady Excavating,    1950 Kulp Road,   Harleysville, PA 19438-3005
13287439*     +American Express,    P.O. Box 1270,   Newark, NJ 07101-1270
13773087*      American Express Bank FSB,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern  PA 19355-0701
13287440*     +Berkheimer,   50 North Seventh Street,    P.O. Box 955,   Bangor, PA 18013-1798
13287441*     +Better Air Management,    P.O. Box 341,   Lansdale, PA 19446-0341
```

```
District/off: 0313-2                  User: Virginia              Page 3 of 5                  Date Rcvd: Jan 30, 2019
                                      Form ID: pdf900             Total Noticed: 100


              ***** BYPASSED RECIPIENTS (continued) *****
13337962*       +Better Air Management LLC,    PO Box 341,    Lansdale PA 19446-0341
13287442*       +Bob Schoen, AP,    c/o Detweiler, Hershey, & Associates,    64 N. County Line Road,
                  P.O. Box 64157,    Souderton, PA 18964-0157
13287444*       +CNH Capital America, LLC,    CRA Payment Center,    P.O. Box 3900,    Lancaster, PA 17604-3900
13652982*       +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                  651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
13652983*       +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                  651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
13287443*       +Clairmont, Paciello & Co, PC,    250 Tanglewood Lane,    King of Prussia, PA 19406-2365
13287445*       +Comcast,    Bankruptcy Department,    401 White Horse Road Suite 2,    Voorhees, NJ 08043-2604
13287446*       +Cougar Development Group, LLC,    240 Farmview Drive,    Harleysville, PA 19438-2426
13287447*       +David A. Peckman,    29 Mainland Road,    Harleysville, PA 19438-2519
13287448*       +David D. Clement, Esquire,    55 Simpson Avenue,    Pitman, NJ 08071-1152
13287449*       +Delaware Valley Concrete Co., Inc.,    P.O. Box 457,    Hatboro, PA 19040-0457
13287450*       +Diversified Aggregates, LLC,    36 Broad Street,    Bloomfield, NJ 07003-2524
13287451*       +E.O. Habhegger,    460 Penn Street,    Lansdowne, PA 19050-3017
13287454*       +ECI, LLC,    240 Farmville Drive,    Harleysville, PA 19438-2426
13287452*       +Earth Engineering,    115 W. Germantown Pike, Suite 2500,    Norristown, PA 19401-1361
13287453*       +East Coast Materials, LLC,    36 Broad Street,    Bloomfield, NJ 07003-2524
13287455*       +Edward A. Postell,    P.O Box 346,    Skippack, PA 19474-0346
13287457*       +Excel Document Solutions, Inc.,    17 Richard Road,    Warminster, PA 18974-1512
13287458*       +Exxon Mobil,    P.O. Box 530964,    Atlanta, GA 30353-0964
13287459*       +First Choice Bank,    f/k/a Vantage Point Bank,    100 Witmer Road, Suite 104,
                  Horsham, PA 19044-2251
13287460*       +Gary E. Thompson,    150 E. Swedesford Road,    Wayne, PA 19087-1458
13287461*       +George Campisi,    2102 Bustard Road,    Lansdale, PA 19446-5702
13287462*       +Hamburg, Rubin, Mullin, Maxwell,     & Lupin, PC,    375 Morris Road,    P.O. Box 1479,
                  Lansdale, PA 19446-0773
13287463*       +High Schwartz, LLC,    40 East Airy Street,    P.O. Box 671,    Norristown, PA 19404-0671
13287464*       +Home Depot,    Credit Services Department,    P.O. Box 790340,    Saint Louis, MO 63179-0340
13287465*       +Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
13287466*       +Interstate Waste Chestmont Disposal,    P.O. Box 553196,    Detroit, MI 48255-0001
13287467*       +J&J Spill & Services & Supplies, Inc.,    P.O. Box 370,    Blue Bell, PA 19422-0370
13287469*       +L&C Specialized Carriers,    1540 Village Court,    Beverly, NJ 08010-2021
13287470*       +Labor Ready Northeast, Inc.,    P.O. Box 641034,    Pittsburgh, PA 15264-1034
13287471*       +M.A.D Express, LLC,    275 Route 523,    Whitehouse Station, NJ 08889-4000
13287473*       +Marvin H. Gold, Esquire,    237 S. York Road,    Hatboro, PA 19040-3429
13287475*       +Michael Torres,    243 Farmview Drive,    Harleysville, PA 19438-2427
13287476*       +Monarch Environmental, Inc.,    P.O. Box 330,    Woodstown, NJ 08098-0330
13287477*       +Norris Sales Company,    1300 E. Ridge Pike,    Plymouth Meeting, PA 19462-2724
13287478*       +PA Department of Revenue,    Department 280948,    Harrisburg, PA 17128-0001
13287479*       +Parker Paving, Inc.,    14 Darby Road,    Havertown, PA 19083-5333
13287480*       +Pine Run Construction,    4125 Landisville Road,    Doylestown, PA 18902-1131
13287481*       +Pitney Bowes,    2000 Hamilton Street,    Philadelphia, PA 19130-3814
13287482*       +Preston's Automotive & Truck Service,    P.O. Box 1158,    Kulpsville, PA 19443-1158
13287483*        Quill,    P.O. Box 376000,    Philadelphia, PA 19101
13287484*        Ronald Amato, Esquire,    170 N. Commerce Way,    Bethlehem, PA 18017
13648936*       +TBF Financial, LLC,    c/o Amato Keating and Lessa, P.C.,    107 North Commerce Way,
                  Bethlehem PA 18017-8913
13287486*       +TBF Financial, LLC,    740 Waukegan Road, Suite 404,    Deerfield, IL 60015-5505
13287487*       +Todd Lowell,    8145 Cadwalader Avenue,    Elkins Park, PA 19027-2439
13287488*       +Top Grade Excavating, Inc.,    P.O. Box 4,    Quakertown, PA 18951-0004
13287489*       +Township of Upper Moreland,    117 Park Avenue,    Willow Grove, PA 19090-3209
13287491*       +Verderame Electric,    1565 Forest Grove Road,    Furlong, PA 18925-1313
13287492*       +Victor Electro, Inc.,    c/o Tony Branconi,    8420 Algon Avenue,    Philadelphia, PA 19152-1725
13287493*       +W.J. Knox Services, Inc.,    655 Copeland School Road,    West Chester, PA 19380-1821
13287494*       +Walmart,    c/o Bennett Law,    10542 S. Jordan Gateway, Suite 200,    South Jordan, UT 84095-4182
13287495*       +Waste Management NJ,    c/o Caine & Weiner,    9931 Corporate Campus Drive,
                  Louisville, KY 40223-4035
13287496*       +Wells Fargo,    P.O. Box 6426,    Carol Stream, IL 60197-6426
13287497*       +Zoom Sewer & Drain, Inc.,    915 S. Trooper Road,    Norristown, PA 19403-2312
cr             ##+Commonwealth of PA, Dept of Revenue, Bur,    c/o Denise A. Kuhn,
                  Office of the Attorney General,    21 S. 12th Street, 3rd Floor,    Philadelphia, PA 19107-3604
13284855       ##+David D. Clement, Esquire,    55 Simpson Avenue,    Pitman, NJ 08071-1152
13284883       ##+Norris Sales Company,    1300 E. Ridge Pike,    Plymouth Meeting, PA 19462-2724
                                                                                              TOTALS: 3, * 67, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Virginia              Page 4 of 5              Date Rcvd: Jan 30, 2019
                              Form ID: pdf900             Total Noticed: 100
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:

```
          A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
          BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
           bkearney@hrmml.com,   chughes@hrmml.com
          BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
           bbisignani@postschell.com
          DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
          DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
          DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur
           dkuhn@attorneygeneral.gov
          DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.
           dkarapelou@karapeloulaw.com,   dkarapelou@karapeloulaw.com
          DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI
           drlally@hotmail.com,   lawshark@hotmail.com
          DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
           lawshark@hotmail.com
          DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,   lawshark@hotmail.com
          EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
          GERI H. GALLAGHER    on behalf of Creditor George    Campisi ghgbkcy@verizon.net
          JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
           Inc. jck@stevenslee.com,   pam@stevenslee.com
          JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
           Inc. jck@stevenslee.com,   pam@stevenslee.com
          MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
          MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
          MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
          MICHAEL R. LESSA    on behalf of    TBF Financial, LLC mlessa@amatolaw.com,   michele2@amatolaw.com,
           acatino@amatolaw.com
          MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
           mwglaw1@verizon.net
          MICHAEL W. GALLAGHER    on behalf of Creditor Alex    McConnell mwglaw@msn.com,   mwglaw1@verizon.net
          PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
           pamela.thurmond@phila.gov,   karena.blaylock@phila.gov
          PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors pdmcdonnell@thomaswolpert.com
          PATRICK DANIEL MCDONNELL    on behalf of Attorney    Wolpert Schreiber PC
           pdmcdonnell@thomaswolpert.com
          REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
           rmcdowell@karapeloulaw.com,   pwirth@slgcollect.com
          ROBERT H. HOLBER    on behalf of Interested Party    TS Environmental Contractors, Inc.
           rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party Lynne    Campisi rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party    Dad and Sons, Inc. rholber@holber.com
          ROBERT H. HOLBER    on behalf of Attorney Robert H Holber rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party George    Campisi rholber@holber.com
          ROBERT J. BIRCH    on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
          ROBERT J. BIRCH    on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
          TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
```

```
District/off: 0313-2          User: Virginia              Page 5 of 5            Date Rcvd: Jan 30, 2019
                              Form ID: pdf900             Total Noticed: 100
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. tmsherwood421@aol.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               tpm@fsm-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
               Healey@jrlaw.org
              WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                             TOTAL: 44
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: CAMPISI CONSTRUCTION, INC.    §    Case No. 14-12458-JKF
§
§
Debtor(s)    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that TERRY P. DERSHAW, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   900 MARKET STREET - STE. 400
   PHILADLEPHIA, PA 19107

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30pm on 03/06/2019 in Courtroom 3, United States Courthouse, 900 MARKET STREET - SECOND FLOOR, PHILADELPHIA, PA 19107.
   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/29/2019          By:  /s/TERRY P. DERSHAW, TRUSTEE
                                            Trustee

TERRY P. DERSHAW, TRUSTEE
P. O. Box 556
Warminster, PA  18974-0632
(484) 897-0341

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: CAMPISI CONSTRUCTION, INC.    § Case No. 14-12458-JKF
                                     §
                                     §
Debtor(s)                            §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 219,039.71 |
| *and approved disbursements of* | $ | 145,472.79 |
| *leaving a balance on hand of* [1] | $ | 73,566.92 |
| **Balance on hand:** | $ | 73,566.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | ECI, LLC | 179,476.48 | 0.00 | 0.00 | 0.00 |
| 7 -2 | ECI, LLC | 179,476.48 | 143,123.83 | 143,123.83 | 0.00 |
| 11 | ECI, LLC | 94,175.47 | 0.00 | 0.00 | 0.00 |
| 11 -2 | ECI, LLC | 94,175.47 | 0.00 | 0.00 | 0.00 |
| 11 -3 | ECI, LLC | 94,175.47 | 0.00 | 0.00 | 0.00 |
| 12S | PENNSYLVANIA DEPARTMENT OF REVENUE | 12,767.15 | 0.00 | 0.00 | 0.00 |
| 12S-2 | PENNSYLVANIA DEPARTMENT OF REVENUE | 12,767.15 | 0.00 | 0.00 | 0.00 |
| 22S | GEORGE CAMPISI | 135,000.00 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 73,566.92 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee, Fees - TERRY P. DERSHAW, TRUSTEE | 14,201.99 | 0.00 | 8,032.74 |
| Trustee, Expenses - TERRY P. DERSHAW, TRUSTEE | 13.39 | 0.00 | 7.57 |
| Attorney for Trustee, Expenses - FOX ROTHSCHILD LLP | 97,743.31 | 0.00 | 55,284.20 |
| Accountant for Trustee, Fees - BEDERSON & COMPANY LLP | 16,900.25 | 0.00 | 9,558.88 |
| Accountant for Trustee, Expenses - BEDERSON & COMPANY LLP | 208.51 | 0.00 | 117.93 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 197.96 |
| Fees, United States Trustee | 650.00 | 0.00 | 367.64 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 43.72 | 43.72 | 0.00 |

Total to be paid for chapter 7 administration expenses:     $     73,566.92
Remaining balance:     $     0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $74,547.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 2 | CITY OF PHILADELPHIA, LAW DEPARTMENT - TAX UNIT | 0.00 | 0.00 | 0.00 |
| 2 -2 | CITY OF PHILADELPHIA, LAW DEPARTMENT - TAX UNIT | 3,368.64 | 0.00 | 0.00 |
| 6P | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 6P-2 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 6P-3 | INTERNAL REVENUE SERVICE | 2,910.38 | 0.00 | 0.00 |
| 12P | PENNSYLVANIA DEPARTMENT OF | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| | REVENUE | | | |
| 12P-2 | PENNSYLVANIA DEPARTMENT OF REVENUE | 196.45 | 0.00 | 0.00 |
| 17 | BERKHEIMER | 441.52 | 0.00 | 0.00 |
| 21P | ALEX MCCONNELL | 0.00 | 0.00 | 0.00 |
| 21P-2 | ALEX MCCONNELL | 10,377.00 | 0.00 | 0.00 |
| 27 | COMMONWEALTH OF PA UCTS | 3,997.78 | 0.00 | 0.00 |
| 31 | LAW OFFICES OF DIMITRI L. KARAPELOU, LLC | 31,544.19 | 0.00 | 0.00 |
| 37 | WOLPERT SCHREIBER P.C. | 21,712.00 | 0.00 | 0.00 |

Total to be paid for priority claims:    $    0.00
Remaining balance:    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,051,265.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | CNH INDUSTRIAL CAPITAL AMERICA LLC | 2,316.91 | 0.00 | 0.00 |
| 3 | EARTH ENGINEERING INC. | 1,804.80 | 0.00 | 0.00 |
| 4 | TBF FINANCIAL, INC. | 10,000.00 | 0.00 | 0.00 |
| 5 | PINE RUN CONSTRUCTION | 1,075.00 | 0.00 | 0.00 |
| 6U | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 6U-2 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 6U-3 | INTERNAL REVENUE SERVICE | 868.81 | 0.00 | 0.00 |
| 8 | ECI, LLC | 0.00 | 0.00 | 0.00 |
| 8 -2 | ECI, LLC | 65,105.82 | 0.00 | 0.00 |
| 9 | COUGAR DEVELOPMENT GROUP, LLC | 0.00 | 0.00 | 0.00 |
| 9 -2 | COUGAR DEVELOPMENT GROUP, LLC | 0.00 | 0.00 | 0.00 |
| 9 -3 | COUGAR DEVELOPMENT GROUP, LLC | 191,875.67 | 0.00 | 0.00 |
| 10 | ERIE INDEMNITY COMPANY | 43,438.73 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | ATTORNEY IN | | | |
|---|---|---|---|---|
| 12U | PENNSYLVANIA DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 |
| 12U-2 | PENNSYLVANIA DEPARTMENT OF REVENUE | 52.34 | 0.00 | 0.00 |
| 13 | HAMBURG, RUBIN, MULLIN, MAXWELL | 5,942.56 | 0.00 | 0.00 |
| 14 | BETTER AIR MANAGEMENT LLC | 1,100.00 | 0.00 | 0.00 |
| 15 | AMERICAN EXPRESS BANK, FSB | 0.00 | 0.00 | 0.00 |
| 15 -2 | AMERICAN EXPRESS BANK, FSB | 43,667.87 | 0.00 | 0.00 |
| 16 | TRIMM GLASS, INC. | 22,007.08 | 0.00 | 0.00 |
| 18 | WELLS FARGO BANK, N.A. | 0.00 | 0.00 | 0.00 |
| 18 -2 | WELLS FARGO BANK, N.A. | 250,322.53 | 0.00 | 0.00 |
| 19 | ADELPHIA MECHANICAL SERVICES INC. | 68,299.76 | 0.00 | 0.00 |
| 20 | PRESTONS AUTO AND TRUCK SERVICE INC. | 11,807.22 | 0.00 | 0.00 |
| 21U | ALEX MCCONNELL | 0.00 | 0.00 | 0.00 |
| 21U-2 | ALEX MCCONNELL | 20,000.00 | 0.00 | 0.00 |
| 22U | GEORGE CAMPISI | 46,511.17 | 0.00 | 0.00 |
| 23 | TODD LOWELL | 1,660.00 | 0.00 | 0.00 |
| 24 | LUKOIL NORTH AMERICA LLC | 0.00 | 0.00 | 0.00 |
| 24 -2 | LUKOIL NORTH AMERICA LLC | 0.00 | 0.00 | 0.00 |
| 26 | TBF FINANCIAL, LLC | 18,786.10 | 0.00 | 0.00 |
| 28 | COMMONWEALTH OF PA UCTS (ADMINISTRATIVE) | 4,168.63 | 0.00 | 0.00 |
| 29 | ERIE INDEMNITY COMPANY ATTORNEY IN | 43,438.73 | 0.00 | 0.00 |
| 30 | TRIMM GLASS | 19,007.08 | 0.00 | 0.00 |
| 32 | PRESTON'S AUTOMOTIVE & TRUCK SERVICE | 11,807.22 | 0.00 | 0.00 |
| 33 | ZOOM SEWER & DRAIN, INC. | 1,482.30 | 0.00 | 0.00 |
| 34 | M.A.D EXPRESS, LLC | 850.00 | 0.00 | 0.00 |
| 35 | TODD LOWELL | 2,940.00 | 0.00 | 0.00 |
| 36 | CORNERSTONE CONSULTING ENGINEERS & ARCHITECTURAL | 15,899.40 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 38 | LUKOIL NORTH AMERICA LLC | 137,029.57 | 0.00 | 0.00 |
|---|---|---|---|---|
| 39 | AMERICAN EXPRESS BANK FSB | 8,000.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/TERRY P. DERSHAW, TRUSTEE
                                                                           Trustee

TERRY P. DERSHAW, TRUSTEE
P. O. Box 556
Warminster, PA  18974-0632
(484) 897-0341

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**