UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| CAMPISI CONSTRUCTION, INC. | : |
| | : |
| DEBTOR | : BKY. NO. 14-12458-jkf |

## **CERTIFICATE OF NO OBJECTION AND REQUEST FOR ORDER**

I, Edward J. DiDonato, Esquire, hereby certify that there are no answers, objections, or other responsive pleadings to the Notice of Trustee's Final Report on the docket. I, therefore, request that the Final Accounting be approved.

/s/  Edward J. DiDonato
Edward J. DiDonato
2000 Market Street; 20th Floor
Philadelphia, PA  19103
edidonato@foxrothschild.com

89158532.v1