# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>CAMPISI CONSTRUCTION, INC.<br>　　　　　　　　　　Debtor. | Chapter 11<br>Bankruptcy No.: 14-12458 (JKF) |
|---|---|

## PRAECIPE FOR ENTRY OF MONEY JUDGMENT BASED UPON A COURT ORDER APPROVING PROOF OF CLAIM #8

To the Clerk of Courts:

Kindly enter a money judgment in favor of Creditor ECI, LLC and against the Debtor, Campisi Construction, Inc., in the above captioned case, in the amount of $165,409.49, in accordance with:

1. This Honorable Court's Order of March 16, 2016 (Document Seq. #511) approving the therein referenced "Stipulation and Consent Order of Settlement Between the Chapter 7 Trustee, Creditor ECI, LLC and Creditor Cougar Development Group, LLC" (Document Seq. #473-1) which in turn, in paragraph 8h therein approved ECI, LLC's Proof of Claim #8; and

2. This Court's Order of April 2, 2018 lifting the Bankruptcy Automatic Stay (Document Seq. #608) with respect to ECI, LLC's pursuit of it rights and remedies in it's pursuit Proof of Claim #8.

Assess damages as follows:

| | |
|---|---|
| Judgment Award: | $65,105.82 |
| Prejudgment Interest from 5/16/2014 to 3/16/2016: | $25,992.01 |
| Post-Judgment Interest from 3/17/2016 to 2/28/2019 | $74,311.65 |
| TOTAL: | **$165,409.49** |

I certify that the foregoing Judgment Award of $65,105.82 is the specified amount awarded by the Court and the interest charges set forth above are calculable as a sum certain. I certify that the interest calculations for both pre and post judgment interest were the same interest calculations used to determine the Court awarded Judgment Award amount. Proof of the aforementioned calculations are attached hereto.

---

I certify that a true copy of the Praecipe For Entry of Money Judgment Based Upon A Court Order Approving Proof of Claim #8 was mailed to all parties or their respective attorney of record.

Attorney for Plaintiff:

Signature: *Douglas R. Lally*                                    Date: 2/26/19

DOUGLAS R. LALLY, ESQUIRE
(PA ATTORNEY ID NO. 59802)
261 OLD YORK ROAD, SUITE 524
THE PAVILION, P.O. BOX 703
JENKINTOWN, PA 19046-1703
TEL: (215) 886 – 6350
FAX: (215) 754 – 4959
EMAIL: drlally@hotmail.com

NOW, on this date, _____, 2019, JUDGMENT IS ENTERED AS ABOVE

                                                        Clerk of Courts
                                                        United States Bankruptcy Court
                                                        Eastern District of Pennsylvania