# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CAMPISI CONSTRUCTION, INC.<br><br>        Debtor. | Chapter 7 (Converted from 11)<br><br>Bankruptcy No.: 14-12458 (JKF) |

## PRAECIPE FOR ENTRY OF MONEY JUDGMENT BASED UPON A COURT ORDER APPROVING PROOF OF CLAIM # 21

To the Clerk of Courts:

  Kindly enter a money judgment in favor of Creditor Alex McConnell and against the Debtor, Campisi Construction, Inc., in the above captioned case, in the amount of $30,377.00, in accordance with:

1. The Proof-of-Claim filed by the creditor, Alex McConnell, on August 26, 2014, and allowed per the Claims Register of the Trustee's Final Report dated December 21, 2018 and filed at Docket No. 634 on January 29, 2019.

  Assess damages as follows:

| | |
|---|---|
| Judgment Award: | $30,377.00 |
| TOTAL: | $30,377.00 |

---

I certify that the foregoing Judgment Award of $30,377.00 is the specified principal amount approved by the Court pursuant to Proof-of-Claim 21.

---

I certify that a true copy of the Praecipe For Entry of Money Judgment Based Upon A Court Order Approving Proof of Claim #21 was mailed to all parties or their respective attorney of record pursuant to the Court's ECF system.

Attorney for Creditor:

Signature: _Douglas R. Lally_     Date: _2/26/19_

DOUGLAS R. LALLY, ESQUIRE
(PA ATTORNEY ID NO. 59802)
261 OLD YORK ROAD, SUITE 524
THE PAVILION, P.O. BOX 703
JENKINTOWN, PA 19046-1703
TEL: (215) 886 - 6350
FAX: (215) 754 - 4959
EMAIL: drlally@hotmail.com

NOW, on this date,_____, 2019, JUDGMENT IS ENTERED AS ABOVE

---

Clerk of Courts
United States Bankruptcy Court
Eastern District of Pennsylvania