UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
CAMPISI CONSTRUCTION INC.

Case No. 14-12458 JKF

Debtor(s)

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this 7th day of March 2019, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge