**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| **CAMPISI CONSTRUCTION, INC.** | : Case No. 14-12458 JKF |
| | : Chapter 7 -- Liquidation |
| Debtor(s). | : |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this _____ day of _____, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $14,201.99 is reasonable compensation for the services in this case by TERRY P. DERSHAW, TRUSTEE, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $13.39 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**Date: March 8, 2019**

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge