United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Campisi Construction, Inc.  
    Debtor

Case No. 14-12458-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 2     Date Rcvd: Mar 07, 2019  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.  
db           #+Campisi Construction, Inc.,    2106 Bustard Road,    Lansdale, PA 19446-5702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:
       A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
       BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin bkearney@hrmml.com, chughes@hrmml.com
       BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC bbisignani@postschell.com
       DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
       DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
       DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur dkuhn@attorneygeneral.gov
       DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc. dkarapelou@karapeloulaw.com, dkarapelou@karapeloulaw.com
       DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com, lawshark@hotmail.com
       DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI drlally@hotmail.com, lawshark@hotmail.com
       DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com, lawshark@hotmail.com
       DOUGLAS R. LALLY    on behalf of Creditor Alex    McConnell drlally@hotmail.com, lawshark@hotmail.com
       EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
       EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
       EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
       GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
       GERI H. GALLAGHER    on behalf of Creditor George    Campisi ghgbkcy@verizon.net
       JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural, Inc. jck@stevenslee.com, pam@stevenslee.com
       JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural, Inc. jck@stevenslee.com, pam@stevenslee.com
       MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
       MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
       MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
       MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
       MICHAEL R. LESSA    on behalf of    TBF Financial, LLC mlessa@amatolaw.com, michele2@amatolaw.com, acatino@amatolaw.com
       MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com, mwglaw1@verizon.net

```
District/off: 0313-2          User: Virginia              Page 2 of 2                 Date Rcvd: Mar 07, 2019
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          MICHAEL W. GALLAGHER    on behalf of Creditor Alex    McConnell mwglaw@msn.com,    mwglaw1@verizon.net
          PAMELA ELCHERT THURMOND    on behalf of     City of Philadelphia Law Department
           pamela.thurmond@phila.gov,    karena.blaylock@phila.gov
          PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors pdmcdonnell@thomaswolpert.com
          PATRICK DANIEL MCDONNELL    on behalf of Attorney    Wolpert Schreiber PC
           pdmcdonnell@thomaswolpert.com
          REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
           rmcdowell@karapeloulaw.com,    pwirth@slgcollect.com
          ROBERT H. HOLBER    on behalf of Interested Party    TS Environmental Contractors, Inc.
           rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party Lynne    Campisi rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party    Dad and Sons, Inc. rholber@holber.com
          ROBERT H. HOLBER    on behalf of Attorney Robert H Holber rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party George    Campisi rholber@holber.com
          ROBERT J. BIRCH    on behalf of Creditor     ECI, LLC robert@robertbirchlaw.com
          ROBERT J. BIRCH    on behalf of Debtor     Campisi Construction, Inc. robert@robertbirchlaw.com
          TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
           Inc. tmsherwood421@aol.com
          THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Defendant     ECI, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Interested Party    Cougar Development Group LLC ,ECI
           tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Creditor     ECI, LLC tpm@fsm-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org

                                                                                                           TOTAL: 45

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
CAMPISI CONSTRUCTION INC.

Case No. 14-12458 JKF

Debtor(s)

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this 7th day of March 2019, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge