United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-12458-jkf
Campisi Construction, Inc.                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 2              Date Rcvd: Mar 08, 2019
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db            #+Campisi Construction, Inc.,   2106 Bustard Road,   Lansdale, PA 19446-5702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                               Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              A. WESLEY BRIDGES    on behalf of Accountant     Breznicky Associates PC wbridges@beckermeisel.com
              BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
               bkearney@hrmml.com,    chughes@hrmml.com
              BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
               bbisignani@postschell.com
              DAVID A. PECKMAN    on behalf of Defendant     ECI, LLC david@peckmanlaw.com
              DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
              DENISE A. KUHN    on behalf of Creditor     Commonwealth of PA, Dept of Revenue, Bur
               dkuhn@attorneygeneral.gov
              DIMITRI L. KARAPELOU    on behalf of Plaintiff     Campisi Construction, Inc.
               dkarapelou@karapeloulaw.com,    dkarapelou@karapeloulaw.com
              DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
               lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               drlally@hotmail.com,    lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,   lawshark@hotmail.com
              DOUGLAS R. LALLY    on behalf of Creditor Alex   McConnell drlally@hotmail.com,
               lawshark@hotmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Attorney     FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GERI H. GALLAGHER    on behalf of Creditor George   Campisi ghgbkcy@verizon.net
              JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com,   pam@stevenslee.com
              JOHN C. KILGANNON    on behalf of Defendant     Cornerstone Consulting Engineers & Architectural,
               Inc. jck@stevenslee.com,   pam@stevenslee.com
              MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
              MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
              MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
              MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com
              MICHAEL R. LESSA    on behalf of     TBF Financial, LLC mlessa@amatolaw.com,   michele2@amatolaw.com,
               acatino@amatolaw.com
              MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
               mwglaw1@verizon.net

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Mar 08, 2019
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          MICHAEL W. GALLAGHER    on behalf of Creditor Alex  McConnell mwglaw@msn.com, mwglaw1@verizon.net
          PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
           pamela.thurmond@phila.gov, karena.blaylock@phila.gov
          PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee   Official Committee of Unsecured
           Creditors pdmcdonnell@thomaswolpert.com
          PATRICK DANIEL MCDONNELL    on behalf of Attorney   Wolpert Schreiber PC
           pdmcdonnell@thomaswolpert.com
          REBECCA K. MCDOWELL    on behalf of Plaintiff   Campisi Construction, Inc.
           rmcdowell@karapeloulaw.com, pwirth@slgcollect.com
          ROBERT H. HOLBER    on behalf of Interested Party   TS Environmental Contractors, Inc.
           rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party Lynne  Campisi rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party   Dad and Sons, Inc. rholber@holber.com
          ROBERT H. HOLBER    on behalf of Attorney Robert H Holber rholber@holber.com
          ROBERT H. HOLBER    on behalf of Interested Party George  Campisi rholber@holber.com
          ROBERT J. BIRCH    on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
          ROBERT J. BIRCH    on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
           Inc. tmsherwood421@aol.com
          THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Interested Party   Cougar Development Group LLC ,ECI
           tpm@fsm-law.com
          THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org
          WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
           Healey@jrlaw.org

                                                                                              TOTAL: 45

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| CAMPISI CONSTRUCTION, INC. | : Case No. 14-12458 JKF |
| | : |
| | : Chapter 7 -- Liquidation |
| | : |
| Debtor(s). | : |
| | : |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $14,201.99 is reasonable compensation for the services in this case by TERRY P. DERSHAW, TRUSTEE, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $13.39 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**Date: March 8, 2019**

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge