United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-12458-jkf
Campisi Construction, Inc.                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Virginia              Page 1 of 2              Date Rcvd: Jun 07, 2019
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db              #+Campisi Construction, Inc.,    2106 Bustard Road,    Lansdale, PA 19446-5702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
      A. WESLEY BRIDGES    on behalf of Accountant    Breznicky Associates PC wbridges@beckermeisel.com
      BERNADETTE A. KEARNEY    on behalf of Creditor    Hamburg, Rubin, Mullin, Maxwell & Lupin
       bkearney@hrmml.com,   chughes@hrmml.com
      BRIAN WILLIAM BISIGNANI    on behalf of Creditor    Lukoil North America, LLC
       bbisignani@postschell.com
      DAVID A. PECKMAN    on behalf of Defendant    ECI, LLC david@peckmanlaw.com
      DAVID A. PECKMAN    on behalf of Creditor    ECI, LLC david@peckmanlaw.com
      DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue, Bur
       dkuhn@attorneygeneral.gov
      DIMITRI L. KARAPELOU    on behalf of Plaintiff    Campisi Construction, Inc.
       dkarapelou@karapeloulaw.com,   dkarapelou@karapeloulaw.com
      DOUGLAS R. LALLY    on behalf of Creditor    Cougar Development Group, LLC drlally@hotmail.com,
       lawshark@hotmail.com
      DOUGLAS R. LALLY    on behalf of Plaintiff    Cougar Development Group, LLC drlally@hotmail.com,
       lawshark@hotmail.com
      DOUGLAS R. LALLY    on behalf of Plaintiff    ECI, LLC drlally@hotmail.com,   lawshark@hotmail.com
      DOUGLAS R. LALLY    on behalf of Interested Party    Cougar Development Group LLC ,ECI
       drlally@hotmail.com,   lawshark@hotmail.com
      DOUGLAS R. LALLY    on behalf of Creditor    ECI, LLC drlally@hotmail.com,   lawshark@hotmail.com
      DOUGLAS R. LALLY    on behalf of Creditor Alex    McConnell drlally@hotmail.com,
       lawshark@hotmail.com
      EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
       brian-oneill-fox-5537@ecf.pacerpro.com
      EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
       brian-oneill-fox-5537@ecf.pacerpro.com
      EDWARD J. DIDONATO    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com,
       brian-oneill-fox-5537@ecf.pacerpro.com
      GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
      GERI H. GALLAGHER    on behalf of Creditor George    Campisi ghgbkcy@verizon.net
      JOHN C. KILGANNON    on behalf of Creditor    Cornerstone Consulting Engineers & Architectural,
       Inc. jck@stevenslee.com,   pam@stevenslee.com
      JOHN C. KILGANNON    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
       Inc. jck@stevenslee.com,   pam@stevenslee.com
      MATTHEW R. NAHRGANG    on behalf of Debtor    Campisi Construction, Inc. mnahrgang@verizon.net
      MATTHEW R. NAHRGANG    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net
      MICHAEL H. KALINER    on behalf of Creditor    ECI, LLC mhkaliner@gmail.com
      MICHAEL H. KALINER    on behalf of Creditor    Cougar Development Group, LLC mhkaliner@gmail.com

```
District/off: 0313-2           User: Virginia              Page 2 of 2                  Date Rcvd: Jun 07, 2019
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              MICHAEL R. LESSA    on behalf of    TBF Financial, LLC mlessa@amatolaw.com,  michele2@amatolaw.com,
               acatino@amatolaw.com
              MICHAEL W. GALLAGHER    on behalf of Creditor    Adelphia Mechanical Services, Inc. mwglaw@msn.com,
               mwglaw1@verizon.net
              MICHAEL W. GALLAGHER    on behalf of Creditor Alex    McConnell mwglaw@msn.com,  mwglaw1@verizon.net
              PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
               pamela.thurmond@phila.gov,  karena.blaylock@phila.gov
              PATRICK DANIEL MCDONNELL    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors pdmcdonnell@thomaswolpert.com
              PATRICK DANIEL MCDONNELL    on behalf of Attorney    Wolpert Schreiber PC
               pdmcdonnell@thomaswolpert.com
              REBECCA K. MCDOWELL    on behalf of Plaintiff    Campisi Construction, Inc.
               rmcdowell@karapeloulaw.com,  pwirth@slgcollect.com
              ROBERT H. HOLBER    on behalf of Interested Party    TS Environmental Contractors, Inc.
               rholber@holber.com
              ROBERT H. HOLBER    on behalf of Interested Party Lynne    Campisi rholber@holber.com
              ROBERT H. HOLBER    on behalf of Interested Party    Dad and Sons, Inc. rholber@holber.com
              ROBERT H. HOLBER    on behalf of Attorney Robert H Holber rholber@holber.com
              ROBERT H. HOLBER    on behalf of Interested Party George    Campisi rholber@holber.com
              ROBERT J. BIRCH    on behalf of Creditor    ECI, LLC robert@robertbirchlaw.com
              ROBERT J. BIRCH    on behalf of Debtor    Campisi Construction, Inc. robert@robertbirchlaw.com
              TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS J. MALONEY    on behalf of Defendant    Cornerstone Consulting Engineers & Architectural,
               Inc. tmsherwood421@aol.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    Cougar Development Group, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Defendant    ECI, LLC tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Interested Party    Cougar Development Group LLC ,ECI
               tpm@fsm-law.com
              THOMAS P. MULDOON, Jr.    on behalf of Creditor    ECI, LLC tpm@fsm-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM D. SCHROEDER, JR    on behalf of Defendant    Campisi Construction, Inc.
               schroeder@jrlaw.org,  Healey@jrlaw.org
              WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org,
               Healey@jrlaw.org
              WILLIAM D. SCHROEDER, JR    on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                             TOTAL: 48

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:    CAMPISI CONSTRUCTION INC.    :    Chapter 7
:
:    BANKRUPTCY 14-12458
Debtor(s)    :

ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this 7th day of June 2019 upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED ~~AND DECREED~~ that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_____
JEAN K. FITZSIMON
US Bankruptcy Judge