# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Campisi Construction, Inc. | | |
| Debtor(s) | : | Bankruptcy No.14-12458 |

## NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

This matter is reassigned to the calendar of the Honorable Chief Judge Magdeline D. Coleman from the calendar of the Honorable Jean K. FitzSimon, Retired.

Dated: October 13, 2023

FOR THE COURT

TIMOTHY B. MCGRATH CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee