## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Campisi Construction, Inc., | : | |
| Debtor. | : | Bankruptcy No. 14-12458 |

# **O R D E R**

**AND NOW**, on March 31, 2014, the above-captioned debtor, Campisi Construction, Inc. (the "Debtor") filed a voluntary petition[1] under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code").

**AND**, claimant ECI, LLC ("ECI") filed proofs of claim (the "Proofs of Claim")[2] against the Debtor.

**AND**, on June 12, 2014, the Debtor objected to the Proofs of Claim.[3]

**AND**, on November 5, 2014, the Debtor instituted an adversary action (the "Adversary Action") against, *inter alia*, ECI.[4]

**AND**, on June 24, 2015, this Court entered an order converting the Debtor's case to a case under Chapter 7 of the Bankruptcy Code.[5]

**AND**, on June 25, 2015, Terry P. Dershaw was appointed as the Chapter 7 Trustee (the "Trustee").[6]

---

[1] Bankr. Docket No. 1.

[2] Proofs of Claim No. 7, 8, 11.

[3] Bankr. Docket No. 80.

[4] Adv. Pro. No. 14-00616.

[5] Bankr. Docket No. 398.

[6] Bankr. Docket No. 399.

**AND**, on March 16, 2016, this Court entered an order granting Trustee's *Motion for Approval of Settlement*, pursuant to which the Trustee sought approval of a settlement agreement (the "Settlement Agreement") resolving the disputes related to the Proofs of Claim and the Adversary Action.[7]

**AND**, on June 7, 2019, the above-captioned case was closed.[8]

**AND**, on October 4, 2023, this Court received an Order (the "Order") entered by the Montgomery County Court of Common Pleas requesting the Court to determine whether the Debtor shall receive credit for monies received by ECI pursuant to the Settlement Agreement (the "Credit Dispute").[9]

**AND**, it is unclear whether this Court may exercise jurisdiction over the Credit Dispute absent the Debtor's bankruptcy case being reopened by the Debtor or another party in interest.

It is hereby **ORDERED** that:

1. The Clerk's office is directed to reopen the above-captioned case solely for the purpose of docketing the Order and shall thereafter reclose the case.

2. To the extent the Debtor or another party in interest seeks to reopen the bankruptcy case for resolution of the Credit Dispute, such moving party shall file the appropriate motion under the applicable Bankruptcy Code sections and Bankruptcy Rules.

**Dated:** October 19, 2023

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[7] Bankr. Docket No. 511.

[8] Bankr. Docket No. 653.

[9] Bankr. Docket No. 656.