# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania
Philadelphia Division

| | |
|---|---|
| Campisi Construction, Inc., | Chapter 7 |
| | Case No. 14-12458 |
| *Debtor*. | |

# ORDER

And now, after consideration of the Motion to Reopen Case filed by ECI, LLC, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **REOPENED**.

3. The Court **DETERMINES** that pursuant to the agreement approved by this Court on March 16, 2016, the Debtor must not receive credit for monies received by ECI, LLC pursuant to that agreement.

4. This case is **CLOSED**.


Date: _____    _____
U.S. Bankruptcy Judge