UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>CAMPISI CONSTRUCTION, INC | CASE NO: 14-12458<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 660 |

On 5/1/2024, I did cause a copy of the following documents, described below,

Motion to Reopen Case ECF Docket Reference No. 660

Notice of Motion to Reopen Case, Response Deadline, and Hearing Date 662

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/1/2024

/s/ Michael I. Assad
Michael I. Assad  330937
Attorney for Movant
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
215 735 1060
mike.assad@cibiklaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 14-12458 |
| CAMPISI CONSTRUCTION, INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 660 |

On 5/1/2024, a copy of the following documents, described below,

Motion to Reopen Case ECF Docket Reference No. 660

Notice of Motion to Reopen Case, Response Deadline, and Hearing Date 662

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/1/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

USPS FIRST CLASS MAIL ATTACHMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 14-12458
EASTERN DISTRICT OF PENNSYLVANIA
WED MAY 1 8-12-51 PST 2024

ADELPHIA MECHANICAL SERVICES   INC
1629 RADBURN ROAD
BENSALEM   PA 19020-4628

BEDERSON LLP
347 MT PLEASANT AVE
WEST ORANGE   NJ 07052-2749

DEBTOR

BREZNICKY ASSOCIATES PC
118 W BUTLER AVENUE
PO BOX 407
AMBLER   PA 19002-0407

CAMPISI CONSTRUCTION   INC
2106 BUSTARD ROAD
LANSDALE   PA 19446-5702

(P)CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

COMMONWEALTH OF PA   DEPT OF REVENUE
BUR
CO DENISE A KUHN
OFFICE OF THE ATTORNEY GENERAL
21 S 12TH STREET   3RD FLOOR
PHILADELPHIA   PA 19107-3604

CORNERSTONE CONSULTING ENGINEERS
ARCHITECT
216 WEST MAIN ST
LANSDALE   PA 19446

COUGAR DEVELOPMENT GROUP   LLC
240 FARMVIEW DRIVE
HARLEYSVILLE   PA 19438-2426

EXCLUDE

DIMITRI L KARAPELOU LLC
TWO PENN CENTER
1500 JFK BOULEVARD
SUUITE 920
PHILADELPHIA   PA 19102-1710

(U)ECI   LLC

FOX ROTHSCHILD LLP
2000 MARKET ST
20TH FL
PHILA   PA 19103-3222

EXCLUDE

EXCLUDE

HAMBURG   RUBIN   MULLIN   MAXWELL   LUPIN
375 MORRIS ROAD
PO BOX 1479
LANSDALE   PA 19446-0773

(U)LUKOIL NORTH AMERICA   LLC

(U)OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TBF FINANCIAL   LLC
740 WAUKEGAN ROAD   SUITE 404
DEERFIELD   IL 60015-5505

UNITED STATES TRUSTEE
OFFICE OF THE US TRUSTEE
ROBERT NC NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA   PA 19107

WOLPERT SCHREIBER PC
527 MAIN STREET
ROYERSFORD   PA 19468-2305

EXCLUDE

PHILADELPHIA
900 MARKET STREET
SUITE 400
PHILADELPHIA   PA 19107-4233

ADELPHIA HEATING   AIR CONDITIONING
1629 RADBUM ROAD
BENSALEM   PA 19020-4628

EXCLUDE

(D)ADELPHIA MECHANICAL SERVICES INC
1629 RADBURN RD
BENSALEM PA 19020-4628

ADVANCED DISPOSAL
2955 FELTON DRIVE
NORRISTOWN   PA 19401-1345

ALEX MCCONNELL
2150 OLD MORRIS ROAD
HARLEYSVILLE   PA 19438-3029

ALEX W   MCCONNELL
2150 OLD MORRIS RD
HARLEYSVILLE PA 19438-3029

ALLEN BRADY EXCAVATING
1950 KULP ROAD
HARLEYSVILLE   PA 19438-3005

AMERICAN EXPRESS
PO BOX 1270
NEWARK   NJ 07101-1270

AMERICAN EXPRESS BANK FSB
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN   PA 19355-0701

USPS FIRST CLASS MAIL ACKNOWLEDGMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE
(D)AMERICAN EXPRESS BANK  FSB
C O BECKET AND LEE LLP
POB 3001
MALVERN  PA 19355-0701

(P)BERKHEIMER
PO BOX 20662
LEHIGH VALLEY PA 18002-0662

BETTER AIR MANAGEMENT
PO BOX 341
LANSDALE  PA 19446-0341

EXCLUDE
(D)BETTER AIR MANAGEMENT LLC
PO BOX 341
LANSDALE PA 19446-0341

BOB SCHOEN  AP
CO DETWEILER  HERSHEY   ASSOCIATES
64 N COUNTY LINE ROAD
PO BOX 64157
SOUDERTON  PA 18964-0157

EXCLUDE
(U)CITY OF PHILADELPHIA  LAW DEPARTMEN
TAX U
MUNICIPAL SERVICES BUILDING

CITY OF PHILADELPHIA  LAW DEPARTMENT
TAX U
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD  5TH FLOOR
PHILADELPHIA  PA 19102-1640

CNH CAPITAL AMERICA   LLC
CRA PAYMENT CENTER
PO BOX 3900
LANCASTER  PA 17604-3900

CNH INDUSTRIAL CAPITAL AMERICA LLC
PO BOX 3600
LANCASTER  PA  17604-3600

COMMONWEALTH OF PA   UCTS
DEPARTMENT OF LABOR AND INDUSTRY
COLLECTIONS SUPPORT UNIT
651 BOAS STREET  ROOM 702
HARRISBURG  PA 17121-0751

CLAIRMONT  PACIELLO   CO   PC
250 TANGLEWOOD LANE
KING OF PRUSSIA   PA 19406-2365

COMCAST
BANKRUPTCY DEPARTMENT
401 WHITE HORSE ROAD SUITE 2
VOORHEES  NJ 08043-2604

EXCLUDE
(D)COMCAST BANKRUPTCY DEPARTMENT
401 WHITE HORSE ROAD SUITE 2
VOORHEES  NJ 08043-2604

EXCLUDE
(U)CORNERSTONE CONSULTING ENGINEERS
ARCHITECT

EXCLUDE
(D)COUGAR DEVELOPMENT GROUP  LLC
240 FARMVIEW DRIVE
HARLEYSVILLE  PA 19438-2426

DAVID A PECKMAN
29 MAINLAND ROAD
HARLEYSVILLE   PA 19438-2519

DAVID D CLEMENT  ESQUIRE
55 SIMPSON AVENUE
PITMAN  NJ 08071-1152

DELAWARE VALLEY CONCRETE CO   INC
PO BOX 457
HATBORO  PA 19040-0457

DIVERSIFIED AGGREGATES   LLC
36 BROAD STREET
BLOOMFIELD  NJ 07003-2524

EO HABHEGGER
460 PENN STREET
LANSDOWNE  PA 19050-3017

ECI  LLC
240 FARMVILLE DRIVE
HARLEYSVILLE  PA 19438-2426

EARTH ENGINEERING
115 W GERMANTOWN PIKE  SUITE 2500
NORRISTOWN  PA 19401-1361

EARTH ENGINEERING INC
115 W GERMANTOWN PIKE
SUITE 200
EAST NORRITON PA 19401-1361

EAST COAST MATERIALS   LLC
36 BROAD STREET
BLOOMFIELD  NJ 07003-2524

EDWARD A POSTELL
PO BOX 346
SKIPPACK  PA 19474-0346

ERIE INDEMNITY CO
100 ERIE INS
PLACE ERIE  PA 16530

EXCLUDE
(D)ERIE INDEMNITY CO
100 ERIE INS PLACE
ERIE  PA 16530-0001

USPS FIRST CLASS MAIL ACKNOWLEDGEMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ERIE INDEMNITY COMPANY ATTORNEY IN FACT FOR ERIE INSURANCE EXCHANGE CO AMATO KEATING AND LESSA PC 107 NORTH COMMERCE WAY BETHLEHEM PA 18017-8913 | EXCEL DOCUMENT SOLUTIONS INC 17 RICHARD ROAD WARMINSTER PA 18974-1512 | EXXON MOBIL PO BOX 530964 ATLANTA GA 30353-0964 |
| FIRST CHOICE BANK FKA VANTAGE POINT BANK 100 WITMER ROAD SUITE 104 HORSHAM PA 19044-2279 | GARY E THOMPSON 150 E SWEDESFORD ROAD WAYNE PA 19087-1458 | GEORGE CAMPISI 2102 BUSTARD ROAD LANSDALE PA 19446-5702 |
| HAMBURG RUBIN MULLIN MAXWELL LUPIN PC 375 MORRIS ROAD PO BOX 1479 LANSDALE PA 19446-0773 | HIGH SCHWARTZ LLC 40 EAST AIRY STREET PO BOX 671 NORRISTOWN PA 19404-0671 | HOME DEPOT CREDIT SERVICES DEPARTMENT PO BOX 790340 SAINT LOUIS MO 63179-0340 |
| INDEPENDENCE BLUE CROSS 1901 MARKET STREET PHILADELPHIA PA 19103-1475 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 | INTERSTATE WASTE CHESTMONT DISPOSAL PO BOX 553196 DETROIT MI 48255-0001 |
| JJ SPILL SERVICES SUPPLIES INC PO BOX 370 BLUE BELL PA 19422-0370 | JOHN A PRODOEHL ESQUIRE PO BOX 147 BROOMALL PA 19008-0147 | LC SPECIALIZED CARRIERS 1540 VILLAGE COURT BEVERLY NJ 08010-2021 |
| LABOR READY NORTHEAST INC PO BOX 641034 PITTSBURGH PA 15264-1034 | LAW OFFICES OF DIMITRI L KARAPELOU LLC 2 PENN CENTER 1500 JFK BLVD STE 920 PHILADELPHIA PA 19102-1742 | LUKOIL NORTH AMERICA LLC 505 FIFTH AVENUE 9TH FLOOR NEW YORK NY 10017-4921 |
| MAD EXPRESS LLC 275 ROUTE 523 WHITEHOUSE STATION NJ 08889-4000 | MANDRACCHIA MCWHIRK LLC 2024 CRESSMAN RD PO BOX 1229 SKIPPACK PA 19474-1229 | MANDRACCHIA MCWHIRK LLC 2024CRESSMAN RD PO BOX 1229 SKIPPACK PA 19474-1229 |
| MARVIN H GOLD ESQUIRE 237 S YORK ROAD HATBORO PA 19040-3429 | MICHAEL A LESSA ESQUIRE AMATO LESSA PC 107 N COMMERCE WAY SUITE 100 BETHLEHEM PA 18017-8913 | MICHAEL R LESSA ESQUIRE AMATO LESSA PC 107 N COMMERCE WAY SUITE 100 BETHLEHEM PA 18017-8913 |
| MICHAEL TORRES 243 FARMVIEW DRIVE HARLEYSVILLE PA 19438-2427 | MONARCH ENVIRONMENTAL INC PO BOX 330 WOODSTOWN NJ 08098-0330 | NORRIS SALES COMPANY 1300 E RIDGE PIKE PLYMOUTH MEETING PA 19462-2724 |

USPS FIRST CLASS MAIL ACKNOWLEDGEMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PA DEPARTMENT OF LABOR AND INDUSTRY<br>PO BOX 60848<br>HARRISBURG  PA 17106-0848 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280948<br>HARRISBURG  PA 17128-0001 | EXCLUDE<br>~~(D)PA DEPARTMENT OF REVENUE~~<br>~~DEPT 280948~~<br>~~HARRISBURG  PA 17128-0001~~ |
| PECO<br>2301 MARKET STREET<br>PHILADELPHIA  PA 19103-1380 | PARKER PAVING  INC<br>14 DARBY ROAD<br>HAVERTOWN  PA 19083-5333 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG  PA 17128-0946 |
| PINE RUN CONSTRUCTION<br>4125 LANDISVILLE ROAD<br>DOYLESTOWN  PA 18902-1131 | PITNEY BOWES<br>2000 HAMILTON STREET<br>PHILADELPHIA  PA 19130-3814 | PRESTONS AUTOMOTIVE  TRUCK SERVICE<br>PO BOX 1158<br>KULPSVILLE  PA 19443-1158 |
| PRESTONS AUTO AND  TRUCK  SERVICE INC<br>PO BOX 1158<br>KULPSVILLE PA 19443-1158 | QUILL<br>PO BOX 376000<br>PHILADELPHIA  PA 19101 | RICHMAN  BERENBAUM  ASSC  PC<br>1500 JFK BOULEVARD  SUITE 411<br>PHILADELPHIA  PA 19102-1723 |
| RONALD AMATO  ESQUIRE<br>170 N COMMERCE WAY<br>BETHLEHEM  PA 18017 | SAYERSVILLE POLICE DEPARTMENT<br>100 MAIN STREET<br>SAYREVILLE  NJ 08872-1565 | EXCLUDE<br>~~(U)SEARS GOLD MASTER CARD~~<br>~~PO BOX 6282~~<br>~~SIOUX FALLS  SD 57117-6282~~<br>~~SUPERMEDIA~~<br>~~CO JOSEPH MANN  CREED~~<br>~~20600 CHAGRIN BOULEVARD  SUITE 5500~~ |
| SUPERMEDIA<br>CO JOSEPH MANN  CREED<br>20600 CHAGRIN BOULEVARD  SUITE 5500<br>BEACHWOOD  OH 44122-5327 | TBF FINANCIAL  INC<br>CO AMATO KEATING AND LESSA  PC<br>107 NORTH COMMERCE WAY<br>BETHLEHEM PA 18017-8913 | EXCLUDE<br>~~(D)TBF FINANCIAL  LLC~~<br>~~740 WAUKEGAN ROAD  SUITE 404~~<br>~~DEERFIELD  IL 60015-5505~~ |
| EXCLUDE<br>~~(D)TBF FINANCIAL  LLC~~<br>~~CO AMATO KEATING AND LESSA  PC~~<br>~~107 NORTH COMMERCE WAY~~<br>~~BETHLEHEM PA 18017-8913~~ | TODD LOWELL<br>8145 CADWALADER AVENUE<br>ELKINS PARK  PA 19027-2439 | TOP GRADE EXCAVATING  INC<br>PO BOX 4<br>QUAKERTOWN  PA 18951-0004 |
| TOWNSHIP OF UPPER MORELAND<br>117 PARK AVENUE<br>WILLOW GROVE  PA 19090-3209 | TRIMM GLASS<br>316 STATION ROAD<br>MEDIA  PA 19063 | TRIMM GLASS  INC<br>JOHN A  PRODEHL ESQ<br>PO BOX 147<br>BROOMALL PA 19008-0147 |
| UNITED STATES TRUSTEE<br>833 CHESTNUT STREET<br>SUITE 500<br>PHILADELPHIA  PA 19107-4405 | VERDERAME ELECTRIC<br>1565 FOREST GROVE ROAD<br>FURLONG  PA 18925-1313 | VICTOR ELECTRO  INC<br>CO TONY BRANCONI<br>8420 ALGON AVENUE<br>PHILADELPHIA  PA 19152-1725 |

USPS FIRST CLASS MAIL ACKNOWLEDGMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WJ KNOX SERVICES INC<br>655 COPELAND SCHOOL ROAD<br>WEST CHESTER  PA 19380-1821 | WALMART<br>CO BENNETT LAW<br>10542 S JORDAN GATEWAY  SUITE 200<br>SOUTH JORDAN  UT 84095-4182 | WASTE MANAGEMENT NJ<br>CO CAINE  WEINER<br>9931 CORPORATE CAMPUS DRIVE<br>LOUISVILLE  KY 40223-4035 |
| WELLS FARGO<br>PO BOX 6426<br>CAROL STREAM  IL 60197-6426 | WELLS FARGO BANK  NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES  IA 50328-0001 | WOLPERT SCHREIBER PC<br>527 MAIN STREET<br>ROYERSFORD  PA 19468-2305 |
| ZOOM SEWER  DRAIN  INC<br>915 S TROOPER ROAD<br>NORRISTOWN  PA 19403-2312 | ~~EXCLUDE~~<br>~~(D)ALEX MCCONNELL~~<br>~~2150 OLD MORRIS ROAD~~<br>~~HARLEYSVILLE  PA 19438-3029~~ | ANTHONY G CAMPISI<br>2106 BUSTARD ROAD<br>LANSDALE  PA 19446-5702 |
| ~~EXCLUDE~~<br>~~(U)GEORGE CAMPISI~~ | LINDA MITTEN<br>COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR AND INDUSTRY<br>651 BOAS STREET  ROOM 702<br>HARRISBURG  PA 17121-0751 | MATTHEW R NAHRGANG<br>35 EVANSBURG ROAD<br>COLLEGEVILLE  PA 19426-3165 |
| ROBERT J BIRCH<br>ROBERT J BIRCH  ESQUIRE<br>325 SENTRY PARKWAY<br>BLUE BELL  PA 19422-2358 | ROBERT H HOLBER<br>41 EAST FRONT STREET<br>MEDIA  PA 19063-2911 | TERRY P DERSHAW<br>DERSHAW LAW OFFICES<br>PO BOX 556<br>WARMINSTER  PA 18974-0632 |