# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Campisi Construction, Inc., | Chapter 7 |
| | Case No. 14-12458-AMC |
| *Debtor*. | |

## ORDER

And now, after consideration of the Motion to Reopen Case filed by ECI, LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **REOPENED**.


Date:

Ashely M. Chan
U.S. Bankruptcy Judge