# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Campisi Construction, Inc., | Case No. 14-12458-AMC |
| | Chapter 7 |
| *Debtor.* | |

## Motion to Limit Notice

Movant ECI, LLC, through its attorney, moves this Court as follows:

1. The matrix list of creditors in this case includes 125 creditors and interested parties.

2. ECI's Motion to Reopen Case and the notice of motion were served on all parties on the matrix on April 30, 2024.

3. At least ten parties on the matrix were not actually served with the Motion to Reopen Case because the U.S. Postal Service returned notices sent to them as not deliverable as addressed and unable to forward.

4. Because this case was filed ten years ago, many of the addresses on the matrix are outdated.

5. Because this case has already been administered, most parties on the matrix have no interest in any further activity in this case.

6. Only one party, Anthony Campisi, filed a written response to the Motion or appeared at the hearing.

7. This case has been reopened for a particular and limited purpose, which was detailed in the Motion to Reopen Case.

8. In the interest of economy, the Movant requests that the Court limit the notice requirement to include only parties that have filed papers in this case on or after April 30, 2024.

9. Parties excluded from service would not be prejudiced by limiting notice because they already received notice of the particular and limited relief the Movant is requesting, and they failed to appear at the hearing or object in writing.

10. The Court should grant this motion without a hearing as allowed by L.B.R. 9014-2(a)(6).

For those reasons, the Court must grant relief in the form of order attached, and further in ECI's favor if necessary and proper under the law.

Date: June 6, 2024

CIBIK LAW, P.C.
*Attorney for Movant ECI, LLC*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: June 6, 2024

/s/ Mike Assad

Mike Assad