**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Campisi Construction, Inc., | Chapter 7 |
| | Case No. 14-12458-amc |
| *Debtor.* | |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Remand

- Notice of Motion to Remand, Response Deadline, and Hearing Date

Dated: June 7, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

2

## Mailing List Exhibit

Anthony Campisi
2102 Bustard Road
Lansdale, PA 19446

Campisi Construction, Inc.
2106 Bustard Road
Lansdale, PA 19446