United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-12458-amc |
| Campisi Construction, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Campisi Construction, Inc., 2106 Bustard Road, Lansdale, PA 19446-5702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. WESLEY BRIDGES | on behalf of Accountant Breznicky Associates PC wbridges@beckermeisel.com |
| BERNADETTE A. KEARNEY | on behalf of Creditor Hamburg  Rubin, Mullin, Maxwell & Lupin bkearney@hrmml.com, chughes@hrmml.com |
| BRIAN WILLIAM BISIGNANI | on behalf of Creditor Lukoil North America  LLC bbisignani@postschell.com |
| DAVID A. PECKMAN | on behalf of Creditor ECI  LLC david@peckmanlaw.com |
| DAVID A. PECKMAN | on behalf of Defendant ECI  LLC david@peckmanlaw.com |
| DENISE A. KUHN | on behalf of Creditor Commonwealth of PA  Dept of Revenue, Bur dkuhn@attorneygeneral.gov |

DIMITRI L. KARAPELOU
    on behalf of Plaintiff Campisi Construction Inc. dlk@mmdlawfirm.com, dkarapelou@karapeloulaw.com

DOUGLAS R. LALLY
    on behalf of Creditor Cougar Development Group LLC drlally@hotmail.com, lawshark@hotmail.com

DOUGLAS R. LALLY
    on behalf of Plaintiff Cougar Development Group LLC drlally@hotmail.com, lawshark@hotmail.com

DOUGLAS R. LALLY
    on behalf of Interested Party Cougar Development Group LLC ECI drlally@hotmail.com, lawshark@hotmail.com

DOUGLAS R. LALLY
    on behalf of Plaintiff ECI LLC drlally@hotmail.com, lawshark@hotmail.com

DOUGLAS R. LALLY
    on behalf of Creditor Alex McConnell drlally@hotmail.com lawshark@hotmail.com

DOUGLAS R. LALLY
    on behalf of Creditor ECI LLC drlally@hotmail.com, lawshark@hotmail.com

EDWARD J. DIDONATO
    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO
    on behalf of Attorney FOX ROTHSCHILD LLP edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO
    on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com

GERI H. GALLAGHER
    on behalf of Creditor George Campisi ghgbkcy@verizon.net

George M Conway, III
    on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

JOHN C. KILGANNON
    on behalf of Creditor Cornerstone Consulting Engineers & Architectural Inc. john.kilgannon@stevenslee.com, pam@stevenslee.com

JOHN C. KILGANNON
    on behalf of Defendant Cornerstone Consulting Engineers & Architectural Inc. john.kilgannon@stevenslee.com, pam@stevenslee.com

MATTHEW R. NAHRGANG
    on behalf of Debtor Campisi Construction Inc. mnahrgang@verizon.net

MATTHEW R. NAHRGANG
    on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net

MICHAEL H. KALINER
    on behalf of Creditor ECI LLC mhkaliner@gmail.com

MICHAEL H. KALINER
    on behalf of Creditor Cougar Development Group LLC mhkaliner@gmail.com

MICHAEL I. ASSAD
    on behalf of Creditor ECI LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL R. LESSA
    on behalf of TBF Financial LLC mlessa@amatolaw.com, michele2@amatolaw.com,acatino@amatolaw.com

MICHAEL W. GALLAGHER
    on behalf of Creditor Adelphia Mechanical Services Inc. mwglaw@msn.com, mwglaw1@verizon.net

MICHAEL W. GALLAGHER
    on behalf of Creditor Alex McConnell mwglaw@msn.com mwglaw1@verizon.net

PAMELA ELCHERT THURMOND
    on behalf of City of Philadelphia Law Department pamela.thurmond@phila.gov

PATRICK DANIEL MCDONNELL
    on behalf of Creditor Committee Official Committee of Unsecured Creditors pdmcdonnell@thomaswolpert.com

PATRICK DANIEL MCDONNELL
    on behalf of Attorney Wolpert Schreiber PC pdmcdonnell@thomaswolpert.com

REBECCA K. MCDOWELL
    on behalf of Plaintiff Campisi Construction Inc. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT H. HOLBER

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Interested Party TS Environmental Contractors Inc. rholber@holber.com

ROBERT H. HOLBER

on behalf of Interested Party Lynne Campisi rholber@holber.com

ROBERT H. HOLBER

on behalf of Interested Party Dad and Sons Inc. rholber@holber.com

ROBERT H. HOLBER

on behalf of Attorney Robert H Holber rholber@holber.com

ROBERT H. HOLBER

on behalf of Interested Party George Campisi rholber@holber.com

ROBERT J. BIRCH

on behalf of Debtor Campisi Construction Inc. robert@robertbirchlaw.com

ROBERT J. BIRCH

on behalf of Creditor ECI LLC robert@robertbirchlaw.com

TERRY P. DERSHAW

7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com

THOMAS J. MALONEY

on behalf of Defendant Cornerstone Consulting Engineers & Architectural Inc. tmsherwood421@aol.com

THOMAS P. MULDOON, Jr.

on behalf of Creditor Cougar Development Group LLC tpm@fsm-law.com

THOMAS P. MULDOON, Jr.

on behalf of Defendant ECI LLC tpm@fsm-law.com

THOMAS P. MULDOON, Jr.

on behalf of Interested Party Cougar Development Group LLC ECI tpm@fsm-law.com

THOMAS P. MULDOON, Jr.

on behalf of Creditor ECI LLC tpm@fsm-law.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR

on behalf of Defendant Campisi Construction Inc. schroeder@jrlaw.org, Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR

on behalf of Plaintiff Cougar Development Group LLC schroeder@jrlaw.org, Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR

on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR

on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR

on behalf of Plaintiff ECI LLC schroeder@jrlaw.org, Healey@jrlaw.org

TOTAL: 51

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Campisi Construction, Inc., <br> *Debtor*. | Chapter 7 <br> Case No. 14-12458-AMC |

## ORDER

And now, after consideration of the Motion to Reopen Case filed by ECI, LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **REOPENED**.

Date: June 7, 2024

Ashely M. Chan
U.S. Bankruptcy Judge