# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Campisi Construction, Inc., | Case No. 14-12458-AMC |
| | Chapter 7 |
| *Debtor.* | |

## Order Granting Motion to Limit Notice

And now, after consideration of the Motion to Limit Notice filed by ECI, LLC, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Any party filing a motion under L.B.R. 9014-3 may satisfy the requirements of Fed. R. Bankr. P. 2002 and L.B.R. 9014-3(g) by serving:

   a. the Debtor,

   b. the U.S. Trustee,

   c. all parties who file a pleading, application, motion, stipulation, or other document in this case on or after April 30, 2024, and

   d. any party whose interest would be directly, materially and adversely affected if the relief requested in the motion were granted and whose interests are not adequately represented by those on whom service is otherwise required.

3. This order is effective June 6, 2024.

Date:  July 1, 2024

Ashely M. Chan
U.S. Bankruptcy Judge