United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-12458-amc |
| Campisi Construction, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Campisi Construction, Inc., 2106 Bustard Road, Lansdale, PA 19446-5702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. WESLEY BRIDGES | on behalf of Accountant Breznicky Associates PC wbridges@beckermeisel.com |
| BERNADETTE A. KEARNEY | on behalf of Creditor Hamburg Rubin, Mullin, Maxwell & Lupin bkearney@hrmml.com, chughes@hrmml.com |
| BRIAN WILLIAM BISIGNANI | on behalf of Creditor Lukoil North America LLC bbisignani@postschell.com |
| DAVID A. PECKMAN | on behalf of Creditor ECI LLC david@peckmanlaw.com |
| DAVID A. PECKMAN | on behalf of Defendant ECI LLC david@peckmanlaw.com |
| DENISE A. KUHN | on behalf of Creditor Commonwealth of PA Dept of Revenue, Bur dkuhn@attorneygeneral.gov |

DIMITRI L. KARAPELOU
: on behalf of Plaintiff Campisi Construction Inc. dlk@mmdlawfirm.com, dkarapelou@karapeloulaw.com

DOUGLAS R. LALLY
: on behalf of Creditor Cougar Development Group LLC drlally@hotmail.com, lawshark@hotmail.com

DOUGLAS R. LALLY
: on behalf of Plaintiff Cougar Development Group LLC drlally@hotmail.com, lawshark@hotmail.com

DOUGLAS R. LALLY
: on behalf of Interested Party Cougar Development Group LLC ECI drlally@hotmail.com, lawshark@hotmail.com

DOUGLAS R. LALLY
: on behalf of Plaintiff ECI LLC drlally@hotmail.com, lawshark@hotmail.com

DOUGLAS R. LALLY
: on behalf of Creditor Alex McConnell drlally@hotmail.com lawshark@hotmail.com

DOUGLAS R. LALLY
: on behalf of Creditor ECI LLC drlally@hotmail.com, lawshark@hotmail.com

EDWARD J. DIDONATO
: on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO
: on behalf of Attorney FOX ROTHSCHILD LLP edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com

EDWARD J. DIDONATO
: on behalf of Trustee Terry P. Dershaw edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com

GERI H. GALLAGHER
: on behalf of Creditor George Campisi ghgbkcy@verizon.net

George M Conway, III
: on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

JOHN C. KILGANNON
: on behalf of Creditor Cornerstone Consulting Engineers & Architectural Inc. john.kilgannon@stevenslee.com, pam@stevenslee.com

JOHN C. KILGANNON
: on behalf of Defendant Cornerstone Consulting Engineers & Architectural Inc. john.kilgannon@stevenslee.com, pam@stevenslee.com

MATTHEW R. NAHRGANG
: on behalf of Debtor Campisi Construction Inc. mnahrgang@verizon.net

MATTHEW R. NAHRGANG
: on behalf of Interested Party Anthony G Campisi mnahrgang@verizon.net

MICHAEL H. KALINER
: on behalf of Creditor ECI LLC mhkaliner@gmail.com

MICHAEL H. KALINER
: on behalf of Creditor Cougar Development Group LLC mhkaliner@gmail.com

MICHAEL I. ASSAD
: on behalf of Creditor ECI LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL R. LESSA
: on behalf of TBF Financial LLC mlessa@amatolaw.com, michele2@amatolaw.com,acatino@amatolaw.com

MICHAEL W. GALLAGHER
: on behalf of Creditor Adelphia Mechanical Services Inc. mwglaw@msn.com, mwglaw1@verizon.net

MICHAEL W. GALLAGHER
: on behalf of Creditor Alex McConnell mwglaw@msn.com mwglaw1@verizon.net

PAMELA ELCHERT THURMOND
: on behalf of City of Philadelphia Law Department pamela.thurmond@phila.gov

PATRICK DANIEL MCDONNELL
: on behalf of Creditor Committee Official Committee of Unsecured Creditors pdmcdonnell@thomaswolpert.com

PATRICK DANIEL MCDONNELL
: on behalf of Attorney Wolpert Schreiber PC pdmcdonnell@thomaswolpert.com

REBECCA K. MCDOWELL
: on behalf of Plaintiff Campisi Construction Inc. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT H. HOLBER

| | |
|---|---|
| | on behalf of Interested Party TS Environmental Contractors Inc. rholber@holber.com, LawOfficeofRobertHHolberPC@jubileebk.net |
| ROBERT H. HOLBER | on behalf of Interested Party Lynne Campisi rholber@holber.com LawOfficeofRobertHHolberPC@jubileebk.net |
| ROBERT H. HOLBER | on behalf of Interested Party Dad and Sons Inc. rholber@holber.com, LawOfficeofRobertHHolberPC@jubileebk.net |
| ROBERT H. HOLBER | on behalf of Attorney Robert H Holber rholber@holber.com LawOfficeofRobertHHolberPC@jubileebk.net |
| ROBERT H. HOLBER | on behalf of Interested Party George Campisi rholber@holber.com LawOfficeofRobertHHolberPC@jubileebk.net |
| ROBERT J. BIRCH | on behalf of Debtor Campisi Construction Inc. robert@robertbirchlaw.com |
| ROBERT J. BIRCH | on behalf of Creditor ECI LLC robert@robertbirchlaw.com |
| TERRY P. DERSHAW | 7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com |
| THOMAS J. MALONEY | on behalf of Defendant Cornerstone Consulting Engineers & Architectural Inc. tmsherwood421@aol.com |
| THOMAS P. MULDOON, Jr. | on behalf of Creditor Cougar Development Group LLC tpm@fsm-law.com |
| THOMAS P. MULDOON, Jr. | on behalf of Defendant ECI LLC tpm@fsm-law.com |
| THOMAS P. MULDOON, Jr. | on behalf of Interested Party Cougar Development Group LLC ECI tpm@fsm-law.com |
| THOMAS P. MULDOON, Jr. | on behalf of Creditor ECI LLC tpm@fsm-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Defendant Campisi Construction Inc. schroeder@jrlaw.org, Healey@jrlaw.org |
| WILLIAM D. SCHROEDER, JR | on behalf of Plaintiff Cougar Development Group LLC schroeder@jrlaw.org, Healey@jrlaw.org |
| WILLIAM D. SCHROEDER, JR | on behalf of Interested Party Anthony G Campisi schroeder@jrlaw.org Healey@jrlaw.org |
| WILLIAM D. SCHROEDER, JR | on behalf of Interested Party Anthony G. Campisi schroeder@jrlaw.org Healey@jrlaw.org |
| WILLIAM D. SCHROEDER, JR | on behalf of Plaintiff ECI LLC schroeder@jrlaw.org, Healey@jrlaw.org |

TOTAL: 51

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

Campisi Construction, Inc.,

*Debtor.*

Case No. 14-12458-AMC
Chapter 7

**Order Granting Motion to Limit Notice**

And now, after consideration of the Motion to Limit Notice filed by ECI, LLC, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Any party filing a motion under L.B.R. 9014-3 may satisfy the requirements of Fed. R. Bankr. P. 2002 and L.B.R. 9014-3(g) by serving:

   a. the Debtor,

   b. the U.S. Trustee,

   c. all parties who file a pleading, application, motion, stipulation, or other document in this case on or after April 30, 2024, and

   d. any party whose interest would be directly, materially and adversely affected if the relief requested in the motion were granted and whose interests are not adequately represented by those on whom service is otherwise required.

3. This order is effective June 6, 2024.

Date: July 1, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge