IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CAMPISI CONSTRUCTION, INC. | : Chapter 7 |
| Debtor | : Case No. 14-12458 amc |

**REJECTION OF APPOINTMENT**

I HEREBY REJECT the appointment as Interim Trustee in the above captioned case.

DATE: July 25, 2024            BY: /s/   Terry P. Dershaw