#### UNITED STATES BANKRUPTCY COURT
#### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 7 |
| | : | |
| CAMPISI CONSTRUCTION, INC. | : | |
| | : | Bankruptcy No. 14-12458-AMC |
| DEBTOR | : | |
| | : | |

### AMENDED ORDER

AND NOW, this 25th day of July 2024, the Court having re-opened the bankruptcy case of Campisi Construction, Inc. ("Debtor"), no. 14-12458, for the purpose of considering interpreting a settlement agreement entered into between Chapter 7 Trustee, Terry Dershaw, on behalf of Debtor's bankruptcy estate, and creditor, ECI, LLC ("ECI"), during the Debtor's bankruptcy,[1] it is hereby ORDERED that the United States Trustee ("UST") appoint a Chapter 7 Trustee, within 30 days of the date of this order, which the Court finds necessary pursuant to Federal Rule of Bankruptcy Procedure 5010 in order to protect the interests of creditors and the Debtor's bankruptcy estate in resolving the dispute over the interpretation of the settlement agreement.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] Case No. 14-12458 ECF 473