**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Campisi Construction, Inc., | Case No. 14-12458-AMC |
| *Debtor*. | Chapter 7 |

## Withdrawal and Entry of Appearance

To the Clerk of Court:

Please withdraw the appearance of Michael I. Assad and enter the appearance of Michael A. Cibik as attorney for Creditor ECI, LLC. Thank you.

Date: August 9, 2024

Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Date: August 9, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com