**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 7** |
| **Campisi Construction, Inc.** : | |
| Debtor : | **Bankruptcy No. 14-12458-amc** |
| : | |
| **ECI, LLC** : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| **Campisi Construction, Inc.** : | |
| Debtor/Respondent : | |
| : | |
| **Lynn E. Feldman** : | |
| Trustee/Respondent : | |

**WITHDRAWL AND ENTRY OF APPEARANCE**

To the Clerk of Court

    Please withdraw the appearance of Michael A. Cibik and enter the appearance of Michael A. Pellegrino as attorney for Creditor ECI, LLC.

August 27, 2024　　　　By: /s/ Michael A. Cibik
Date
　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　help@cibiklaw.com

August 27, 2024　　　　By: s/ Michael A. Pellegrino
Date
　　　　　　　　　　　　　　Michael A. Pellegrino, Esq. (#322412)
　　　　　　　　　　　　　　PELLEGRINO LAW PLLC
　　　　　　　　　　　　　　One Penn Center at Suburban Station
　　　　　　　　　　　　　　1617 JFK Boulevard, Suite 1888
　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　Tel: (267) 892-1654
　　　　　　　　　　　　　　Email: michael@pellegrinofirm.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 7** |
| **Campisi Construction, Inc.** : | |
| Debtor : | **Bankruptcy No. 14-12458-amc** |
| : | |
| **ECI, LLC** : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| **Campisi Construction, Inc.** : | |
| Debtor/Respondent : | |
| : | |
| **Lynn E. Feldman** : | |
| Trustee/Respondent : | |

## CERTIFICATE OF SERVICE

I, Michael A. Pellegrino, Esq., hereby certify that on this date, I electronically filed, via CM/ECF, the following documents with the Clerk of Court.

1. Withdrawal and Entry of Appearance;

2. This Certificate of Service.

I hereby further certify that on this date, I caused a copy of the foregoing documents to be served via CM/ECF or regular U.S. First Class mail upon:

Anthony Campisi
2102 Bustard Road
Lansdale, PA  19446

Campisi Construction, Inc.
2102 Bustard Road
Lansdale, PA  19446

Lynn E. Feldman, Trustee
2310 Walbert Avenue, #103
Allentown, PA  18104

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107

Cougar Development Group, LLC
c/o Robert A. Saraceni, Jr., Esquire
548 1/2 East Main Street
Suite A
Norristown, PA 19401

I hereby further certify that on this date, I caused a copy of the foregoing documents to be served via ECF on all counsel of record (if any).  I declare under penalty of perjury that the forgoing is true and correct.

PELLEGRINO LAW PLLC

August 27, 2024
Date

By:  s/ Michael A. Pellegrino
Michael A. Pellegrino, Esquire
Pennsylvania Bar Id. No. 322412
Pellegrino Law PLLC
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 1888
Philadelphia, PA 19103
Tel: (267) 892-1654
Email: michael@pellegrinofirm.com