UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| Campisi Construction, Inc. | : | |
|    Debtor | : | Bankruptcy No. 14-12458-amc |
| | : | |
| ECI, LLC | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Campisi Construction, Inc. | : | |
|    Debtor/Respondent | : | |
| | : | |
| Lynn E. Feldman | : | |
|    Trustee/Respondent | : | |

## CERTIFICATE OF SERVICE

  I, Michael A. Pellegrino, Esq., hereby certify that on this date, I electronically filed, via CM/ECF, the following documents with the Clerk of Court.

  1. Certification in Support of Amount Due on Movants Judgment/Proof of Claim #7 in Support Of Its Motion To Remand (doc 668);

  2. This Certificate of Service.

  I hereby further certify that on this date, I caused a copy of the foregoing documents to be served via CM/ECF or regular U.S. First Class mail upon:

Anthony Campisi
2102 Bustard Road
Lansdale, PA  19446

Campisi Construction, Inc.
2102 Bustard Road
Lansdale, PA  19446

Lynn E. Feldman, Trustee
2310 Walbert Avenue, #103
Allentown, PA  18104

In re: Campisi Construction, Inc.
Certificate of Service of Certification of
Amount Due in Support of Motion (Doc 668)
Page 1 of 2

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Cougar Development Group, LLC
c/o Robert A. Saraceni, Jr., Esquire
548 1/2 East Main Street
Suite A
Norristown, PA 19401

  I hereby further certify that on this date, I caused a copy of the foregoing documents to be served via ECF on all counsel of record (if any). I declare under penalty of perjury that the forgoing is true and correct.

              Respectfully Submitted,

              **PELLEGRINO LAW PLLC**

August 28, 2024        By: _____
Date             Michael A. Pellegrino, Esquire
              Pennsylvania Bar Id. No. 322412
              Pellegrino Law PLLC
              One Penn Center at Suburban Station
              1617 JFK Boulevard, Suite 1888
              Philadelphia, PA 19103
              Tel: (267) 892-1654
              Email: michael@pellegrinofirm.com

In re: Campisi Construction, Inc.
Certificate of Service of Certification of
Amount Due in Support of Motion (Doc 668)
Page 2 of 2